JS 44  (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law,  except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a)  PLAINTIFFS | DEFENDANTS |
|---|---|
| | |
| **(b)**  County of Residence of First Listed Plaintiff _____<br>*(EXCEPT IN U.S. PLAINTIFF CASES)* | County of Residence of First Listed Defendant _____<br>*(IN U.S. PLAINTIFF CASES ONLY)*<br>NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF<br>THE TRACT OF LAND INVOLVED. |
| **(c)**  Attorneys *(Firm Name, Address, and Telephone Number)* | Attorneys *(If Known)* |

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

❒ 1   U.S. Government
        Plaintiff

❒ 3   Federal Question
        *(U.S. Government Not a Party)*

❒ 2   U.S. Government
        Defendant

❒ 4   Diversity
        *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                           *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ❒ 1 | ❒ 1 | Incorporated *or* Principal Place<br>of Business In This State | ❒ 4 | ❒ 4 |
| Citizen of Another State | ❒ 2 | ❒ 2 | Incorporated *and* Principal Place<br>of Business In Another State | ❒ 5 | ❒ 5 |
| Citizen or Subject of a<br>Foreign Country | ❒ 3 | ❒ 3 | Foreign Nation | ❒ 6 | ❒ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ❒ 110 Insurance<br>❒ 120 Marine<br>❒ 130 Miller Act<br>❒ 140 Negotiable Instrument<br>❒ 150 Recovery of Overpayment<br>    & Enforcement of Judgment<br>❒ 151 Medicare Act<br>❒ 152 Recovery of Defaulted<br>    Student Loans<br>    (Excludes Veterans)<br>❒ 153 Recovery of Overpayment<br>    of Veteran's Benefits<br>❒ 160 Stockholders' Suits<br>❒ 190 Other Contract<br>❒ 195 Contract Product Liability<br>❒ 196 Franchise | **PERSONAL INJURY**         **PERSONAL INJURY**<br>❒ 310 Airplane              ❒ 365 Personal Injury  -<br>❒ 315 Airplane Product          Product Liability<br>    Liability              ❒ 367 Health Care/<br>❒ 320 Assault, Libel &          Pharmaceutical<br>    Slander                    Personal Injury<br>❒ 330 Federal Employers'        Product Liability<br>    Liability              ❒ 368 Asbestos Personal<br>❒ 340 Marine                    Injury Product<br>❒ 345 Marine Product            Liability<br>    Liability          **PERSONAL PROPERTY**<br>❒ 350 Motor Vehicle        ❒ 370 Other Fraud<br>❒ 355 Motor Vehicle        ❒ 371 Truth in Lending<br>    Product Liability      ❒ 380 Other Personal<br>❒ 360 Other Personal            Property Damage<br>    Injury                ❒ 385 Property Damage<br>❒ 362 Personal Injury -         Product Liability<br>    Medical Malpractice | ❒ 625 Drug Related Seizure<br>    of Property 21 USC 881<br>❒ 690 Other | ❒ 422 Appeal 28 USC 158<br>❒ 423 Withdrawal<br>    28 USC 157<br><br>**PROPERTY RIGHTS**<br>❒ 820 Copyrights<br>❒ 830 Patent<br>❒ 835 Patent - Abbreviated<br>    New Drug Application<br>❒ 840 Trademark | ❒ 375 False Claims Act<br>❒ 376 Qui Tam (31 USC<br>    3729(a))<br>❒ 400 State Reapportionment<br>❒ 410 Antitrust<br>❒ 430 Banks and Banking<br>❒ 450 Commerce<br>❒ 460 Deportation<br>❒ 470 Racketeer Influenced and<br>    Corrupt Organizations<br>❒ 480 Consumer Credit<br>❒ 490 Cable/Sat TV<br>❒ 850 Securities/Commodities/<br>    Exchange |
| **REAL PROPERTY**         **CIVIL RIGHTS**         **PRISONER PETITIONS** | | **LABOR**<br>❒ 710 Fair Labor Standards<br>    Act<br>❒ 720 Labor/Management<br>    Relations<br>❒ 740 Railway Labor Act<br>❒ 751 Family and Medical<br>    Leave Act<br>❒ 790 Other Labor Litigation<br>❒ 791 Employee Retirement<br>    Income Security Act | **SOCIAL SECURITY**<br>❒ 861 HIA (1395ff)<br>❒ 862 Black Lung (923)<br>❒ 863 DIWC/DIWW (405(g))<br>❒ 864 SSID Title XVI<br>❒ 865 RSI (405(g))<br><br>**FEDERAL TAX SUITS**<br>❒ 870 Taxes (U.S. Plaintiff<br>    or Defendant)<br>❒ 871 IRS—Third Party<br>    26 USC 7609 | ❒ 890 Other Statutory Actions<br>❒ 891 Agricultural Acts<br>❒ 893 Environmental Matters<br>❒ 895 Freedom of Information<br>    Act<br>❒ 896 Arbitration<br>❒ 899 Administrative Procedure<br>    Act/Review or Appeal of<br>    Agency Decision<br>❒ 950 Constitutionality of<br>    State Statutes |

