JINA L. CHOI (NY Bar No. 2699718)
ERIN E. SCHNEIDER (Cal. Bar No. 216114)
  schneidere@sec.gov
MONIQUE C. WINKLER (Cal. Bar No. 213031)
  winklerm@sec.gov
JASON M. HABERMEYER (Cal. Bar No. 226607)
  habermeyerj@sec.gov
MARC D. KATZ (Cal. Bar No. 189534)
  katzma@sec.gov
JESSICA W. CHAN (Cal. Bar No. 247669)
  chanjes@sec.gov
RAHUL KOLHATKAR (Cal. Bar No. 261781)
  kolhatkarr@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
(415) 705-2500

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>        vs.<br><br>RAMESH "SUNNY" BALWANI,<br><br>            Defendant. | Case No. 5:18-cv-01603-BLF<br><br>**CERTIFICATE OF SERVICE** |

CERTIFICATE OF SERVICE

I, John A. Stearns, am a citizen of the United States, over 18 years of age, and am not a party in this action. I hereby certify that on March 16, 2018, I caused the following documents:

- **STANDING ORDER RE FINAL PRETRIAL CONFERENCE – BENCH TRIAL DISTRICT JUDGE BETH LABSON FREEMAN**

- **STANDING ORDER RE CIVIL CASES DISTRICT JUDGE BETH LABSON FREEMAN**

- **STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES**

- **STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA -- CONTENTS OF JOINT CASE MANAGEMENT STATEMENT**

- **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES [ECF #5]**

- **NOTICE OF ELIGIBILITY FOR VIDEO RECORDING [ECF #5-1]**

to be served via UPS marked for next day delivery on the following:

Ramesh "Sunny" Balwani
c/o Jeffrey B. Coopersmith, Esq.
Davis Wright Tremaine LLP
1201 3rd Avenue
Seattle WA 98101

_____
John A. Stearns
Paralegal Specialist
Division of Enforcement

CERTIFICATE OF SERVICE
*SEC v. BALWANI,* Case No. 5:18-cv-01603-BLF

SECURITIES AND EXCHANGE COMMISSION
44 MONTGOMERY STREET, SUITE 2800
SAN FRANCISCO, CA 94104 ‖ (415) 705-2500