JEFFREY B. COOPERSMITH (CA State Bar No. 252819)
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, Washington 98101-3045
Telephone:    (206) 757-8020
Fax:          (206) 757-7020
Email:        jeffcoopersmith@dwt.com

KELLY M. GORTON (CA State Bar No. 300978)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111
Telephone:    (415) 276-6500
Facsimile:    (415) 276-6599
Email:        kellygorton@dwt.com

Attorneys for Defendant
RAMESH BALWANI

IN THE UNITED STATES DISTRICT COURT

NORTHEN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                          Plaintiff,<br><br>       vs.<br><br>RAMESH "SUNNY" BALWANI,<br><br>                          Defendant. | Case No. 5:18-cv-01603-BLF<br><br>**NOTICE OF APPEARANCE OF JEFFREY B. COOPERSMITH** |

DAVIS WRIGHT TREMAINE LLP

DAVIS WRIGHT TREMAINE LLP

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Jeffrey B. Coopersmith, admitted to practice in the United States District Court for the Northern District of California, of the law firm, Davis Wright Tremaine LLP, hereby appears as counsel of record on behalf of Defendant Ramesh "Sunny" Balwani, in the above-captioned matter, and respectfully requests that all pleadings and other documents be served upon him at Davis Wright Tremaine LLP, as identified below:

> Jeffrey B. Coopersmith
> DAVIS WRIGHT TREMAINE LLP
> 1201 Third Avenue, Suite 2200
> Seattle, WA 98101-3045
> Telephone:    (206) 757-8020
> Facsimile:    (206) 757-7020
> jeffcoopersmith@dwt.com

DATED this 16th day of March 2018

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By:   */s/ Jeffrey B. Coopersmith*
          Jeffrey B. Coopersmith

Attorneys for Ramesh Balwani

1
NOTICE OF APPEARANCE OF JEFFREY B. COOPERSMITH
Case No. Case No. 5:18-cv-01603-BLF