# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

<table>
<tr><td></td><td>)<br>)</td><td>Case No: _____</td></tr>
<tr><td style="text-align:center">Plaintiff(s),</td><td>)<br>)<br>)</td><td><strong>APPLICATION FOR</strong></td></tr>
<tr><td style="text-align:center">v.</td><td>)<br>)</td><td><strong>ADMISSION OF ATTORNEY</strong><br><strong>PRO HAC VICE</strong></td></tr>
<tr><td></td><td>)<br>)</td><td>(CIVIL LOCAL RULE 11-3)</td></tr>
<tr><td style="text-align:center">Defendant(s).</td><td>)<br>)<br>)</td><td></td></tr>
</table>

I, _____, an active member in good standing of the bar of _____, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: _____ in the above-entitled action. My local co-counsel in this case is _____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: _____.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

***I declare under penalty of perjury that the foregoing is true and correct.***

Dated: _____

_____
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of _____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance ***pro hac vice***. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE