Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE COMMISSION,                )
                                                   )  Case No: 5:18-cv-01603-E
                                  Plaintiff(s),    )
                                                   )  **APPLICATION FOR**
            v.                                     )  **ADMISSION OF ATTORNEY**
                                                   )  **PRO HAC VICE**  AND ORDER
RAMESH "SUNNY" BALWANI,                             )  (CIVIL LOCAL RULE 11-3)
                                                   )
                                  Defendant(s).    )
                                                   )

I, Max Hensley                          , an active member in good standing of the bar of Washington State          , hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Ramesh "Sunny" Balwani               in the above-entitled action. My local co-counsel in this case is Kelly M. Gorton                  , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1201 Third Avenue, Suite 2200<br>Seattle, WA 98101-3045 | 505 Montgomery Street, Suite 800<br>San Francisco, CA  94111 |
| MY TELEPHONE # OF RECORD:<br>(206) 757-8175 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 276-6500 |
| MY EMAIL ADDRESS OF RECORD:<br>maxhensley@dwt.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>kellygorton@dwt.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 47030          .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated:  05/02/18                                        Max Hensley
                                                       _____
                                                       APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Max Hensley              is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:  May 2, 2018                          _____
                                             UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                    *October 2012*