JEFFREY B. COOPERSMITH (CA State Bar No. 252819)
KELLY M. GORTON (CA State Bar No. 300978)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone:   (415) 276-6500
Facsimile:    (415) 276-6599
Email:         jeffcoopersmith@dwt.com
                   kellygorton@dwt.com

BENJAMIN J. BYER (Admitted *Pro Hac Vice*)
MAX B. HENSLEY (Admitted *Pro Hac Vice*)
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101
Telephone:   (206) 757-8105
Facsimile:    (206) 757-7105
Email:         benbyer@dwt.com
                   maxhensely@dwt.com

Attorneys for Defendant
RAMESH BALWANI

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>       Plaintiff,<br><br>    v.<br><br>RAMESH "SUNNY" BALWANI,<br><br>       Defendant. | Case No. 5:18-cv-01603-BLF<br><br>**DEMAND FOR JURY TRIAL** |

DAVIS WRIGHT TREMAINE LLP

Pursuant to Federal Rule of Civil Procedure 38, defendant Ramesh Balwani hereby demands a trial by jury in the above-captioned action of all issues triable by jury.

DATED: May 7, 2018

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By: */s/ Jeffrey B. Coopersmith*
Jeffrey B. Coopersmith

Attorneys for Defendant
RAMESH BALWANI

---

1

DEMAND FOR JURY TRIAL
Case No. 5:18-cv-01603-BLF
4840-9538-1605v.1 0103509-000002