JEFFREY B. COOPERSMITH (CA State Bar No. 252819)
KELLY M. GORTON (CA State Bar No. 300978)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111
Telephone:     (415) 276-6500
Facsimile:     (415) 276-6599
Email:         jeffcoopersmith@dwt.com
               kellygorton@dwt.com

BENJAMIN J. BYER (Admitted *Pro Hac Vice*)
MAX B. HENSLEY (Admitted *Pro Hac Vice*)
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101
Telephone:     (206) 757-8105
Facsimile:     (206) 757-7105
Email:         benbyer@dwt.com
               maxhensely@dwt.com

Attorneys for Defendant
RAMESH BALWANI

DAVIS WRIGHT TREMAINE LLP

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> RAMESH "SUNNY" BALWANI, <br><br> Defendant. | Case No. 5:18-cv-01603-BLF <br><br> **[PROPOSED] ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE JURY DEMAND AND FOR JURY TRIAL** |

[PROPOSED] ORDER GRANTING MOTION FOR EXTENSION OF TIME
Case No. 5:18-cv-01603-BLF
4819-9763-9781v.1 0103509-000002

This matter came before the Court by motion from Defendant Ramesh Balwani, requesting a one-day extension of time to file a jury demand pursuant to Fed. R. Civ. P. 6(b) and 38(b), and in the alternative, moving for a jury trial pursuant to Fed. R. Civ. P. 39(b).

The Court has considered all legal authority, arguments, briefing, and exhibits submitted to the Court on this matter. Having considered the foregoing and been fully informed:

IT IS HEREBY ORDERED that Defendant's Motion for Extension of Time to File Jury Demand and For Jury Trial is GRANTED. Defendant's Jury Trial Demand filed on May 7, 2018 shall be deemed to be timely filed.

IT IS SO ORDERED.

Dated this __7th__ day of __May__, 2018.          _____
                                                    Honorable Beth Labson Freeman
                                                    United States District Court Judge

DAVIS WRIGHT TREMAINE LLP

1

[PROPOSED] ORDER GRANTING MOTION FOR EXTENSION OF TIME
Case No. 5:18-cv-01603-BLF
4819-9763-9781v.1 0103509-000002