JEFFREY B. COOPERSMITH (CA State Bar No. 252819)
KELLY M. GORTON (CA State Bar No. 300978)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111
Telephone:      (415) 276-6500
Facsimile:      (415) 276-6599
Email:          jeffcoopersmith@dwt.com
                kellygorton@dwt.com

BENJAMIN J. BYER (Admitted *Pro Hac Vice*)
MAX B. HENSLEY (Admitted *Pro Hac Vice*)
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101
Telephone:      (206) 757-8105
Facsimile:      (206) 757-7105
Email:          benbyer@dwt.com
                maxhensely@dwt.com

Attorneys for Defendant
RAMESH BALWANI

DAVIS WRIGHT TREMAINE LLP

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>          Plaintiff,<br><br>    v.<br><br>RAMESH "SUNNY" BALWANI,<br><br>          Defendant. | Case No. 5:18-cv-01603-BLF<br><br>**DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL RULE 3-15** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: May 18, 2018                          Respectfully submitted,

                                             DAVIS WRIGHT TREMAINE LLP


                                             By:   */s/ Jeffrey B. Coopersmith*
                                                   Jeffrey B. Coopersmith

                                             Attorneys for Defendant
                                             RAMESH BALWANI

DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No. 5:18-cv-01603-BLF