UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RAMESH SUNNY BALWANI,<br><br>　　　　Defendant. | Case No. 5:18-cv-01603-EJD<br><br>**CASE MANAGEMENT ORDER** |

On August 2, 2018 the parties appeared before Judge Edward J. Davila for a case management conference. Based on the parties' Joint Case Management Statement and the discussions held at the conference,

IT IS HEREBY ORDERED that the court adopts the parties' statement of disputed factual and legal issues as set forth in the Case Management Statement.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is sixty days after entry of this order. The parties are instructed to comply with Federal Rule of Civil Procedure 15 in seeking joinder of parties or amendments to the pleadings prior to expiration of the deadline. Amendments sought after the deadline must comply with Federal Rule of Civil Procedure 16.

IT IS FURTHER ORDERED that the following modifications are made to the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure. The parties are allotted 25 depositions and 35 interrogatories per side.

IT IS FURTHER ORDERED that any disputes with respect to discovery or disclosure are referred to the assigned Magistrate Judge.

IT IS FURTHER ORDERED that the parties are referred to Magistrate Judge Cousins for a settlement conference. The parties shall contact Judge Cousin's deputy clerk to schedule the conference.

IT IS FURTHER ORDERED that the following schedule shall apply to this case:

| EVENT | DEADLINE |
|---|---|
| Deadline for Filing Joint Status Conference statement | September 24, 2018 |
| Status Conference | 10:00 a.m. on October 4, 2018 |
| Fact Discovery Cutoff | June 28, 2019 |
| Designation of Opening Experts with Reports | July 12, 2019 |
| Designation of Rebuttal Experts with Reports | July 26, 2019 |
| Expert Discovery Cutoff | September 9, 2019 |
| Deadline(s) for Filing Discovery Motions | <u>See</u> Civil Local Rule 37-3 |
| Deadline for Filing Dispositive Motions[1] | October 24, 2019 |
| Hearing on Anticipated Dispositive Motion(s) | December 12, 2019 |
| Trial Setting Conference *(see Section III(C)(1) of Standing Order for Civil Cases)* | 11:00 a.m. on May 30, 2019 |
| Joint Trial Setting Conference Statement *(see Section III(C)(2) of Standing Order for Civil Cases)* | May 20, 2019 |

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order for Civil Cases, a copy of which is available from the Clerk of the Court,[2] with regard to the timing and content of the Joint Trial Setting Conference Statement, and all other pretrial submissions.

**IT IS SO ORDERED.**

Dated:  August 2, 2018

_____
EDWARD J. DAVILA
United States District Judge

---

[1] This is the last date for *filing* dispositive motions. The actual hearing on the motion may be noticed for a date subsequent after contacting Judge Davila's courtroom deputy.

[2] A copy of Judge Davila's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Davila's name, then on the link for "Judge Davila's Standing Orders," and finally on the link for "Standing Order for Civil Cases."

Case No.: 5:18-cv-01603-EJD
CASE MANAGEMENT ORDER

2