# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

IN THE MATTER OF THE ADMISSION

OF

AMANDA MARIAM MCDOWELL

TO PRACTICE IN THE COURTS OF THIS STATE

)
)
)
)
)
)
)
)
)
)

BAR NO. 52312

**CERTIFICATE**

**OF**

**GOOD STANDING**

I, Susan L. Carlson, Clerk of the Supreme Court of the State of Washington, hereby certify

**AMANDA MARIAM MCDOWELL**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and

all the Courts of the State of Washington on July 14, 2017, and is now and has continuously since

that date been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have
hereunto set my hand and affixed
the seal of said Court this 6th day of
August, 2018.

Susan L. Carlson
Supreme Court Clerk
Washington State Supreme Court