Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff(s),

v.

ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI,

Defendant(s).

Case No: 5:18-cv-01603

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** (CIVIL LOCAL RULE 11-3)

I, AMANDA MCDOWELL , an active member in good standing of the bar of Supreme Court of Wash. , hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Defendant Ramesh "Sunny" Balwani in the above-entitled action. My local co-counsel in this case is Kelly Gorton , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Davis Wright Tremaine LLP, 1201 Third Avenue, Ste. 2200, Seattle, WA 98101-3045 | Davis Wright Tremaine LLP, 505 Montgomery Street, Ste. 800, San Francisco, CA 94111-6533 |
| MY TELEPHONE # OF RECORD: (206) 757-8224 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (415) 276-6584 |
| MY EMAIL ADDRESS OF RECORD: amandamcdowell@dwt.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: kellygorton@dwt.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 52312 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 08/08/18

AMANDA MCDOWELL
APPLICANT

## ORDER GRANTING APPLICATION
### FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of AMANDA MCDOWELL is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 8/8/2018

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                        *October 2012*