# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| IN THE MATTER OF THE ADMISSION | ) ) ) | BAR NO. 11168 |
| OF | ) ) | **CERTIFICATE** |
| STEPHEN MICHAEL RUMMAGE | ) ) | **OF** |
| TO PRACTICE IN THE COURTS OF THIS STATE | ) ) | **GOOD STANDING** |

I, Erin L. Lennon, Deputy Clerk of the Supreme Court of the State of Washington, hereby certify

**STEPHEN MICHAEL RUMMAGE**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the

Courts of the State of Washington on October 24, 1980, and is now and has continuously since that date

been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have
hereunto set my hand and affixed
the seal of said Court this 20th day of
November, 2017.

Erin L. Lennon
Supreme Court Deputy Clerk
Washington State Supreme Court