```
 1                    UNITED STATES DISTRICT COURT

 2                   NORTHERN DISTRICT OF CALIFORNIA

 3                          SAN JOSE DIVISION

 4


 5    SECURITIES AND EXCHANGE          )   C-18-01603 EJD
      COMMISSION,                      )
 6                                     )   SAN JOSE, CALIFORNIA
                       PLAINTIFF,      )
 7                                     )   AUGUST 2, 2018
                 VS.                   )
 8                                     )   PAGES 1-14
      RAMESH "SUNNY" BALWANI,          )
 9                                     )
                       DEFENDANT.      )
10    _____  )

11


12
                      TRANSCRIPT OF PROCEEDINGS
13             BEFORE THE HONORABLE EDWARD J. DAVILA
                   UNITED STATES DISTRICT JUDGE
14


15    A P P E A R A N C E S:

16    FOR THE PLAINTIFF:      SECURITIES AND EXCHANGE COMMISSION
                              BY:  MARC D. KATZ
17                                 JESSICA W. CHAN
                              44 MONTGOMERY STREET, SUITE 2800
18                            SAN FRANCISCO, CALIFORNIA  94104

19


20    FOR THE DEFENDANT:      DAVIS WRIGHT TREMAINE
                              BY:  JEFFREY B. COOPERSMITH
21                                 KELLY GORTON
                              505 MONTGOMERY STREET, SUITE 800
22                            SAN FRANCISCO, CALIFORNIA  94111

23    OFFICIAL COURT REPORTER:     LEE-ANNE SHORTRIDGE, CSR, CRR
                                   CERTIFICATE NUMBER 9595
24


25          PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
                 TRANSCRIPT PRODUCED WITH COMPUTER



                       UNITED STATES COURT REPORTERS
```

```
 1      SAN JOSE, CALIFORNIA                        AUGUST 2, 2018
 2                         P R O C E E D I N G S
 3           (COURT CONVENED AT 9:56 A.M.)
 4              THE COURT:  ALL RIGHT.  LET'S TURN OUR ATTENTION NOW
 5    TO 18-1603, S.E.C. VERSUS BALWANI.
 6              MR. KATZ:  GOOD MORNING, YOUR HONOR.
 7         MARC KATZ FOR THE S.E.C.
 8              THE COURT:  THANK YOU.  GOOD MORNING.
 9              MS. CHAN:  GOOD MORNING.
10         JESSICA CHAN ALSO FOR THE S.E.C.
11              THE COURT:  THANK YOU.  GOOD MORNING.
12              MR. COOPERSMITH:  GOOD MORNING, YOUR HONOR.
13         JEFF COOPERSMITH FOR MR. BALWANI.
14              MS. GORTON:  AND KELLY GORTON FOR MR. BALWANI.
15              THE COURT:  THANK YOU.  GOOD MORNING.
16              MS. GORTON:  GOOD MORNING.
17              THE COURT:  THANK YOU FOR YOUR STATEMENT.  I
18     APPRECIATE THAT.  IT'S VERY INFORMATIVE.
19         I THINK YOU SUGGESTED A SCHEDULE IN YOUR CMC STATEMENT
20    THAT YOU'D LIKE THE COURT TO ADOPT.
21              MR. COOPERSMITH:  YES, YOUR HONOR.
22              MR. KATZ:  WE HAVE, YOUR HONOR.
23              THE COURT:  RIGHT, THANK YOU FOR THAT.
24         IT SOUNDS LIKE THERE ARE TWO ISSUES THAT YOU'D LIKE SOME
25    DISCUSSION ON.  THESE ARE REGARDING DISCOVERY MATTERS.
```

