JINA L. CHOI (N.Y. Bar No. 2699718)
MARC D. KATZ (Cal. Bar No. 189534)
  katzma@sec.gov
SUSAN F. LA MARCA (Cal. Bar No. 215231)
  lamarcas@sec.gov
JESSICA W. CHAN (Cal. Bar No. 247669)
  chanjes@sec.gov
RAHUL KOLHATKAR (Cal. Bar No. 261781)
  kolhatkarr@sec.gov
Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
(415) 705-2500


JEFFREY B. COOPERSMITH (Cal. Bar No. 252819)
   jeffcoopersmith@dwt.com
KELLY GORTON (Cal. Bar No. 300978)
   kellygorton@dwt.com
STEPHEN RUMMAGE (*admitted pro hac vice*)
   steverummage@dwt.com
BENJAMIN BYER (*admitted pro hac vice*)
   benbyer@dwt.com
MAX B. HENSLEY (*admitted pro hac vice*)
   maxhensley@dwt.com
AMANDA MCDOWELL (*admitted pro hac vice*)
   amandamcdowell@dwt.com
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111
Telephone:     (415) 276-6500
Facsimile:     (415) 276-6599
Attorneys for Defendant
RAMESH BALWANI

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 5:18-cv-01603-EJD |
| Plaintiff, | SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT |
| vs. | Date:  October 4, 2018 |
| RAMESH "SUNNY" BALWANI, | Time:  10:00 a.m. |
| Defendant. | Courtroom:  4<br>Judge:  Edward J. Davila |

**Introduction to Supplemental Joint Statement**

The Court held the Initial Case Management Conference in this matter on August 2, 2018, following the submission of the parties' joint case management statement dated September 23, 2018. Doc. No. 32. On August 2, the Court issued its Case Management Order (Doc. No. 34), which, among other things, scheduled the further Case Management Conference for October 4, 2018.

Accordingly, this Joint Supplemental CMC Statement addresses only those matters that have occurred since the August 2, 2018 hearing. (The parties' initial joint statement is attached as Exhibit 1 for the Court's convenience.)

**5.      Amendment of Pleadings:[1]**

The Case Management Order set a deadline of 60 days from the Order, October 1, 2018, for joinder of additional parties or other amendment to the pleadings. The parties will not be seeking to amend the pleadings.

**8.      Discovery**

**Protective Order**

On August 27, 2018, pursuant to stipulation, Judge Cousins entered the Protective Order for this case. Doc. No. 40.

**Discovery to Date:**

Since the August 2, 2018 hearing, the parties have taken the following actions regarding discovery:

- Meet and Confer About Mr. Balwani's Discovery Requests: With respect to the SEC's June 4, 2018 responses to Mr. Balwani's First Set of Requests for Admission, First Set of Interrogatories, and First Set of Requests for Production of Documents, the parties have had two, hours-long telephonic conferences, followed by extensive written correspondence, in an effort to bridge their differences and eliminate the need for

---

[1] For consistency, in this supplemental statement, the parties use the same topic numbers as those in their initial statements, which correspond to the numbers listed in the NDCA Standing Order-Content of Joint Case Management Statement.

discovery motion practice. Those discussions are ongoing.  The parties will adhere to Judge Cousins's Orders and Procedures if they reach a discovery impasse.

- Mr. Balwani's Responses to SEC's Discovery Requests: Mr. Balwani timely responded to the SEC's July 6, 2018 document requests, and on September 10, 2016, made a partial production of responsive documents.

- SEC's Additional Discovery Requests: On August 31, 2018, the SEC served on Mr. Balwani its First Set of Interrogatories and Second Set of Requests for Production of Documents.

- Rule 45 Subpoenas to Produce Documents: On September 14, 2018, Mr. Balwani produced to the SEC documents received in response to four of its previously-served third-party subpoenas.  That same day, Mr. Balwani served Rule 45 Subpoenas on two federal government agencies, the United States Food and Drug Administration and the United States Centers for Medicare and Medicaid Services.

**17.** **Scheduling:**

During the August 2, 2018 hearing, the Court and the parties discussed aligning the conference scheduling of this civil case with that of the criminal case, *United States v. Holmes and Balwani*, 5:18-cr-00258-EJD. The Court stated: "It seems that it might be prudent to have this case, our case, be in somewhat intimacy with the criminal case . . . . And my thought is I would set our case, this case, somewhere near in time, or perhaps the same day, for status to keep them together." Following the discussion about coordinating the scheduling of the two matters, the Court set this matter for a conference on October 4, 2018, three days after the previously scheduled criminal case conference date of October 1, 2018.  But on September 14, 2018, pursuant to a stipulation of the parties in the criminal case, the Court Ordered that the criminal status hearing be continued to October 15, 2018. If the Court would prefer to maintain the coordinated schedule, the SEC is amenable to moving the CMC to either the same date as the criminal status hearing (October 15, 2018) or the next available date for the Court.  Mr. Balwani does not oppose this request, but is also willing to conduct the conference as originally scheduled on October 4, 2018.

Dated:  September 24, 2018                    Respectfully submitted,


/s/ *Marc Katz*
Marc Katz
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION


/s/ *Jeffrey B. Coopersmith*
Jeffrey B. Coopersmith
DAVIS WRIGHT TREMAINE LLP
Attorney for Defendant
Ramesh "Sunny" Balwani