# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

IN THE MATTER OF THE ADMISSION )
)
OF )
)
STEVEN WALTER FOGG )
)
TO PRACTICE IN THE COURTS OF THIS STATE )
)

BAR NO. 23528

**CERTIFICATE**

**OF**

**GOOD STANDING**

I, Erin L. Lennon, Deputy Clerk of the Supreme Court of the State of Washington, hereby certify

**STEVEN WALTER FOGG**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on February 25, 1994, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court this 11th day of October, 2018.

Erin L. Lennon
Supreme Court Deputy Clerk
Washington State Supreme Court