Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE COMMISSION,

　　　　　　　　　　Plaintiff(s),

　　v.

RAMESH "SUNNY" BALWANI

　　　　　　　　　　Defendant(s).

)
)
)
)
)
)
)
)
)
)
)

Case No: 5:18-cv-01603

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Mark Bartlett                    , an active member in good standing of the bar of Supreme Court of Wash.    , hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Ramesh Balwani            in the above-entitled action. My local co-counsel in this case is Kelly M. Gorton            , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1201 Third Avenue, Suite 2200 Seattle, WA  98101 | 505 Montgomery Street, Suite 800 San Francisco, CA  94111 |
| MY TELEPHONE # OF RECORD: (206) 622-3150 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (415) 276-6500 |
| MY EMAIL ADDRESS OF RECORD: markbartlett@dwt.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: kellygorton@dwt.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 15672       .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 10/26/18

　　　　　　　　　　　　　　　　　　Mark Bartlett            ＋
　　　　　　　　　　　　　　　　　　APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Mark Bartlett            is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER　　　　　　　　　　　　　　　　*October 2012*