Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE
COMMISSION,

                    Plaintiff(s),

        v.

RAMESH "SUNNY" BALWANI

                    Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)

Case No: 5:18-cv-01603

**APPLICATION FOR
ADMISSION OF ATTORNEY
PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Mark Bartlett                        , an active member in good standing of the bar of
Supreme Court of Wash.      , hereby respectfully apply for admission to practice *pro hac vice* in the
Northern District of California representing: Ramesh Balwani                        in the
above-entitled action. My local co-counsel in this case is Kelly M. Gorton                        , an
attorney who is a member of the bar of this Court in good standing and who maintains an office
within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1201 Third Avenue, Suite 2200<br>Seattle, WA  98101 | 505 Montgomery Street, Suite 800<br>San Francisco, CA  94111 |
| MY TELEPHONE # OF RECORD:<br>(206) 622-3150 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 276-6500 |
| MY EMAIL ADDRESS OF RECORD:<br>markbartlett@dwt.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>kellygorton@dwt.com |

I am an active member in good standing of a United States Court or of the highest court of
another State or the District of Columbia, as indicated above; my bar number is: 15672            .

A true and correct copy of a certificate of good standing or equivalent official document from said
bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the
Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

***I declare under penalty of perjury that the foregoing is true and correct.***

Dated:  10/26/18

Mark Bartlett
APPLICANT

---

# ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Mark Bartlett                        is granted,
subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate
appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel
designated in the application will constitute notice to the party.

Dated:  10/26/2018

UNITED STATES DISTRICT~~MAGISTRATE~~ JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                            *October 2012*