ERIN E. SCHNEIDER (Cal. Bar No. 216114)
MARC D. KATZ (Cal. Bar No. 189534)
  katzma@sec.gov
SUSAN F. LA MARCA (Cal. Bar No. 215231)
  lamarcas@sec.gov
JESSICA W. CHAN (Cal. Bar No. 247669)
  chanjes@sec.gov
RAHUL KOLHATKAR (Cal. Bar No. 261781)
  kolhatkarr@sec.gov
Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
(415) 705-2500


JEFFREY B. COOPERSMITH (Cal. Bar No. 252819)
    jeffcoopersmith@dwt.com
KELLY GORTON (Cal. Bar No. 300978)
    kellygorton@dwt.com
STEPHEN RUMMAGE (*admitted pro hac vice*)
    steverummage@dwt.com
BENJAMIN BYER (*admitted pro hac vice*)
    benbyer@dwt.com
MAX B. HENSLEY (*admitted pro hac vice*)
    maxhensley@dwt.com
AMANDA MCDOWELL (*admitted pro hac vice*)
    amandamcdowell@dwt.com
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111
Telephone:     (415) 276-6500
Facsimile:     (415) 276-6599
Attorneys for Defendant
RAMESH BALWANI

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 5:18-cv-01603-EJD |
| Plaintiff, | JOINT SUPPLEMENTAL CASE MANAGEMENT STATEMENT |
| vs. | Date: January 14, 2019 |
| RAMESH "SUNNY" BALWANI, | Time:  1:30 p.m. |
| Defendant. | Courtroom:  4<br>Judge:  Edward J. Davila |

**Introduction to Joint Supplemental Statement**

Plaintiff Securities and Exchange Commission ("SEC") and Defendant Ramesh Balwani hereby submit their Joint Supplemental Settlement Conference Statement in anticipation of the Case Management Conference scheduled for January 14, 2019.

The Court held the Initial Case Management Conference in this matter on August 2, 2018, and a supplemental status conference on October 15, 2018. This Joint Supplemental CMC Statement addresses only those matters that have occurred since the October 15, 2018 hearing.

The SEC's counsel has been furloughed due to the lapse in appropriations for much of the federal government, as the SEC has informed the defendant.  However, if the lapse continues through January 14, 2019, and the Court remains open, counsel for the SEC will attend the CMC.

**5.      Amendment of Pleadings:[1]**

The time for joinder of additional parties or other amendment to the pleadings has passed and the parties did not seek any amendments.

**8.      Discovery**

**Supplemental Protective Order**

Among other subpoenas, the defense served subpoenas on the Food and Drug Administration ("FDA") and the Centers for Medicare & Medicaid Services ("CMS") (both part of the U.S. Department of Health and Human Services) on September 14 and September 17, 2018, respectively. On December 18, 2018, an Assistant United States Attorney from the U.S. Attorney's Office for the Northern District of California informed Mr. Balwani's counsel that she would be representing both agencies in connection with the subpoenas.  The FDA initially produced some documents but paused that production until the Court enters a supplemental protective order.  On January 4, CMS began its document production, but it has declined to search for or produce internal communications discussing Theranos.  Mr. Balwani's counsel and CMS are meeting and conferring regarding these communications and other deficiencies in CMS's production.

---

[1] For consistency, in this supplemental statement, the parties use the same topic numbers as those in their initial statements, which correspond to the numbers listed in the NDCA Standing Order-Content of Joint Case Management Statement.

At the request of FDA and CMS, the parties began preparing a supplemental protective order addressing documents produced by FDA and CMS.  On January 3, 2019, Mr. Balwani's counsel proposed to FDA, CMS, and SEC a draft supplemental protective order.  Inside counsel for the FDA has been furloughed and it has not responded directly or through the U.S. Attorney's Office.  Counsel for CMS and SEC have also not yet responded to Mr. Balwani's proposed supplemental protective order.

**Discovery to Date:**

Since the October hearing, the parties have exchanged additional written discovery and have engaged in extensive meet-and-confer conferences in an effort to bridge their differences and eliminate the need for discovery motion practice.  Those discussions remain ongoing.  The parties will adhere to Judge Cousins's Orders and Procedures if they reach a discovery impasse.

Mr. Balwani has also served additional Rule 45 document subpoenas, and has served nine notices for depositions to be held in New York, Texas, and California.  Counsel for the parties and the witnesses are working to schedule these depositions.

Dated: January 7, 2019                         Respectfully submitted,

/s/ *Susan F. LaMarca*
Susan F. LaMarca
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

/s/ *Jeffrey B. Coopersmith*
Jeffrey B. Coopersmith
DAVIS WRIGHT TREMAINE LLP
Attorney for Defendant
Ramesh "Sunny" Balwani