ERIN E. SCHNEIDER (Cal. Bar No. 216114)
MARC D. KATZ (Cal. Bar No. 189534)
katzma@sec.gov
SUSAN F. LA MARCA (Cal. Bar No. 215231)
lamarcas@sec.gov
JESSICA W. CHAN (Cal. Bar No. 247669)
chanjes@sec.gov
RAHUL KOLHATKAR (Cal. Bar No. 261781)
kolhatkarr@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
Telephone:     (415) 705-2500

JEFFREY B. COOPERSMITH (Cal. Bar No. 252819)
KELLY GORTON (Cal. Bar No. 300978)
STEPHEN RUMMAGE (Admitted *Pro Hac Vice*)
BENJAMIN J. BYER (Admitted *Pro Hac Vice*)
AMANDA MCDOWELL (Admitted *Pro Hac Vice*)
MAX HENSLEY (Admitted *Pro Hac Vice*)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111
Telephone:     (415) 276-6500
Email: jeffcoopersmith@dwt.com; kellygorton@dwt.com;
       steverummage@dwt.com; benbyer@dwt.com;
       amandamcdowell@dwt.com; maxhensley@dwt.com
Attorneys for Defendant RAMESH BALWANI

# IN THE UNITED STATES DISTRICT COURT

## THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>             Plaintiff,<br><br>     vs.<br><br>RAMESH "SUNNY" BALWANI,<br><br>             Defendant. | Case No. 5:18-cv-01603-EJD<br><br>**[PROPOSED]** **STIPULATED ORDER REGARDING THIRD-PARTY DISCOVERY** |

Pursuant to the Court's January 14, 2019 Order, Plaintiff Securities and Exchange Commission ("SEC") and Defendant Ramesh Balwani have met and conferred, and hereby agree and stipulate to the following:

1. Civil discovery is stayed, pursuant to the Court's January 14, 2019 Order, due to the lapse in appropriations for the SEC.  SEC counsel will notify the Court and defense counsel when they are again able to fully participate in this case, at which point the stay will no longer be in effect.

2. Notwithstanding the foregoing, the following civil discovery may still proceed during the stay:

   a. Mr. Balwani may continue to negotiate with non-governmental third parties regarding the production of documents pursuant to outstanding document subpoenas;

   b. Mr. Balwani may continue to receive documents responsive to existing subpoenas to produce documents pursuant to Fed. R. Civ. P. 45 served on governmental third parties (subject to those entities' availability during the lapse in appropriations) and non-governmental third parties, however, no litigated disputes or stipulated protective orders shall be submitted to the Court;

   c. Mr. Balwani may serve new subpoenas to produce documents pursuant to Fed. R. Civ. P. 45 on non-governmental third-parties; and

   d. Mr. Balwani may continue to work with non-governmental third parties to determine their future availability for depositions, but no depositions may be scheduled while the stay is in effect.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: January 17, 2019                                    Respectfully submitted,

                        /s/ *Susan F. LaMarca*
                        Marc D. Katz
                        Susan F. LaMarca
                        Attorneys for Plaintiff
                        SECURITIES AND EXCHANGE
                        COMMISSION


                        /s/ *Jeffrey B. Coopersmith*
                        Jeffrey B. Coopersmith
                        DAVIS WRIGHT TREMAINE, LLP
                        Attorney for Defendant
                        Ramesh "Sunny" Balwani


PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATED: 1/18/2019

United States District Judge

---

2

[PROPOSED] STIPULATED ORDER REGARDING THIRD-PARTY DISCOVERY
Case No. 5:18-cv-01603-EJD