ERIN E. SCHNEIDER (Cal. Bar No. 216114)
MARC D. KATZ (Cal. Bar No. 189534)
  katzma@sec.gov
SUSAN F. LA MARCA (Cal. Bar No. 215231)
  lamarcas@sec.gov
JESSICA W. CHAN (Cal. Bar No. 247669)
  chanjes@sec.gov
RAHUL KOLHATKAR (Cal. Bar No. 261781)
  kolhatkarr@sec.gov
Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
(415) 705-2500

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 5:18-cv-01603-EJD |
| Plaintiff, | SECURITIES AND EXCHANGE COMMISSION'S NOTICE RE: STAY |
| vs. | |
| RAMESH "SUNNY" BALWANI, | Judge:  Edward J. Davila |
| Defendant. | |

On January 14, 2019, this Court stayed this action, at the request of the plaintiff Securities and Exchange Commission ("SEC"), due to a federal government lapse in appropriations.  At the Court's direction, the SEC and Defendant Ramesh Balwani stipulated, among other things, that "SEC counsel will notify the Court and defense counsel when they are again able to fully participate in this case, at which point the stay will no longer be in effect."  ECF 54 (Stipulation and Proposed Order).  The Court entered the Stipulated Order on January 18, 2019.  ECF 55.

Accordingly, the SEC hereby notifies the Court and the Defendant that the SEC's counsel is fully participating in this case, and the stay no longer need be in effect.

Dated:  January 29, 2019

Respectfully submitted,


/s/ *Marc Katz*
Marc Katz
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION