## *Fountain Hills Women's Health*
### *16425 e Palisades blvd #105 Fountain Hills, AZ 85268*

<u>United States District Court</u>
Judge Davila
Judge Cousins
280 S. 1st room 2112
San Jose, CA 95113



RECEIVED

APR 03 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

April 3rd, 2019

**Case: SEC v Balwani, Case No. 5:18-cv-01603-EJD (N.D.CAL)**

**Re: Records Request Subpoena, HIPAA violation, Harassment of Dr. Sundene, Harassment of clinic staff, and fraudulent process serving practice by Mr. Balwani**

Dear Judge Davila and Judge Cousins,

On 4/2/2019 Mr. Balwani's process server attempted to serve our clinic with a subpoena in a fraudulent and harassing manner. The process server repeatedly demanded that the clinic accept service for a document addressed to "Sunny Balwani, a former employee of the clinic." by Robert Hughes. Upon stating that nobody with that name has ever worked here, the process server continued to insist that we accept service on his behalf.

Mr. Balwani has already been instructed to NEVER contact Dr. Sundene again or come in to Dr. Sundene's place of business or home after physically, financially, emotionally and legally threatening her with a variety of false accusations over the past 5 years in Dr. Sundene's efforts to protect patients from his fraudulent labs. *The clinic staff has been instructed to call 911 in response to ANY of Mr. Balwani's legal or personal requests.*

**HIPAA VIOLATION: OUTSIDE OF LEGAL SCOPE**
Dr. Sundene is NOT a part of the SEC case and refuses to release sensitive information regarding her patients to a morally bankrupt sociopathic liar in EITHER criminal or civil cases. Dr. Sundene's patients have already endured harm and do not need further invasion of privacy or additional harm from someone that conducts business like a harassing mob boss. Furthermore, Mr. Balwani should **ALREADY HAVE** a copy of his tragically erroneous labs, and it is not the job of this clinic to be his personal record keeper.

**FINANCIAL HARRASSMENT**
Mr. Balwani has already caused the clinic over $20,000 in legal fees and should not be allowed to further harrass the clinic in any manner. We request the judge presiding on this case to order Mr. Balwani to serve any of his ridiculous requests first to FBI agent George Scavdish who then can determine if the clinic should contact their attorney before accruing any further unnecessary additional legal fees.

**INVASION OF PRIVACY**

Mr. Balwani is attempting to invade the privacy of our clinic's patients and we will fight this subpoena and any further requests for documents TO THE FULLEST EXTENT OF THE LAW out of respect for the patients Mr. Balwani has ALREADY CAUSED HARM TO, and we do NOT believe under any circumstance that these patients deserve FURTHER HARM by having their privacy invaded by a sociopathic mobster such as Mr. Balwani, that will only use the information to further threaten and harm these patients.

**HARASSMENT OF PATIENTS**

Our clinic already has chart notes generated to prove Mr. Balwani will shamelessly use sensitive patient information to harass the patients personally and professionally. He completely lacks moral integrity and has already called and harassed and traumatized many of our patients involved in the class action lawsuit. We are rightfully concerned for their safety and therefore refuse to put them in any form of danger when the information he is requesting is also completely useless to either his criminal or civil case. Furthermore, the information he requests will just further prove his extreme guilt and is in no way helpful to his cause. Please do not allow Mr. Balwani to further harass our patients by having access to their sensitive personal issues that should remain private unless the patient chooses to sign their own records over to Mr. Balwani. The patients are not the ones guilty of committing a crime. The patients are protected by HIPAA and we will not violate HIPAA as this is completely irrelevant to the SEC. Finally, we did not receive a signed Medical Release from any patients in agreement that their legal right to doctor-patient confidentiality be violated in this matter.

**OBSTRUCTION OF OUR RIGHT TO WORK**

Mr. Balwani's requests directly to our clinic have already been deemed harassing and distracting and we request the judge order his legal team to NEVER contact our office directly again for any matter. Mr. Balwani's process server wasted an hour of the clinic's time and impeded the front desk from answering the phone or serving patients and caused the staff to have to stay late to finish all their tasks. We therefore request that any and all requests by the SEC case be directed to agent George Scavdish at the FBI who will then contact Dr. Sundene if he deems the request legally prudent. Mr. Balwani threatened multiple doctors as stated in the book, "Bad Blood" and has already harassed our clinic's reputation, staff, patients and doctors on multiple occasions. Any further contact jeopardizes the safety of our clinic staff.

**SUMMARY OF REQUESTS**

Due to the irreparable financial and psychological harm Mr. Balwani has **ALREADY INFLICTED** on Dr. Sundene we request the judge orders him to NEVER directly contact our clinic in the interest of the safety of our staff, and that his legal team should be ordered to direct all future correspondence to FBI Agent George Scavdish who then can determine if this is even close to a reasonable request to endure the expense of our legal team. Otherwise we feel Mr. Balwani is simply engaging in "Witness Tampering" that is in and of itself an additional crime and deemed a conflict of interest against the ongoing criminal investigation against Mr. Balwani.

**Please order Mr. Balwani to submit all requests of Dr. Sundene directly to the FBI.**

Sincerely,

Fountain Hills Women's Health