UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No.18-cv-01603-EJD  (NC) |
| Plaintiff, | **CLERK'S NOTICE** |
| v. | Re: Dkt. No. 58 |
| RAMESH SUNNY BALWANI, | |
| Defendant. | |

This Court is in receipt of the letter dated April 3, 2019 from Fountain Hills Women's Health. Dkt. 58. The Court sets a hearing for April 24, 2019, at 1:00 p.m., before Judge Nathanael Cousins in Courtroom 4, 5th Floor, San Jose. The SEC and defendant Balwani to file any response to the letter by April 17, 2019. Third-party Fountain Hills Women's Health may participate by telephone and must contact the Courtroom Deputy at 408.535.5343 to make arrangements.

Dated:  April 11, 2019

Susan Y. Soong
Clerk, United States District Court

By: _____
Lili Harrell, Deputy Clerk to the
Honorable NATHANAEL M. COUSINS