UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiffs,<br><br>          v.<br><br>RAMESH SUNNY BALWANI,<br><br>                    Defendants. | Case No.: 18-cv-01603-EJD  (NC)<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that:

(1)    I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California; and

(2)    On 4/11/2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's office.

**Fountain Hills Women's Health**
Attn: Dr. Nicole Sundene
16425 E. Palisades Blvd #105
Fountain Hills, AZ 85268

Dated: 4/11/2019

Susan Y. Soong
Clerk, United States District Court

By: _____
Lili Harrell, Deputy Clerk to the
Nathanael M. Cousins