JEFFREY B. COOPERSMITH (CA State Bar No. 252819)
STEPHEN A. CAZARES (CA State Bar No. 201864)
KELLY M. GORTON (CA State Bar No. 300978)
AMANDA MCDOWELL (Admitted *Pro Hac Vice*)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111
Telephone:  (415) 276-6500 │Facsimile:  (415) 276-6599
Email: jeffcoopersmith@dwt.com; stevecazares@dwt.com
        kellygorton@dwt.com; amandamcdowell@dwt.com

Attorneys for Defendant RAMESH BALWANI

**IN THE UNITED STATES DISTRICT COURT**

**THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>             Plaintiff,<br><br>     v.<br><br>RAMESH "SUNNY" BALWANI,<br><br>             Defendant. | Case No. 5:18-cv-01603 EJD NC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT RAMESH BALWANI'S ADMINISTRATIVE MOTION TO STRIKE OVERLENGTH LETTER PURSUANT TO CIVIL L.R. 7-11**<br><br>**[Administrative Motion and Declaration of Jeffrey B. Coopersmith Filed Concurrently]**<br><br>**Hon. Edward J. Davila**<br>**Magistrate Judge Nathaniel M. Cousins** |

DAVIS WRIGHT TREMAINE LLP

This matter came before the Court by Defendant Ramesh Balwani's Administrative Motion to Strike Overlength Letter filed on April 17, 2019 by Plaintiff Securities and Exchange Commission (Dkt. 62).  The Court has considered all legal authority, briefing, declarations and exhibits submitted to the Court on this matter. Having considered the foregoing and been fully informed:

IT IS HEREBY ORDERED that plaintiff Securities and Exchange Commission's April 17, 2019 Discovery Letter Brief (Dkt. 62) shall be stricken from the record.

IT IS SO ORDERED.

Dated: _____, 2019

_____
The Honorable Nathaniel M. Cousins
United State District Magistrate Judge

DAVIS WRIGHT TREMAINE LLP

1

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO STRIKE
Case No. 5:18-cv-01603 EJD NC