ERIN E. SCHNEIDER (Cal. Bar No. 216114)
  schneidere@sec.gov
MARC D. KATZ (Cal. Bar No. 189534)
  katzma@sec.gov
SUSAN F. LA MARCA (Cal. Bar No. 215231)
  lamarcas@sec.gov
JESSICA W. CHAN (Cal. Bar No. 247669)
  chanjes@sec.gov
RAHUL KOLHATKAR (Cal. Bar No. 261781)
  kolhatkarr@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
(415) 705-2500

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 5:18-cv-01603-EJD (NC) |
| Plaintiff, | |
| vs. | **RESPONSE TO DEFENDANT'S ADMINISTRATIVE MOTION TO STRIKE** |
| RAMESH "SUNNY" BALWANI, | |
| Defendant. | **Hon. Nathanael Cousins** |

The Securities and Exchange Commission ("SEC") hereby responds to Defendant Ramesh Balwani's Administrative Motion to Strike. (Dkt Nos. 64 and 65, as amended.) It should be denied.

On April 11, 2019, the Clerk filed a Notice setting an April 24, 2019 hearing on a letter submitted *pro se* by Fountain Hills Women's Health, a third party from whom Defendant seeks discovery, informing the parties that they may respond by April 17. (Dkt No. 59.) The parties separately filed responses. (Dkt Nos. 61, 62). After the Clerk filed a Notice expressly including the parties' responses for the April 24 hearing (Dkt No. 63), Defendant filed the Administrative Motion seeking to strike the SEC's response. (Dkt No. 62.)

The SEC does not believe that it violated the letter or spirit of the Court's Standing Orders. The SEC did not interpret the Clerk's Notice to respond to a *pro se* third party's letter as invoking the Standing Order's joint submission requirements, and indeed, without first discussing the matter, both parties filed responses separately per the Clerk's Notice. But the SEC does not believe that either party did anything wrong: both filed timely, succinct responses in accordance with the Clerk's Notice, and the Defendant has suffered no prejudice.

Accordingly, the administrative motion should be denied.

Dated: April 19, 2019                      Respectfully submitted,


                                           /s/ *Susan F. LaMarca*
                                           Susan F. LaMarca
                                           Attorney for Plaintiff
                                           SECURITIES AND EXCHANGE COMMISSION