**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 5:18-cv-01603-EJD (NC) |
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER RE DEFENDANT'S ADMINISTRATIVE MOTION TO STRIKE** |
| RAMESH "SUNNY" BALWANI, | |
| Defendant. | **Hon. Nathanael Cousins** |

Defendant Ramesh Balwani's Administrative Motion to Strike (Dkt Nos. 64 and 65, as amended) is hereby DENIED.

IT IS SO ORDERED.

_____
Hon. Nathanael Cousins
United States Magistrate Judge