ADAM A. REEVES (NYBN 2363877)
Attorney for the United States,
Acting Under Authority Conferred By 28 U.S.C. § 515

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

JEFF SCHENK (CABN 234355)
JOHN C. BOSTIC (CABN 264367)
ROBERT S. LEACH (CABN 196191)
Assistant United States Attorneys

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    Fax: (408) 535-5066
    robert.leach@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | CV-18-1603-EJD |
| Plaintiff, | [PROPOSED] ORDER GRANTING UNITED STATES' MOTION TO INTERVENE AND STAY ACTION |
| v. | Date: June 10, 2019 |
| RAMESH "SUNNY" BALWANI, | Time: 10:00 a.m. |
| Defendant. | |

    The Court, having considered the papers filed in support of and opposition to the government's Motion to Intervene and Stay Action, and the respective arguments of counsel, hereby GRANTS the motion. All proceedings in this matter are stayed pending entry of judgment in *United States v. Elizabeth Holmes & Ramesh "Sunny" Balwani*, Case No. CR 18-258 EJD, or further order of the Court.

    IT IS SO ORDERED.

Dated: _____

                                   _____
                                   THE HONORABLE EDWARD J. DAVILA
                                   UNITED STATES DISTRICT JUDGE