ADAM A. REEVES (NYBN 2363877)
Attorney for the United States,
Acting Under Authority Conferred By 28 U.S.C. § 515

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

JEFF SCHENK (CABN 234355)
JOHN C. BOSTIC (CABN 264367)
ROBERT S. LEACH (CABN 196191)
Assistant United States Attorneys

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    Fax: (408) 535-5066
    robert.leach@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | CV-18-1603-EJD |
| Plaintiff, | DECLARATION OF AUSA ROBERT S. LEACH IN SUPPORT OF UNITED STATES' MOTION TO INTERVENE AND STAY ACTION |
| v. | |
| RAMESH "SUNNY" BALWANI, | Date: June 10, 2019<br>Time: 10:00 a.m. |
| Defendant. | |

DECL. OF AUSA LEACH RE U.S.' MOT. TO INTERVENE & STAY
CV-18-1603 EJD

I, Robert S. Leach, declare as follows:

1. I am an Assistant United States Attorney with the United States Attorney's Office for the Northern District of California. I am assigned to the prosecution of *United States v. Elizabeth Holmes & Ramesh "Sunny" Balwani*, Case No. CR 18-258 EJD. I make this declaration in support of the United States' Motion to Intervene and Stay Action.

2. Attached as Exhibit A is a true and correct copy of Defendant Ramesh Balwani's Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26 dated May 17, 2018.

3. Attached as Exhibit B is a true and correct copy of Defendant Ramesh Balwani's Supplemental Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26 dated December 18, 2018. The disclosure states "Mr. Balwani believes that the individuals identified in his Supplemental Response to Plaintiff Securities and Exchange Commission's Interrogatory No. 1 ("Supplemental Response") are likely to have discoverable information that he may use to support his defenses." Balwani's Supplemental Response lists 93 individuals, none of whom appear to be outside doctors or patients.

4. Attached as Exhibit C is a true and correct copy of a subpoena issued by Balwani to Laboratory Corporation of America Holdings.

5. Attached as Exhibit D is a true and correct copy of a subpoena issued by Balwani to Quest Diagnostics Clinical Laboratories.

6. Attached as Exhibit E is a true and correct copy of a subpoena issued by Balwani to Southwest Contemporary Women's Care, P.C.

7. Attached as Exhibit F is a true and correct copy of a subpoena issued by Balwani to Fountain Hills Women's Health (with the name of patient redacted).

8. Attached as Exhibit G is a true and correct copy of a subpoena issued by Balwani to Arizona Department of Health Services.

9. Attached as Exhibit H is a true and correct copy of an email from counsel for the SEC to my Office.

10. As the government learns of documents obtained by the SEC in the course of civil discovery, it has obtained them and produced them to Elizabeth Holmes, who is a defendant in the

DECL. OF AUSA LEACH RE U.S.' MOT. TO INTERVENE & STAY
CV-18-1603 EJD                                    1

parallel criminal case but not a party to the SEC civil case, and who contends that the SEC is part of the government's prosecution team and therefore the government's Rule 16, *Brady*, and *Giglio* obligations extend to the SEC.

11.   I am advised that, in the SEC civil case to date, Balwani has deposed five individuals – all of whom are representatives of investors referenced in the superseding indictment in CR 18-258 EJD. Of the 32 investors and potential investors identified by the SEC in its initial disclosures, Balwani to date has elected to depose only investors referenced in the superseding indictment.

I declare, under penalty of perjury, that the foregoing is true and correct.  Executed this 1th day of April 2019.

_____
ROBERT S. LEACH
Assistant United States Attorney

DECL. OF AUSA LEACH RE U.S.' MOT. TO INTERVENE & STAY
CV-18-1603 EJD                                    2