# EXHIBIT A

JEFFREY B. COOPERSMITH (CA State Bar No. 252819)
KELLY M. GORTON (CA State Bar No. 300978)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone:     (415) 276-6500
Facsimile:     (415) 276-6599
Email:         jeffcoopersmith@dwt.com
               kellygorton@dwt.com

BENJAMIN J. BYER (Admitted *Pro Hac Vice*)
MAX B. HENSLEY (Admitted *Pro Hac Vice*)
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101
Telephone:     (206) 757-8105
Facsimile:     (206) 757-7105
Email:         benbyer@dwt.com
               maxhensely@dwt.com

Attorneys for Defendant
RAMESH BALWANI

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 5:18-cv-01603-BLF |
| Plaintiff, | **DEFENDANT RAMESH BALWANI'S INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26** |
| v. | |
| RAMESH "SUNNY "BALWANI, | |
| Defendant. | |

In accordance with Fed. R. Civ. P. 26(a)(1), defendant Ramesh Balwani submits the following initial disclosures:

**A.      Reservation of Rights and Objections.**

These disclosures are based on Mr. Balwani's reasonable investigation and inquiries to date. Because discovery is in its earliest stages, and pursuant to the parties' discussion in their Rule 26(f) conference that the Commission alone possesses of the identity of many potential

1

DAVIS WRIGHT TREMAINE LLP

witnesses and documents, Mr. Balwani reserves the right to supplement, amend, or otherwise modify these disclosures as discovery continues.

Mr. Balwani makes these initial disclosures without waiving or limiting his rights to (1) object to the discoverability or admission in evidence of any materials or testimony identified herein on the grounds of competency, privilege, the work product doctrine, undue burden, relevance and materiality, hearsay, or any other proper ground; (2) object to the use of any such information, for any purpose, in whole or in part, in any subsequent proceeding or action; (3) object on any and all grounds, at any time, to any discovery request or proceeding involving or relating to the subject matter of these disclosures; and (4) remove from these disclosures any document or individual if Mr. Balwani discovers that the information contained in the document or known by such individual is not discoverable.

**B.     Fed. R. Civ. P. 26(a)(1)(A)(i): Individuals Likely to Have Discoverable Information.**

Subject to the limitations and objections set forth in Section A, Mr. Balwani believes that the following individuals are likely to have discoverable information that he may use to support his defenses. Mr. Balwani expressly reserves the right to identify and to call as witnesses any additional persons if, during the course of discovery and investigation relating to the case, he learns that such additional persons have relevant knowledge. Mr. Balwani reserves the right to amend and supplement his initial disclosures as is necessary and appropriate.

1. Ramesh Balwani

c/o Jeff Coopersmith

Davis Wright Tremaine LLP

1201 Third Avenue, Suite 1201

Seattle, WA 98101

(206) 622-3150

Mr. Balwani may testify regarding his work at Theranos and his interactions with various investors, potential investors, business partners, government agencies, and regulators, as well as his knowledge of the work of other individuals at Theranos and their interactions various investors, potential investors, business partners, government agencies and regulators.

2

Defendant's Initial Disclosures
Case No. 5:18-cv-01603-BLF
4816-2555-8117v.4 0103509-000002

DAVIS WRIGHT TREMAINE LLP

2. Elizabeth Holmes

        c/o Stephen Neal

        Cooley LLP

        3175 Hanover Street

        Palo Alto, California 94304

        (650) 843-5182

Ms. Holmes may testify regarding her work at Theranos and her interactions with various investors, potential investors, business partners, government agencies, and regulators, as well as her knowledge of the work of other individuals at Theranos and their interactions various investors, potential investors, business partners, government agencies and regulators.

3. Peter Anderson

        c/o Nancy Grunberg

        Dentons U.S., LLP

        1900 K St. NW

        Washington, D.C. 20006

        (202) 496-7524

Mr. Anderson may testify regarding his interactions with Mr. Balwani and/or Theranos and his knowledge of the work of Mr. Balwani and/or Theranos.

4. Dustin Cook and/or George Hamilton

        c/o Kenneth Black

        Stoel Rives, LLP

        201 South Main Street, Suite 1100

        Salt Lake City, Utah 84111

        (801) 578-6930

3

DAVIS WRIGHT TREMAINE LLP

Mr. Anderson and/or Mr. Hamilton may testify regarding their interactions with Mr. Balwani and/or Theranos and their knowledge of the work of Mr. Balwani and/or Theranos.

5. Robert Gordon

c/o James Lynch

Latham & Watkins LLP

505 Montgomery Street, Suite 2000

San Francisco, California 94111

(415) 391-0600

Mr. Gordon may testify regarding his interactions with Mr. Balwani and/or Theranos and his knowledge of the work of Mr. Balwani and/or Theranos.

6. Wade Miquelon

c/o Laurence H. Levine

189 East Lake Shore Drive, 16th Floor

Chicago, IL 60611

(312) 927-0625

Mr. Miquelon may testify regarding his interactions with Mr. Balwani and/or Theranos and his knowledge of the work of Mr. Balwani and/or Theranos.

