# EXHIBIT B

JEFFREY B. COOPERSMITH (Cal. Bar No. 252819)
KELLY M. GORTON (Cal. Bar No. 300978)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone:    (415) 276-6500
Facsimile:    (415) 276-6599
Email:        jeffcoopersmith@dwt.com
              kellygorton@dwt.com

STEVE RUMMAGE (admitted *Pro Hac Vice*
MARK BARTLETT (admitted *Pro Hac Vice)*
BENJAMIN J. BYER (admitted *Pro Hac Vice*)
MAX B. HENSLEY (admitted *Pro Hac Vice*)
AMANDA M. MCDOWELL (admitted *Pro Hac Vice*)
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Ste. 3300
Seattle, WA  98104-1610
Telephone:    (206) 622-3150
Facsimile:    (206) 757-7700
Email:        steverummage@dwt.com
              markbartlett@dwt.com
              benbyer@dwt.com
              maxhensley@dwt.com
              amandamcdowell@dwt.com

Attorneys for Defendant
RAMESH BALWANI

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 5:18-cv-01603-EJD |
| Plaintiff, | **DEFENDANT RAMESH BALWANI'S SUPPLEMENTAL INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26** |
| v. | |
| RAMESH "SUNNY "BALWANI, | |
| Defendant. | |

DAVIS WRIGHT TREMAINE LLP

Defendant's Supplemental Initial Disclosures
Case No. 5:18-cv-01603-EJD

**A.** **Reservation of Rights and Objections.**

Mr. Balwani incorporates by reference the Reservation of Rights and Objections set forth in his initial disclosures dated May 17, 2018.

**SUPPLEMENTAL INITIAL DISCLOSURES**

**B.** **Fed. R. Civ. P. 26(a)(1)(A)(i): Individuals Likely to Have Discoverable Information.**

Subject to the limitations and objections set forth in Section A, and in addition to the individuals identified by Mr. Balwani in his initial disclosures dated May 17, 2018, Mr. Balwani believes that the individuals identified in his Supplemental Response to Plaintiff Securities and Exchange Commission's Interrogatory No. 1 ("Supplemental Response") are likely to have discoverable information that he may use to support his defenses. These individuals may testify on topics within the scope of their jobs as identified in the Supplemental Response. As noted in the Supplemental Response, Mr. Balwani is in the process of compiling additional information about each individual, and that additional information is incorporated in advance in these Supplemental Initial Disclosures. To the extent not already provided to Plaintiff, Mr. Balwani is not aware of the address or telephone numbers for these individuals. Mr. Balwani expressly reserves the right to identify and to call as witnesses any additional persons if, during the course of discovery and investigation relating to the case, he learns that such additional persons have relevant knowledge. Mr. Balwani reserves the right to amend and supplement his initial disclosures as is necessary and appropriate.

DATED: December 19, 2018

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By: _s/ Amanda McDowell_
    Amanda McDowell

Attorney for Ramesh Balwani

2

Defendant's Supplemental Initial Disclosures
Case No. 5:18-cv-01603-EJD

## CERTIFICATE OF SERVICE

I am a resident of the State of Washington, over the age of eighteen years, and not a party to the within action. My business address is: Davis Wright Tremaine LLP, 920 Fifth Ave., Ste. 3300, Seattle, WA 98104-1610. On the below-mentioned date, I served the within documents:

**DEFENDANT RAMESH BALWANI'S SUPPLEMENTAL INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26**

☐ MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

■ BY E-MAIL OR ELECTRONIC TRANSMISSION: I caused a copy of the document(s) to be sent from e-mail address to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

Jina L. Choi                                  Counsel for Plaintiff Securities and Exchange
Marc D. Katz                                 Commission
Susan F. LaMarca
Jessica W. Chan
Rahul Kaustubh Kolhatkar
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501
Email: katzma@sec.gov
       lamarcas@sec.gov
       chanjes@sec.gov
       kolhatkarr@sec.gov

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on Tuesday, December 19, 2018 at Seattle, California.

Tammy Miller

Defendant's Supplemental Initial Disclosures
Case No. 5:18-cv-01603-EJD