# EXHIBIT H

| | |
|---|---|
| **From:** | LaMarca, Susan F. |
| **To:** | Bostic, John (USACAN); Schenk, Jeffrey (USACAN) |
| **Cc:** | Katz, Marc |
| **Subject:** | FW: Discovery Extension |
| **Date:** | Thursday, April 4, 2019 9:03:48 AM |

FYI.

---

**From:** Coopersmith, Jeff [mailto:JeffCoopersmith@dwt.com]
**Sent:** Thursday, April 04, 2019 8:58 AM
**To:** LaMarca, Susan F.
**Cc:** Katz, Marc; Byer, Ben; Gorton, Kelly; Cazares, Steve; McDowell, Amanda; Rummage, Steve
**Subject:** Re: Discovery Extension

Thanks Suzy. As we see it, the government shutdown is only one of the reasons why a discovery extension is appropriate here. This is an extraordinarily complex case. The SEC has produced over 9.9 million pages of documents and various third-parties have produced over 72,000 pages of documents in response to Mr. Balwani's subpoenas. Not surprisingly, we are continuing to work on reviewing these so that we can get more depositions on calendar and determine whether additional document discovery is needed. Mr. Balwani is also awaiting document productions from several third-parties, including investors, healthcare providers, and federal and state agencies. There are also quite a few witnesses from FDA and CMS we will need to depose, but as you've seen we have document discovery disputes with those agencies that still need to be resolved before that can begin.

The SEC's Rule 26(a) disclosures identify 84 witness relevant to its complaint, and only 10 of these individuals were subject to sworn testimony in the SEC's formal investigative stage. We will need to depose many of these witnesses when we are fully able to process and review all of the documents. Often testimony from depositions lead to the need to take other depositions.

As you know, we are also obtaining documents in discovery from the criminal case, and we need to review these documents as well to select additional witnesses to depose and prepare for those — there is no restriction on our use of the vast bulk these documents in connection with the civil case and responsible defense lawyering requires that we review and consider these documents as well. Just on March 15, 2019, we received an additional 3,061,279 pages of documents from the DOJ.

Based on these and many other factors, including but not limited to the fact that no trial date has been set yet and we

assume that when it is set the trial will be scheduled after the criminal trial, we think a discovery extension of 12 months is appropriate.  Please let us know your views.  Thanks

**Jeffrey B. Coopersmith | Partner**
**920 Fifth Avenue, Suite 3300 | Seattle, WA 98104**
**Tel: (206) 757-8020 | Fax: (206) 757-7020 | Mobile: (206) 708-9396**

**865 South Figueroa Street, Suite 2400 | Los Angeles, CA  90017**
**Tel: (213) 633-8637 | Fax: (213) 633-8699 | Mobile: (206) 708-9396**
**Email: jeffcoopersmith@dwt.com| Website: www.dwt.com**

**Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Washington, D.C.**

**Admitted in Washington, California, and the District of Columbia**

**Disclaimer: This message may contain confidential communications protected by the attorney client privilege.  If you received this message in error, please delete it and notify the sender**

Sent from my iPhone

On Apr 2, 2019, at 20:54, LaMarca, Susan F. <LAMARCAS@sec.gov> wrote:

**[EXTERNAL]**

Jeff,

As we said at the January CMC in response to your suggestion to the Court, and have since reiterated in our correspondence, the SEC is amenable to a reasonable discovery extension because of the delay occasioned by the government shutdown. What additional time or new discovery cutoff date do you propose?

Suzy

Susan F. LaMarca
U.S. Securities and Exchange Commission
Regional Trial Counsel
San Francisco Regional Office
44 Montgomery Street, Suite 2800 | San Francisco, CA 94104
(415) 705-2456 | lamarcas@sec.gov

**From:** Coopersmith, Jeff [mailto:JeffCoopersmith@dwt.com]
**Sent:** Monday, April 01, 2019 5:27 PM
**To:** LaMarca, Susan F.; Katz, Marc
**Cc:** Byer, Ben; Gorton, Kelly; Cazares, Steve; McDowell, Amanda
**Subject:** Discovery Extension

Suzy and Marc,

During the status conference on January 14, 2019, all parties agreed that an extension
of the discovery period would be appropriate in this case.  We would like to raise the
discovery extension issue with the Court during the next conference on April 22, 2019.
Please let us know what length of extension the Commission has in mind.  Thanks.

Best,



**Jeffrey B. Coopersmith | Partner**
**920 Fifth Avenue, Suite 3300 | Seattle, WA 98104**
**Tel: (206) 757-8020 | Fax: (206) 757-7020 | Mobile: (206) 708-9396**

**865 South Figueroa Street, Suite 2400 | Los Angeles, CA  90017**
**Tel: (213) 633-8637 | Fax: (213) 633-8699 | Mobile: (206) 708-9396**
**Email: jeffcoopersmith@dwt.com| Website: www.dwt.com**

**Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Washington,**
**D.C.**

**Admitted in Washington, California, and the District of Columbia**

**Disclaimer: This message may contain confidential communications protected by the attorney client**
**privilege.  If you received this message in error, please delete it and notify the sender.**