# OFFICE OF THE CLERK

# UNITED STATES DISTRICT COURT

# Northern District of California

## CIVIL MINUTES

**Date:** April 24, 2019          **Time:** 32 minutes          **Judge:** NATHANAEL M. COUSINS

**Case No.**: 18-cv-01603-EJD          **Case Name:** Securities and Exchange Commission v. Balwani

**Attorney for Plaintiff:** Susan La Marca

**Attorneys for Defendant:** Stephen Cazares, Kelly Gorton

Dr. Nicole Sundene appears by telephone.

**Deputy Clerk:** Lili Harrell          **FTR Recorder:** 1:09pm – 1:41pm

## PROCEEDINGS

Discovery Hearing held:

Re: Dkt 58, Fountain Hills Women's Health request to quash subpoena from defendant Balwani, granted for the reasons stated on the record, as subpoena overly broad, not proportional to the needs of the case, and not compliant with Fed. R. Civ. P. 45(d)(1), as it imposes undue burden and expense on non-party.  No fees or costs awarded.  Further discovery communications and service attempts with Dr. Sundene and the Fountain Hills Women's Health organization must be through counsel Michael Kitchen.  Dkts. 61 and 62 (responses by Balwani and SEC) are terminated.