# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

Case Number :          2018-01603

Case Title :          Securities  and Exchange Commission v. Ramesh  Sunny Balwani

## THIS DOCUMENT CONTAINS AN AUDIO FILE ATTACHMENT

The attached digital recording is a copy of a court proceeding and is provided as a convenience to the public. It is not an official record; only transcripts prepared by court-arranged transcriptionists will be considered the official record of this proceeding. 28 U.S.C. § 753(b).

For information about ordering a transcript, see          **https://cand.uscourts.gov/transcripts**

Case Type :          cv

Audio Date\Time:          4/24/2019 1:09:03 PM

Audio File Name :          5cv2018-01603_20190424-130903.mp3

Audio File Size :          15344 KB

Audio Run Time :          [00:31:58] (hh:mm:ss)

**How to access the audio file**

The audio file is embedded as an attachment in this PDF document.

*Listening to the file with Adobe Reader:* Click the Attachments tab or the Paper Clip icon. Select the audio file and click Open. If you do not see the Attachments tab, press **F4** on your keyboard, then click the Paper Clip icon, OR click on **View > Show/Hide > Navigation Panes > Attachments.**



**For technical support, guidance and more info**:          **https://cand.uscourts.gov/audio**