UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RAMESH SUNNY BALWANI,<br><br>　　　　Defendant. | Case No. 5:18-cv-01603-EJD<br><br>**ORDER EXTENDING DISCOVERY CUTOFF**<br><br>Re: Dkt. No. 60 |

The current discovery cutoff in this matter is June 28, 2019. Dkt. 34. Defendant requests a 12-months extension to the discovery cutoff. Dkt. 60 at 8. The SEC opposes a 12-month extension but does not oppose an extension of 90 days. Dkt. 60 at 7-8. At the status conference on April 22, 2019, the Court heard from both parties on this question. Having considered the parties' submissions and the oral arguments, the Court ORDERS that the discovery cutoff shall be extended 120 days. The new discovery cutoff date is October 25, 2019.

**IT IS SO ORDERED.**

Dated: April 25, 2019

EDWARD J. DAVILA
United States District Judge

Case No.: 5:18-cv-01603-EJD
ORDER EXTENDING DISCOVERY CUTOFF

1