JEFFREY B. COOPERSMITH (CA State Bar No. 252819)
STEPHEN A. CAZARES (CA State Bar No. 201864)
KELLY M. GORTON (CA State Bar No. 300978)
AMANDA MCDOWELL (Admitted *Pro Hac Vice*)
MAX B. HENSLEY (Admitted *Pro Hac Vice*)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111
Telephone:  (415) 276-6500 │Facsimile:  (415) 276-6599
Email: jeffcoopersmith@dwt.com; stevecazares@dwt.com
        kellygorton@dwt.com; amandamcdowell@dwt.com
        maxhensley@dwt.com

Attorneys for Defendant RAMESH BALWANI

# IN THE UNITED STATES DISTRICT COURT

## THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 5:18-cv-01603 EJD |
| Plaintiff, | **[PROPOSED] ORDER DENYING THE UNITED STATES' MOTION TO INTERVENE AND STAY ACTION** |
| v. | **[Opposition and Declaration of Jeffrey B. Coopersmith Filed Concurrently]** |
| RAMESH "SUNNY" BALWANI, | |
| Defendant. | **Hon. Edward J. Davila** |

DAVIS WRIGHT TREMAINE LLP

[PROPOSED] ORDER DENYING MOTION
TO INTERVENE AND STAY
Case No. 5:18-cv-01603 EJD

This matter came before the Court by the United States' Motion to Intervene and Stay Action (Dkt. 67). The Court has considered all legal authority, briefing, declarations, and exhibits submitted to the Court on this matter. Having considered the foregoing and been fully informed:

IT IS HEREBY ORDERED that the United States' Motion to Intervene and Stay Action (Dkt. 67) is **DENIED.**

IT IS SO ORDERED.

DATED: _____, 2019          _____

Hon. Edward J. Davila
United States District Judge

DAVIS WRIGHT TREMAINE LLP

1

[PROPOSED] ORDER DENYING MOTION
TO INTERVENE AND STAY
Case No. 5:18-cv-01603 EJD