# EXHIBIT A

| | |
|---|---|
| **From:** | LaMarca, Susan F. <LAMARCAS@sec.gov> |
| **Sent:** | Thursday, April 18, 2019 3:44 PM |
| **To:** | Coopersmith, Jeff; Byer, Ben; McDowell, Amanda |
| **Cc:** | Katz, Marc; Kolhatkar, Rahul |
| **Subject:** | FW: SEC v. Balwani |
| **Attachments:** | 031519 ltr to DWT.PDF |

**[EXTERNAL]**

Jeff, Ben, Amanda,

It's been more than a month since we sent the attached correspondence, which refers to document productions that we have been expecting from the defendant since December. Can you please give us an update?

Thanks, Suzy

**From:** LaMarca, Susan F.
**Sent:** Friday, March 15, 2019 4:30 PM
**To:** Coopersmith, Jeff (JeffCoopersmith@dwt.com); McDowell, Amanda (AmandaMcDowell@dwt.com); Byer, Ben (BenByer@dwt.com)
**Cc:** Katz, Marc
**Subject:** SEC v. Balwani

Good afternoon,

Please see the attached letter.

SUSAN F. LAMARCA
U.S. SECURITIES AND EXCHANGE COMMISSION
Regional Trial Counsel
San Francisco Regional Office
44 Montgomery Street, Suite 2800 | San Francisco, CA 94104
(415) 705-2456 | lamarcas@sec.gov



**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**SAN FRANCISCO REGIONAL OFFICE**
44 MONTGOMERY STREET
SUITE 2800
SAN FRANCISCO, CALIFORNIA 94104

DIRECT DIAL: 415-705-2456
EMAIL: LAMARCAS@SEC.GOV

March 15, 2019

*Via E-mail*

Jeffrey B. Coopersmith, Esq.
Davis Wright Tremaine LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111

Re: *SEC v. Balwani*, Case No. 5:18-cv-01603-EJD (N.D. Cal.)

Dear Jeff:

We write regarding document productions that the SEC had expected to see from the defendant, but which we have not yet received. As you will recall, in December 2018 the parties shared a number of communications, including phone calls and emails, about discovery issues.

In particular, on December 17, 2018, Ben Byer informed us by email, in response to the SEC's identification of documents that had been sought from defendant but not produced, that the defendant was prepared, or preparing, to make two further document productions. In the first category, as Ben described: the SEC "asked us to produce documents reflecting Mr. Balwani's investments in securities of private companies. We have identified responsive documents related to one investment and are producing them." In the second category, as Ben described: "you seek documents Mr. Balwani produced in PFM, and the transcripts, videos, and exhibits from those depositions. … We have not yet produced videos but can do so. Given the size of those files, it will take some time to get those to you, but we are in the process of making that happen." In our call with you a few days later, we confirmed that the SEC continues to seek these two categories.

We do not believe that the defendant has made either document production. Since Ben's December representation that you would be producing these two categories of documents, the document productions we have received from your firm relate to Rule 45 requests defendant made to eight persons. Please let us know as soon as you can when the defendant will be making the above two productions. Alternatively, if we have somehow overlooked a production, please let us know as soon as practicable.

You have also written to Marc Katz this week, following up on our February 26, 2019 response to your February letter regarding the SEC's February document production. Two points raised in your letter merit correction. First, you state: "Indeed, in its December 14

March 15, 2019
Page 2

response to our motion to compel, the SEC represented to us that it had produced all responsive documents in its possession." Your letter mischaracterizes our response. As you acknowledge, we had multiple conversations in December informing you that the SEC had additional documents that we were then preparing to produce, which were ultimately produced after the shutdown ended. Second, with respect to the PFM materials, we raised this issue in our February 26, 2019 letter because we believe it was the sole source of any "disagreement" between the parties about SEC document productions; and you did not share with us any basis for the erroneous suggestion that 300,000 pages of materials had been produced to the SEC by PFM.

Very truly yours,

Susan F. LaMarca