# EXHIBIT C

 Davis Wright Tremaine LLP

Suite 3300
920 Fifth Avenue
Seattle, WA  98104-1610

**Amanda McDowell**
206-757-8224 tel
206-757 -7224 fax

amandamcdowell@dwt.com

April 30, 2019


Southwest Contemporary Women's Clinic, P.C.
6301 S. McClintock Dr.
Suite 215
Tempe, Arizona 85283

Re:    *SEC v. Balwani*, Case No. 5:18-cv-01603-EJD (N.D. Cal.)

Dear Dr. Linnerson,

I write on behalf of my client, Ramesh ("Sunny") Balwani, in connection with litigation brought by the Securities and Exchange Commission ("SEC") in the matter of *SEC v. Balwani*, Case No. 5:18-cv-01603-EJD (N.D. Cal.).  As I believe you are aware, Mr. Balwani served a document subpoena pursuant to Federal Rule of Civil Procedure 45 on Southwest Contemporary Women's Clinic on April 4, 2019.

This letter is to inform you that on behalf of Mr. Balwani we are withdrawing his subpoena directed to Southwest Contemporary Women's Clinic.  As such, the clinic is not required to search for, or produce, documents to Mr. Balwani under the subpoena at this time.  In the event that we need to issue another subpoena in the future, we will let you know.

Please do not hesitate to call me at 206-757-8224 if you wish to discuss any aspect of this matter.

Best regards,

Davis Wright Tremaine LLP

Amanda McDowell

cc:    Renee Howard
        Jeff Coopersmith
        Suzy LaMarca
        Marc Katz