# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

SECURITIES AND EXCHANGE      )
COMMISSION,                  )
                             )
          Plaintiff,         )
                             )Case No. 5:18-cv-01603-EJD
vs.                          )
                             )
RAMESH "SUNNY" BALWANI,      )
                             )
          Defendant.         )
_____)


***************************************************
VIDEOTAPED DEPOSITION OF
███████████
March 25, 2019
CLS JOB NO. 97452
***************************************************

        VIDEOTAPED DEPOSITION OF ███████████, produced as a witness at the instance of the Defendant, and duly sworn, was taken in the above-styled and numbered cause on March 25, 2019, from 9:13 a.m. to 2:12 p.m., before Rebecca A. Graziano, CSR, RPR, CRR, in and for the State of Texas, reported by machine shorthand, at the offices of Reese Marketos, LLP, 750 North St. Paul Street, Suite 600, Dallas, Texas, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record.

1

Okay.  Prior to this deposition, did you meet with the Securities and Exchange Commission?

A    I have not met with them in person.

Q    Okay.

A    No.

Q    Have you spoken to someone from the -- I'll call it the "SEC."

A    I have had a phone call with the SEC.

Q    Can you tell me when that was?

A    That was Thursday, last week.

Q    Okay.  How long did that phone call last?

A    Maybe an hour.

Q    And who was on the call?

A    You know, lawyers from the SEC, Marc.

Q    Mr. Katz?

A    Mr. Katz.

Q    Okay.

A    I don't remember the names of the other individuals who were --

Q    But were there other people from the SEC on the call as well?

A    I think there were.

Q    Okay.  Was there anyone from the Department of

March 25, 2019

Justice on the call?

A    There was.

Q    Do you remember who that was?

A    I do not.

Q    Do you remember if it was a lawyer or --

A    I think it was.

Q    -- like an FBI agent or something?

A    I think it was a lawyer.

Q    A lawyer.  Okay.

Was it Jeff Schenk?

A    I don't remember.

Q    Okay.  Would you recognize the name if I gave it to you?

A    Probably not.

Q    No?  Well, I'll try it anyway.

A    Okay.

Q    How about Bob Leach?

A    That doesn't sound familiar.

Q    Okay.  How about John Bostic?

A    I don't remember.

Q    Okay.  Fair enough.

What did you talk about during the call with the SEC for an hour?

A    You know, our discussion was basically around the documents that had been provided, and just

9

questions -- clarifying questions around those documents.

Q    Okay.  Did they -- when I say "they," did the SEC provide you with any documents?

A    So I had a list of documents that I -- that we had, you know, submitted at some point previously to that, so --

Q    Okay.

A    -- there wasn't anything new or anything that I hadn't already submitted to them.

Q    Okay.  So they didn't give you, like, a collection of documents in preparation for the call that you had last Thursday?

A    No.  When I -- when I came to the call, it was with no preparation --

Q    Okay.

A    -- or a list of what was going to be discussed.

Q    About how many documents did they review with you during the phone call?

A    Maybe five or six.

10