# EXHIBIT F

| | |
|---|---|
| **From:** | Leach, Robert (USACAN) <Robert.Leach@usdoj.gov> |
| **Sent:** | Wednesday, April 17, 2019 5:23 PM |
| **To:** | Coopersmith, Jeff; Cazares, Steve; Byer, Ben |
| **Cc:** | Schenk, Jeffrey (USACAN); Bostic, John (USACAN) |
| **Subject:** | SEC v. Balwani, CV 18-1603 |

[EXTERNAL]

Dear Jeff, Steve, and Ben,

We intend to file a motion to intervene and stay the SEC case.  The Court requires that we reserve a hearing date in civil matters.  Please let me know about your availability on May 23 and May 30.

Thank you.

Best regards,
Bob

1