ERIN E. SCHNEIDER (Cal. Bar No. 216114)
MARC D. KATZ (Cal. Bar No. 189534)
 katzma@sec.gov
SUSAN F. LAMARCA (Cal. Bar No. 215231)
 lamarcas@sec.gov
JESSICA W. CHAN (Cal. Bar No. 247669)
 chanjes@sec.gov
RAHUL KOLHATKAR (Cal. Bar No. 261781)
 kolhatkarr@sec.gov
Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
(415) 705-2500


JEFFREY B. COOPERSMITH (Cal. Bar No. 252819)
 jeffcoopersmith@dwt.com
KELLY GORTON (Cal. Bar No. 300978)
 kellygorton@dwt.com
STEPHEN RUMMAGE (*admitted pro hac vice*)
 steverummage@dwt.com
STEPHEN A. CAZARES (Cal. State Bar No. 201864)
 stevecazares@dwt.com
BENJAMIN BYER (*admitted pro hac vice*)
 benbyer@dwt.com
AMANDA MCDOWELL (*admitted pro hac vice*)
 amandamcdowell@dwt.com
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111
Telephone:   (415) 276-6500
Facsimile:    (415) 276-6599
Attorneys for Defendant
RAMESH BALWANI

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 5:18-cv-01603-EJD |
| Plaintiff, | JOINT SUPPLEMENTAL CASE MANAGEMENT STATEMENT |
| vs. | Date:  June 28, 2019 |
| RAMESH "SUNNY" BALWANI, | Time:  10:00 a.m.<br>Courtroom:  4 |
| Defendant. | Judge:  Edward J. Davila |

**Introduction to Joint Supplemental Case Management Statement**

Plaintiff Securities and Exchange Commission ("SEC") and Defendant Ramesh Balwani hereby submit their Joint Supplemental Case Management Statement in anticipation of the Case Management Conference scheduled for June 28, 2019. The Court held the Initial Case Management Conference in this matter on August 2, 2018, and supplemental conferences on October 15, 2018, January 14, 2019, and April 22, 2019. This Joint Supplemental CMC Statement addresses only those matters that have occurred since the April 22, 2019 conference, and uses for ease of reference the paragraph numbering of the parties' Initial CMC Statement.

**8.    Discovery**

At the April 22, 2019 Conference, the Court issued a new schedule for the conclusion of discovery which was set forth in an Order by the Court thereafter, extending the previous discovery cut-off of June 28, 2019 by 120 days to October 25, 2019. *See* Order (ECF No. 75).

On June 10, 2019, the Court heard a motion by the United States Department of Justice to intervene and stay discovery in this case pending the outcome of the related criminal case, *United States v. Holmes*, 5:18-cr-00258-EJD. On June 14, 2019 the Court denied the motion to stay. *See* Order (ECF No. 87).

**Supplemental Protective Orders**

On May 30, 2019, the Court entered two Supplemental Stipulated Protective Orders; the first applies to documents produced by the Food and Drug Administration ("FDA") and the Centers for Medicare & Medicaid Services ("CMS"); the second applies to documents produced by Fortress Investment Group, LLC ("Fortress"). *See* ECF Nos. 83 & 84.

**Recent Discovery:**

Since the April 22, 2019 Conference, the following discovery has occurred:

*Depositions*:

Defendant noticed and took two depositions, both in May. Defendant has noticed one additional deposition in July in Chicago. The parties are working with each other and counsel for third parties to schedule additional depositions.

*Defendant's Rule 45 Document Subpoenas:*

Since the April 22, 2019 Conference, Defendant served seven Rule 45 document subpoenas on the following non-parties:

- Six Investors
- Theranos, Inc.

**17.   Scheduling**

The Court's Order (ECF No. 75) extending discovery by 120 days did not address expert discovery deadlines.  In keeping with the original order of discovery proposed by the parties and adopted by the Court (*see* ECF No. 34), but adding the 120-day extension, the parties propose the following further schedule:

| EVENT | DATE OR DEADLINE |
| --- | --- |
| Initial Expert Reports / Disclosures | November 12, 2019 |
| Rebuttal Expert Reports / Disclosures | November 25, 2019 |
| Expert Discovery Cutoff | January 7, 2020 |

Dated: June 21, 2019                                     Respectfully submitted,


/s/ *Susan F. LaMarca*
Susan F. LaMarca
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION


/s/ *Jeffrey B. Coopersmith*
Jeffrey B. Coopersmith
DAVIS WRIGHT TREMAINE LLP
Attorney for Defendant
Ramesh "Sunny" Balwani