| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA CAND 435 (CAND Rev. 08/2018) | TRANSCRIPT ORDER Please use one form per court reporter. *CJA counsel please use Form CJA24* Please read instructions on next page. | COURT USE ONLY DUE DATE: |

| 1a. CONTACT PERSON FOR THIS ORDER Karl Roeseler | 2a. CONTACT PHONE NUMBER 415-705-8142 | 3. CONTACT EMAIL ADDRESS roeselerk@sec.gov |
| 1b. ATTORNEY NAME (if different) Susan F. LaMarca | 2b. ATTORNEY PHONE NUMBER 415-705-2456 | 3. ATTORNEY EMAIL ADDRESS lamarcas@sec.gov |

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**
SECURITIES AND EXCHANGE COMMISSION
44 Montgemery Street, Suite 2800
San Francisco, CA 94104

**5. CASE NAME** SEC v. Balwani

**6. CASE NUMBER** 5:18-cv-01603

**7. COURT REPORTER NAME ( FOR FTR, LEAVE BLANK AND CHECK BOX)→ ☐ FTR**
Irene Rodriguez

**8. THIS TRANSCRIPT ORDER IS FOR:**

| ☐ APPEAL | ☐ CRIMINAL | ☐ In forma pauperis (NOTE: Court order for transcripts must be attached) |
| ☐ NON-APPEAL | ☑ CIVIL | CJA: Do not use this form; use Form CJA24. |

**9. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

a. HEARING(S) (OR PORTIONS OF HEARINGS) | b. SELECT FORMAT(S) *(NOTE: ECF access is included with purchase of PDF, text, paper or condensed.)* | c. DELIVERY TYPE (Choose one per line)

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION If requesting less than full hearing, specify portion (e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | 3-DAY | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/28/2019 | EJD | CMC | Full Hearing | ● | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ● | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |

**10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:**

Expedited next day request please.
Payment will be made by the SEC's vendor, Chenega -- contact Jean Williams (210-298-7656 or Chenegatranscriptionservices@chenegahs.com)

**ORDER & CERTIFICATION (11. & 12.)** By signing below, I certify that I will pay all charges (deposit plus additional).

**11. SIGNATURE** *[signature]*

**12. DATE** 07/02/2019

| Clear Form | | Save as new PDF |