**REAL PROPERTY**
❒ 210 Land Condemnation
❒ 220 Foreclosure
❒ 230 Rent Lease & Ejectment
❒ 240 Torts to Land
❒ 245 Tort Product Liability
❒ 290 All Other Real Property

**CIVIL RIGHTS**
❒ 440 Other Civil Rights
❒ 441 Voting
❒ 442 Employment
❒ 443 Housing/
    Accommodations
❒ 445 Amer. w/Disabilities -
    Employment
❒ 446 Amer. w/Disabilities -
    Other
❒ 448 Education

**PRISONER PETITIONS**
**Habeas Corpus:**
❒ 463 Alien Detainee
❒ 510 Motions to Vacate
    Sentence
❒ 530 General
❒ 535 Death Penalty
**Other:**
❒ 540 Mandamus & Other
❒ 550 Civil Rights
❒ 555 Prison Condition
❒ 560 Civil Detainee -
    Conditions of
    Confinement

**IMMIGRATION**
❒ 462 Naturalization Application
❒ 465 Other Immigration
    Actions

## V. ORIGIN *(Place an "X" in One Box Only)*

❒ 1  Original
      Proceeding

❒ 2  Removed from
      State Court

❒ 3  Remanded from
      Appellate Court

❒ 4  Reinstated or
      Reopened

❒ 5  Transferred from
      Another District
      *(specify)*

❒ 6  Multidistrict
      Litigation -
      Transfer

❒ 8  Multidistrict
      Litigation -
      Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

❒ CHECK IF THIS IS A **CLASS ACTION**
    UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:

**JURY DEMAND:**      ❒ Yes      ❒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____          DOCKET NUMBER _____

DATE                          SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #  _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

ATTACHMENT TO CIVIL COVER SHEET

Securities and Exchange Commission, Plaintiff
v.

RAMESH BALWANI, Defendant.

I. (c) Attorneys

*Attorneys for Plaintiff*

JINA L. CHOI (NY Bar No. 2699718)
ERIN E. SCHNEIDER (Cal. Bar No. 216114)
MONIQUE C. WINKLER (Cal. Bar No. 213031)
JASON M. HABERMEYER (Cal. Bar No. 226607)
MARC D. KATZ (Cal. Bar No. 189534)
JESSICA W. CHAN (Cal. Bar No. 247669)
RAHUL KOLHATKAR (Cal. Bar No. 261781)

SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, 28th Floor
San Francisco, California  94104
Telephone:  (415) 705-2500
Facsimile:  (415) 705-2501

*Attorney for Defendant Ramesh "Sunny" Balwani*

Jeffrey B. Coopersmith, Esq.
Davis Wright Tremaine LLP
1201 3rd Avenue, Suite 2200
Seattle WA 98101
Telephone: (206) 622-3150
Facsimile: (206) 757-7700

ATTACHMENT TO CIVIL COVER SHEET