1    AND LET'S TALK ABOUT THOSE.  I GUESS I SHOULD TURN TO
2    MR. COOPERSMITH AND MS. GORTON TO TELL ME WHY YOU THINK THERE
3    SHOULD BE SOME ADJUSTMENT TO THE LOCAL RULES, OR THE NORMAL
4    INTERROGS AND DEPOSITIONS.
5             MR. COOPERSMITH:  YES, YOUR HONOR, I'M HAPPY TO.
6        SO THE ISSUE THE COURT'S REFERRING TO IS THE NUMBER OF
7    DEPOSITIONS, I BELIEVE.  THE S.E.C.'S POSITION, AS I UNDERSTAND
8    IT, IS THAT THERE SHOULD BE THE NORMAL TEN DEPOSITIONS,
9    ALTHOUGH THEY ARE WILLING TO SAY THAT WE WOULD COUNT A FOUR
10   HOUR OR LESS DEPOSITION AS A HALF DAY DEPOSITION.
11            THE COURT:  I THINK THAT'S A GOOD IDEA.  I APPRECIATE
12   YOUR AGREEMENT ON THAT.  I DON'T HAVE ANY PROBLEM WITH THAT.
13            MR. COOPERSMITH:  YES, YOUR HONOR, AND WE HAVE NO
14   PROBLEM WITH THAT, EITHER.  I THINK THAT'S A GOOD SUGGESTION.
15       IN TERMS OF THE ACTUAL NUMBER, THOUGH, THE S.E.C., AS YOU
16   CAN SEE FROM THE CMC STATEMENT, INVESTIGATED THIS CASE FOR TWO
17   AND A HALF YEARS.  THERE ARE 120 INDIVIDUALS AND ENTITIES
18   IDENTIFIED ON THEIR 26(A) DISCLOSURES.  THERE'S -- THEY
19   COLLECTED DOCUMENTS FROM OVER 80 PEOPLE.
20       THIS CASE INVOLVES MILLIONS OF PAGES OF DOCUMENTS.  IT'S A
21   VERY LARGE CASE.  THE S.E.C., IN THEIR COMPLAINT, ALLEGES THAT
22   THERE WAS SOMETHING LIKE $700 MILLION OF MONEY RAISED IN THE
23   CASE.
24       GIVEN THE AMOUNT OF TIME IT TOOK THE S.E.C. TO
25   INVESTIGATE -- AND WE DON'T HAVE ANY ABILITY BEYOND A VERY FEW

1    TRANSCRIPTS THAT THEY TOOK, AND IN SOME CASES, YOUR HONOR, THAT
2    I'VE DEFENDED WITH THE S.E.C., THEY TAKE A LOT OF TESTIMONY,
3    AND THAT'S THEIR PREROGATIVE.  THEY CAN DO THAT OR NOT AS THEY
4    WISH.
5         BUT WHEN THEY ONLY TOOK, YOU KNOW, 12 WITNESSES, WE HAVE
6    THOSE TRANSCRIPTS.  OF COURSE, WE DIDN'T GET TO ASK THE
7    QUESTIONS WE WANTED TO ASK.
8         BUT THERE'S SCORES AND SCORES OF OTHER PEOPLE THAT WE
9    BELIEVE THEY SPOKE TO.  WE CAN'T GET FROM THEM THOSE WITNESS
10   STATEMENTS.  THEY'RE GOING TO SAY THAT'S WORK PRODUCT.  WE'RE
11   NOT ABLE TO EVEN KNOW WHO THEY TALKED TO.
12        WE'RE GOING TO HAVE TO DO A LOT OF WORK ON FIGURING OUT
13   WHAT THIS CASE IS AND WHAT THE S.E.C. IS GOING TO USE TO
14   SUPPORT THEIR CASE.
15        SO, YOU KNOW, I KNOW THAT IT'S A LARGE NUMBER COMPARED TO
16   TYPICAL CASES THAT YOUR HONOR --
17             THE COURT:  IS THE NUMBER 80?
18             MR. COOPERSMITH:  THAT'S THE NUMBER THAT WE BELIEVE
19   IS A GOOD NUMBER.  AND, YOU KNOW, IF WE CAN -- WE'RE NOT GOING
20   TO TAKE UNNECESSARY DEPOSITIONS, YOUR HONOR.  IF WE DON'T NEED
21   ALL OF THOSE, THEN SO BE IT.
22             THE COURT:  THAT'S 40 APIECE.
23             MR. COOPERSMITH:  WELL, WE MIGHT EVEN HAVE OTHER
24   LAWYERS WHO MIGHT TAKE SOME OF THOSE TOO, YOUR HONOR, SOME
25   OTHERS.