7. Natalie Ravitz

c/o Greg Laufer

Paul Weiss Rifkind Wharton & Garrison, LLP

1285 Avenue of the Americas

New York, New York, 10019

Ms. Ravitz may testify regarding her interactions with Mr. Balwani and/or Theranos and her knowledge of the work of Mr. Balwani and/or Theranos.

Defendant's Initial Disclosures
Case No. 5:18-cv-01603-BLF
4816-2555-8117v.4 0103509-000002

8. Jay Rosan

c/o Stephan Sutro

Duane Morris, LLP

One Market Plaza, Suite 2200

San Francisco, CA 94105-1127

(415) 987-3008

Mr. Rosan may testify regarding his interactions with Mr. Balwani and/or Theranos and his knowledge of the work of Mr. Balwani and/or Theranos.

9. Robert Verigan

c/o Sean Berkowitz

Latham & Watkins

330 North Wabash Avenue, Suite 2800

Chicago, Illinois 60611

(312) 777-7016

Mr. Verigan may testify regarding his interactions with Mr. Balwani and/or Theranos and his knowledge of the work of Mr. Balwani and/or Theranos.

10. Denise Yam

c/o Michael Mugmon

Wilmer Cutler Pickering Hale & Dorr

950 Page Mill Road

Palo Alto, CA 94304

(650) 858-6103

Ms. Yam may testify regarding her work at Theranos, her interactions with Mr. Balwani and/or Theranos and her knowledge of the work of Mr. Balwani and/or Theranos

11. Daniel Young

5

DAVIS WRIGHT TREMAINE LLP

c/o Raphael M. Goldman

Arguedas, Cassman & Headley, LLP

803 Hearst Avenue, Berkeley, California 94710

(510) 845-3000

Mr. Young may testify regarding his work at Theranos, his interactions with Mr. Balwani and/or Theranos and his knowledge of the work of Mr. Balwani and/or Theranos.

12. Adam Rosendorff

c/o Rees F. Morgan

Coblentz Patch Duffy & Bass, LLP

One Montgomery Street, Suite 3000

San Francisco, California· 94104

(415) 772-5754

Mr. Rosendorff may testify regarding his work at Theranos, his interactions with Mr. Balwani and/or Theranos and his knowledge of the work of Mr. Balwani and/or Theranos.

Mr. Balwani reserves the right to call any individual listed by the Commission. Mr. Balwani reserves the right to amend and supplement his initial disclosures as is necessary and appropriate.

**C.    Fed. R. Civ. P. 26(a)(1)(A)(ii): Documents in Mr. Balwani's Possession.**

Pursuant to Rule 26(a)(1)(A)(ii), Mr. Balwani describes the following categories of documents in his possession, which may be used to support his defenses, all of which he believes have been previously provided to the Commission or are within the Commission's custody and control. Mr. Balwani expressly reserves the right to use any additional documents if, during the course of discovery and investigation relating to the case, he learns that such additional documents contain relevant information. Mr. Balwani believes that much of the information which he may use to support his defenses is currently within the possession of the Commission. Mr. Balwani reserves the right to amend and supplement his initial disclosures as is necessary and appropriate.

6

Defendant's Initial Disclosures
Case No. 5:18-cv-01603-BLF
4816-2555-8117v.4 0103509-000002

DAVIS WRIGHT TREMAINE LLP

1. Documents produced by Mr. Balwani in response to administrative subpoenas served by the Commission during its investigation of Theranos, Elizabeth Holmes, and Mr. Balwani.

2. A subset of documents produced by Theranos in response to administrative subpoenas served by the Commission during its investigation of Theranos, Ms. Holmes, and Mr. Balwani.

3. Testimony given by individuals or entities in response to administrative subpoenas served by the Commission during its investigation of Mr. Balwani, Ms. Holmes, and Theranos, as produced by the Commission to Mr. Balwani on April 20, 2018.

4. Documents produced and/or deposition testimony taken in the cases of *Partner Investments, L.P., et al, v. Theranos, Inc., et al,* Case No. 12816-VCL (Del. Ct. Ch.), *Colman et al, v. Theranos et al,* Case No. 5:16-cv-06822 (N.D. Cal.) and *In re Arizona Theranos Incorporated Litigation,* Case No. 2:16-cv-02138 (D. Ariz.).

**D.    Fed. R. Civ. P. 26(a)(1)(A)(iii): Computation of Damages**

Mr. Balwani does not currently claim damages in this suit. Mr. Balwani reserves the right to amend and supplement his claims and initial disclosures as is necessary and appropriate.

**E.    Fed. R. Civ. P. 26(a)(1)(A)(iv): Insurance Agreement.**

Mr. Balwani states that no insurance agreement required to be produced under Fed. R. Civ. P. 26(a)(1)(A)(iv) exists. Mr. Balwani reserves the right to amend and supplement his initial disclosures as is necessary and appropriate.

DATED: May 17, 2018

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By:    */s/ Max Hensley*
       Max B. Hensley

Attorneys for Ramesh Balwani

DAVIS WRIGHT TREMAINE LLP

7

Defendant's Initial Disclosures
Case No. 5:18-cv-01603-BLF
4816-2555-8117v.4 0103509-000002