1          BUT JUST IN TERMS OF ONE THING -- AND I WANT TO ILLUSTRATE

2   SOMETHING.  THE S.E.C. DID SOME MATH AND THEY SAID, "OH, IF

3   THEY GET 80 PER SIDE, THAT'S 160; AND IF YOU GET LESS THAN FOUR

4   HOUR DEPOSITIONS, THAT'S 320."

5          THAT'S JUST NOT GOING TO HAPPEN.  I MEAN, REALISTICALLY,

6   WE'VE BEEN VERY SUCCESSFUL -- AND I HAVE NO PROBLEM WITH

7   MR. KATZ, YOU KNOW, PERSONALLY WORKING THESE THINGS OUT -- THAT

8   IF YOU HAVE A WITNESS WHO'S GOING TO BE IN A SEVEN HOUR

9   DEPOSITION, YOU KNOW, IF WE NOTICE A DEPOSITION, I'M SURE

10  MR. KATZ AND HIS TEAM WILL WANT TO QUESTION THAT WITNESS.

11  WE'RE ALWAYS VERY SUCCESSFUL IN WORKING OUT A FAIR ALLOCATION

12  OF TIME.

13         A LOT OF THESE WITNESSES ON THEIR 26(A) DISCLOSURES AND

14  WHAT WE'VE DISCLOSED SO FAR, THEY OVERLAP.  SO THE IDEA THAT

15  THERE'S GOING TO BE THAT MANY DEPOSITIONS I THINK IS

16  OUTLANDISH.

17         I THINK 80 IS A FAIR NUMBER IN A CASE THIS LARGE GIVEN

18  WHAT'S ALREADY OCCURRED, AND THAT'S OUR REQUEST.

19              THE COURT:  OKAY.

20         WHAT ABOUT -- I THINK YOU HAVE ANOTHER REQUEST TO EXTEND

21  INTERROGATORIES AS WELL.

22              MR. COOPERSMITH:  YES, YOUR HONOR.

23         YOU KNOW, WE WANT DOUBLE THE USUAL NUMBER FOR THE SAME

24  REASONS I JUST MENTIONED, SO WE'RE ASKING FOR 50.

25         I THINK THERE'S GOING TO BE, I PREDICT, SOME BATTLES ABOUT

1    INTERROGATORIES.  YOU KNOW, WE SERVED OUR FIRST SET, WE GOT A
2    LOT OF OBJECTIONS.  WE'RE NOT GOING TO ARGUE THAT HERE TODAY.
3         BUT WE'RE GOING TO HAVE TO WORK WITH MR. KATZ AND HIS TEAM
4    TO FIGURE OUT HOW WE RESOLVE THAT, AND WE'RE HOPING NOT TO HAVE
5    TO INVOLVE THE COURT, OR INVOLVE THE COURT AS LITTLE AS
6    POSSIBLE.
7         BUT I JUST THINK, GIVEN THE COMPLEXITY OF THE CASE AND
8    KIND OF THE ENTRENCHED POSITIONS OF THE PARTIES, I THINK HAVING
9    50 INTERROGATORIES IS GOING TO BE THE RIGHT NUMBER.
10             THE COURT:  OKAY.  THANK YOU.
11        MR. KATZ AND MS. CHAN, DO YOU CONCEDE THE POINT?
12             MR. KATZ:  THANK YOU, YOUR HONOR.
13        WE HAVE A SLIGHTLY DIFFERENT TAKE, ALTHOUGH I DO AGREE,
14   AND AN IMPORTANT POINT IS WE HAVE A VERY GOOD AND EASY WORKING
15   RELATIONSHIP, AND I THINK THAT'S IMPORTANT IN THINKING THIS
16   THROUGH.
17        OUR VIEW IS SLIGHTLY DIFFERENT, AND THAT IS, LET'S TAKE IT
18   A STEP AT A TIME.  IF WE GET CLOSE TO THE TEN, THEN LET'S TALK
19   ABOUT IT.  WHO DO YOU NEED?  WHAT DO YOU NEED?  WHY?  AND
20   HOPEFULLY WE CAN STIPULATE.  OR THE 20 IF THEY'RE HALF DAYS.
21        THAT'S OUR GENERAL APPROACH TO THIS.  WE DON'T NEED TO GET
22   SOME ASTRONOMICAL NUMBER NOW.
23        AND I THINK THE REQUEST FOR 80, I'D LIKE TO PUT IT IN A
24   LITTLE BIT OF CONTEXT.  MR. BALWANI IS NOT YOUR TYPICAL
25   LITIGANT WHO COMES BEFORE THE COURT.  HE AND HIS COUNSEL HERE

1   HAVE BEEN INVOLVED IN THREE LAWSUITS -- I THINK AT LEAST
2   THREE -- IN THE LAST -- I THINK ALL THREE WERE FILED FALL OF
3   2016.  SO THEY'VE BEEN LITIGATING ISSUES RELATED TO THIS AND
4   THE QUESTION OF FAIRNESS AND THE REPRESENTATIONS MADE SINCE
5   2016.
6         AND I THINK IN THOSE CASES COMBINED -- MR. COOPERSMITH
7   WOULD KNOW BETTER THAN I BECAUSE WE HAVEN'T BEEN INVOLVED -- I
8   THINK THERE'S AN AGGREGATE OF MORE THAN 50 DEPOSITIONS, AT
9   LEAST A COUPLE OF DOZEN.  SO THERE HAVE ALREADY BEEN 50
10  DEPOSITIONS, MAYBE MORE.
11        SO I THINK THAT'S IMPORTANT FOR THE COURT TO KNOW THAT
12  THEY HAVE BEEN LITIGATING WITH THIS COUNSEL FOR A COUPLE YEARS
13  ON THESE RELATED ISSUES.
14        THE SECOND POINT IS IN TERMS OF WONDERING WHAT'S THE CASE
15  ABOUT, IN ESSENCE IT'S ABOUT MR. BALWANI, WHAT HE SAID, WHAT HE
16  DID, AND MR. BALWANI'S IN THE BEST PLACE TO KNOW THAT.
17        SO PUTTING THOSE TWO TOGETHER, WE THINK THAT THIS NUMBER
18  AND REQUEST IS REALLY EXTREME.  AGAIN, TAKE IT BIT BY BIT, AND
19  AS A LITTLE BIT -- IT'S ANECDOTAL, IT'S NOT A SCIENTIFIC
20  STUDY -- BUT WE WENT OUT AND SENT E-MAILS TO OUR REGIONAL TRIAL
21  COUNSEL THROUGHOUT THE S.E.C. AND SAID, "OUR COUNSEL -- OUR
22  COLLEAGUES ARE ASKING FOR 80.  HAS ANYONE DONE THIS?  HAVE YOU
23  HEARD ANYWHERE CLOSE TO THAT?"
24        WE GOT BACK A HODGEPODGE OF RESPONSES, BUT THE GENERAL
25  RESPONSE WAS NOWHERE NEAR 80, AND IN A CASE THAT WAS MUCH MORE

1    COMPLEX, FINANCIAL CRIMES AND THIS, 15 WAS WHAT THEY WERE
2    OFFERING.
3         SO JUST AS SOME, AGAIN, NOT A SCIENTIFIC SAMPLE, BUT WHERE
4    WE'RE COMING FROM.
5         THE COURT:  I APPRECIATE THAT, AND I THINK WHAT --
6    THAT REFERENCES THE FACT THAT THE SIZE AND COMPLEXITY OF THIS
7    CASE, AT LEAST HERE -- THIS IS THE FIRST TIME WE'VE MET --
8    SUGGESTS THAT PERHAPS TEN MIGHT, MIGHT BE A LITTLE LOW.
9         MR. KATZ:  IT COULD WELL BE, AND WE THINK WE CAN TAKE
10   IT A BITE AT A TIME.
11        THE COURT:  ALL RIGHT.  AND SIMILARLY WITH THE
12   INTERROGATORIES.  IF WE'RE GOING TO ADJUST ONE, IT SEEMS TO
13   MAKES SENSE TO ADJUST THE OTHER NUMBER AS WELL.
14        MR. KATZ:  WE WOULD SAY LET'S GET THE FULL 25 AND SEE
15   WHAT THEY WOULD LIKE TO HEAR FIRST AND TAKE IT IN BITES AND SEE
16   INSTEAD OF GOING OUT OF THE GATE WITH A LARGE NUMBER.
17        THE COURT:  WELL, I APPRECIATE THAT.
18         THERE'S ALSO SOME ECONOMY OF SCALE, SHALL WE SAY, TO -- IF
19   THE COURT LOOKS AT THIS AND RECOGNIZES THAT MAYBE THERE SHOULD
20   BE A MODIFICATION, UPWARD MODIFICATION OF SOMETHING, IT SHOULD
21   BE A NUMBER THAT -- AND A QUANTITY THAT ALLOWS PARTIES TO AT
22   LEAST PLAN AHEAD, TO STRATEGIZE STRATEGICALLY WHAT THEY'RE
23   GOING TO DO SO THEY'RE NOT COMING BACK EVERY OTHER WEEK -- I
24   LOVE SEEING YOU IN COURT.
25        MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

| | |
|---|---|
| 1 | MR. KATZ: RIGHT, YOUR HONOR. |
| 2 | THE COURT: I LOVE LAWYERS. I'M HAPPY TO HAVE |
| 3 | LAWYERS IN COURT. |
| 4 | BUT I DON'T WANT TO WASTE YOUR TIME UNNECESSARILY COMING |
| 5 | BACK AND ASKING FOR WELL, YOU KNOW, ONE MORE, TWO MORE, THREE |
| 6 | MORE. IT'S REALLY QUESTIONABLE HOW MUCH AT LEAST INITIALLY IS |
| 7 | TOO MUCH, RECOGNIZING THAT THERE SHOULD BE A LIMITATION. |
| 8 | I THINK 80 IS EXCESSIVE. I'LL JUST SAY THAT. |
| 9 | MR. COOPERSMITH: YOUR HONOR, I CAN UNDERSTAND THAT |
| 10 | PERSPECTIVE BECAUSE, AS I SAID, THAT'S A LARGE NUMBER COMPARED |
| 11 | TO MOST CASES THAT COME BEFORE THE COURT. |
| 12 | THE REASON, THOUGH -- JUST TO MAKE ONE MORE POINT BEFORE |
| 13 | YOU DECIDE WHAT TO DO HERE -- THAT A LOT OF THESE ENTITIES -- |
| 14 | YOU KNOW, MR. KATZ SAYS, "WELL, THIS IS A SIMPLE CASE, |
| 15 | MR. BALWANI KNOWS WHAT HE DID OR DIDN'T DO." |
| 16 | YOU KNOW, THERE'S NOT A LOT OF SORT OF WRITTEN |
| 17 | REPRESENTATIONS, YOU KNOW, WHERE YOU HAVE LIKE A TYPICAL S.E.C. |
| 18 | CASE WHERE YOU HAVE LIKE A 10-K STATEMENT AND THEY'RE ALLEGING |
| 19 | SOMETHING IS FALSE IN THERE. |
| 20 | HERE THERE'S A LOT OF ORAL STATEMENTS. |
| 21 | AND THEN WHEN YOU LOOK AT THESE PARTIES WHO ARE INVESTORS, |
| 22 | A LOT OF THEM ARE ENTITIES, THEY'RE HEDGE FUNDS, THINGS LIKE |
| 23 | THAT, AND THEY HAVE SCORES OF PEOPLE WHO ARE, YOU KNOW, |
| 24 | ANALYZING THE INVESTMENT AND, YOU KNOW, MEETINGS OCCUR WITH, |
| 25 | LIKE, MULTIPLE PEOPLE AND SOMETIMES PEOPLE CHANGE OVER TIME. |

1          SO WHAT PEOPLE REALLY THINK THEY HEARD AND WHAT WE SAY
2    MR. BALWANI SAID AND WHAT THE S.E.C. CLAIMS HE SAID, THIS IS
3    ALL GOING TO BE, IN MY VIEW, A MATTER OF DISPUTE.
4          AND THESE ENTITIES AREN'T, LIKE, THESE ARE MOM AND POP
5    INVESTORS.  THESE ARE LARGE, SOPHISTICATED INVESTORS WHO HAVE
6    LAYERS OF DECISION MAKERS, AND THAT'S ONE REASONS FOR THE BIG
7    NUMBER.
8              THE COURT:  SURE, OKAY.
9          WELL, WE ALSO DRAW UPON SCIENCE AND NATURE WHEN WE
10   RECOGNIZE THAT NATURE ABHORS A VACUUM.  AND, YOU KNOW, PERHAPS
11   YOU NEED 80.  BUT IF I GIVE YOU 80 TODAY, I'M QUITE CONFIDENT
12   YOU'LL FILL THOSE 80.  YOU'LL FILL THAT VACUUM WITH NECESSARY
13   WORK.  AND I'M NOT SUGGESTING THAT THAT WOULD BE HAPHAZARD OR
14   WITHOUT SCALPEL PRECISION AS YOU DO YOUR PRACTICE.
15         I DO THINK IT'S APPROPRIATE TO MAKE SOME, SOME ADJUSTMENT
16   AT THIS POINT, AND I WILL.  THANK YOU FOR YOUR COMMENTS.
17   THANKS FOR YOUR STATEMENT.  I DO THINK THAT, AT LEAST
18   INITIALLY, THE COURT SHOULD MAKE SOME ADJUSTMENT, AND I WILL.
19   I WILL MAKE SOME ADJUSTMENT.  I THINK 80 IS HIGH FOR
20   DEPOSITIONS.
21         BUT I DO THINK 25 TO START WITH, 25 WILL GIVE YOU AN
22   OPPORTUNITY AT LEAST TO LOOK AT YOUR CASE, SEE WHAT YOU CAN
23   ACCOMPLISH WITH 25.
24         AND TO MR. KATZ AND MS. CHAN'S POINT, YOU KNOW, THE DOORS
25   ARE ALWAYS OPEN TO THE COURT TO COME BACK AND LET ME KNOW IF

1    YOU NEED FURTHER ADJUSTMENT ON THAT AND WHY.
2         SAME THING WITH THE INTERROGATORIES.  I DO THINK THOSE
3    SHOULD BE ADJUSTED, AND I THINK 35 WOULD BE A GOOD NUMBER TO
4    PRESENT THERE, SO WE'LL ALLOW 35 AT THIS JUNCTURE.
5         AND I THINK THAT -- MY SENSE IS THAT WILL GET YOU WELL
6    STARTED ON WHAT YOU NEED TO DO, AND YOU CAN MAKE SOME STRATEGIC
7    DECISIONS WITH THAT, AND THEN, AS I SAY, I'M ALWAYS HAPPY TO
8    SEE LAWYERS BACK IN THE COURT, AND IF YOU NEED TO MAKE REQUESTS
9    FOR OTHER ADJUSTMENT, FEEL FREE TO DO THAT.
10             MR. COOPERSMITH:  YES, YOUR HONOR.
11             MR. KATZ:  THANK YOU, YOUR HONOR.
12             THE COURT:  LET ME ALSO SAY, I WILL -- I'VE LOOKED AT
13   THE SCHEDULING THAT YOU HAVE PROPOSED AND I THINK IT IS
14   APPROPRIATE AND I'LL ADOPT THIS SCHEDULE, AND I'LL ISSUE AN
15   ORDER.  WE'LL GET AN ORDER OUT BY THE END OF THIS WEEK THAT HAS
16   A FORMAL ADOPTION OF A SCHEDULE.
17        ONE THING THAT I DID WANT TO SUGGEST AND ASK YOU ABOUT IS
18   IT SEEMS THAT IT MIGHT BE PRUDENT TO HAVE THIS CASE, OUR CASE,
19   BE IN SOMEWHAT INTIMACY WITH THE CRIMINAL CASE, AND THE NEXT
20   DATE FOR THE CRIMINAL CASE IS OCTOBER 1 AT 1:30 FOR FURTHER
21   STATUS ON THIS.
22        AND MY THOUGHT IS I WOULD SET OUR CASE, THIS CASE,
23   SOMEWHERE NEAR IN TIME, OR PERHAPS THE SAME DAY, FOR STATUS TO
24   KEEP THEM TOGETHER.  I JUST HAVE THIS SUSPICION THAT THERE
25   MIGHT BE SOME OVERLAPPING ISSUES INVOLVING THOSE TWO CASES, AND

| | |
|---|---|
| 1 | SO I JUST WANTED TO GET YOUR THOUGHTS ON THAT. |
| 2 |     MR. KATZ:  THAT SEEMS TO MAKE SENSE FOR JUDICIAL |
| 3 | ECONOMY.  WOULD THE COURT WANT A STATUS CONFERENCE STATEMENT A |
| 4 | WEEK BEFORE AS IS TYPICAL? |
| 5 |     THE COURT:  THAT'S RIGHT.  I WOULDN'T DISTURB THAT. |
| 6 | WHAT ARE YOUR THOUGHTS ON THAT, MR. COOPERSMITH? |
| 7 |     MR. COOPERSMITH:  YOUR HONOR, I'M -- YOU KNOW, FOR |
| 8 | EFFICIENCY PURPOSES, YOU KNOW, COMING TO COURT, YOU KNOW, FOR |
| 9 | ONE DAY RATHER THAN MULTIPLE DAYS IS NOT A PROBLEM AND I |
| 10 | UNDERSTAND THAT. |
| 11 | I DO WANT TO POINT OUT, THE CASES ARE DIFFERENT IN |
| 12 | RESPECTS.  THERE'S -- IN THE CRIMINAL CASE, THERE'S ALLEGATIONS |
| 13 | ABOUT SOME VERY TECHNICAL LABORATORY ISSUES THAT DON'T EXIST -- |
| 14 | ALTHOUGH THEY ARE UNDERLYING THE ALLEGATIONS, THEY'RE NOT |
| 15 | DIRECTLY ALLEGED. |
| 16 | SO THERE ARE DIFFERENCES, YOUR HONOR, AND, YOU KNOW, OUR |
| 17 | VIEW IS THAT THE GOVERNMENT BROUGHT TWO CASES AND WE'RE |
| 18 | DEFENDING TWO CASES. |
| 19 | SO I UNDERSTAND THERE'S ALWAYS GOING TO BE FACTUAL OVERLAP |
| 20 | HERE, BUT THEY ARE DISTINCT AND WE DON'T WANT TO MELD THEM TOO |
| 21 | MUCH, IF THAT'S THE RIGHT WORD. |
| 22 |     THE COURT:  RIGHT, AND I APPRECIATE THAT. |
| 23 | MY THOUGHT WAS THERE MIGHT BE SOME ECONOMIES GAINED IF |
| 24 | THEY'RE, IF NOT ON THE SAME DAY, PERHAPS THE SAME WEEK OR |
| 25 | SOMEHOW CONNECTED TOGETHER FOR TIMING. |

| | |
|---|---|
| 1 | MY SENSE IS THERE'S GOING TO BE SOME DISCOVERY ISSUES THAT |
| 2 | OVERLAP, AND SOMETIMES WE HAVE CASES IN THESE SITUATIONS WHERE |
| 3 | I'M TOLD, "WELL, I NEED TO CHECK WITH CIVIL COUNSEL AND I NEED |
| 4 | THREE WEEKS TO DO THAT." |
| 5 | MR. COOPERSMITH:  YES, YOUR HONOR, I THINK THAT MAKES |
| 6 | SENSE TO ME. |
| 7 | THE COURT:  THOSE TYPES OF THINGS. |
| 8 | SO LET ME ASK YOUR THOUGHTS ON THAT.  THE CRIMINAL |
| 9 | CALENDAR IS HELD -- I HOLD MY CRIMINAL CALENDARS MONDAY |
| 10 | AFTERNOONS AND THE CIVIL CALENDARS ON THURSDAYS. |
| 11 | NOW, I COULD CHECK WITH GOVERNMENT COUNSEL IN THE CRIMINAL |
| 12 | MATTER TO SEE IF THEY WOULD BE WILLING TO APPEAR AT A SPECIAL |
| 13 | SET ON OUR THURSDAY CIVIL CALENDAR IN THEIR CASE, AND THAT'S |
| 14 | ANOTHER POSSIBILITY AS WELL. |
| 15 | FOR TODAY, I'M NOT GOING TO DISTURB THE DATE FOR THE |
| 16 | CRIMINAL MATTER.  THE GOVERNMENT'S NOT PRESENT HERE TO CHIME IN |
| 17 | ON THAT. |
| 18 | BUT THE NEXT STATUS IS OCTOBER 1 FOR THAT CASE, AND MAYBE |
| 19 | I SHOULD SET A STATUS DATE FOR US EITHER THE 27TH OF SEPTEMBER |
| 20 | OR THE 4TH OF OCTOBER JUST TO GAIN SOME INTIMACY WITH THE NEXT |
| 21 | COURT DATE. |
| 22 | DO YOU HAVE ANY THOUGHTS ON THAT? |
| 23 | MS. CHAN:  MY -- THE S.E.C. IS HAPPY TO COME WHENEVER |
| 24 | IT'S BEST FOR THE COURT, AND I WOULD SAY, BASED ON WHAT YOUR |
| 25 | HONOR SAID, MAYBE THE 4TH OF OCTOBER MAKES A LITTLE BIT MORE |

```
 1        SENSE BECAUSE THEN YOU WILL HAVE HAD THE PROCEEDING AND IF YOU

 2        WANT TO THEN LINK THEM UP IN TIME, THAT MAY MAKE MORE SENSE.

 3                  MR. COOPERSMITH:  I AGREE WITH THAT, YOUR HONOR.

 4                  THE COURT:  OKAY.  SHOULD WE SET THEN OCTOBER 4,

 5        OCTOBER 4 AT 10:00 A.M. FOR OUR NEXT CMC IN THIS CASE?

 6                  MR. COOPERSMITH:  YES, YOUR HONOR.

 7                  THE COURT:  ALL RIGHT.  LET'S DO THAT.

 8                  MR. KATZ:  THANK YOU, YOUR HONOR.

 9                  THE COURT:  GREAT.

10                  MS. GORTON:  YOUR HONOR, ONE ISSUE I WANT TO POINT

11        OUT.  THERE'S A SMALL TYPOGRAPHICAL ERROR IN THE REBUTTAL

12        EXPERT REPORT DATE.  IT SAYS 2018 AND IT NEEDS TO SAY 2019.

13                  THE COURT:  ALL RIGHT.  THANK YOU.

14                  MS. GORTON:  THANK YOU.

15                  THE COURT:  THANK YOU FOR THAT.

16                  MS. GORTON:  THANK YOU.

17                  THE COURT:  YOU'RE WELCOME.

18             ALL RIGHT.  ANYTHING FURTHER?

19                  MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

20                  MR. KATZ:  THANK YOU, YOUR HONOR.  THANK YOU.

21                  THE COURT:  ALL RIGHT.  THANK YOU.

22                  THE CLERK:  COURT IS ADJOURNED.

23             (THE PROCEEDINGS WERE CONCLUDED AT 10:12 A.M.)

24

25
```

CERTIFICATE OF REPORTER

I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY CERTIFY:

THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

_____
LEE-ANNE SHORTRIDGE, CSR, CRR
CERTIFICATE NUMBER 9595

DATED: AUGUST 28, 2018