ERIN E. SCHNEIDER (Cal. Bar No. 216114)
MARC D. KATZ (Cal. Bar No. 189534)
  katzma@sec.gov
SUSAN F. LAMARCA (Cal. Bar No. 215231)
  lamarcas@sec.gov
RAHUL KOLHATKAR (Cal. Bar No. 261781)
  kolhatkarr@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
(415) 705-2500

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 5:18-cv-01603-EJD |
| Plaintiff, | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| vs. | |
| RAMESH "SUNNY" BALWANI, | |
| Defendant. | |

1  PLEASE TAKE NOTICE that as of June 28, 2019, Jessica W. Chan will no longer be
2  associated with Plaintiff Securities and Exchange Commission.  Please remove Jessica W. Chan from
3  the case docket and the Notice of Electronic Filing System.

5  DATED:  July 3, 2019                           Respectfully Submitted,

7                                                 /s/ *Marc D. Katz*
                                                  Marc D. Katz
8                                                 SECURITIES AND EXCHANGE
                                                  COMMISSION
9                                                 44 Montgomery Street, Suite 2800
                                                  San Francisco, CA 94104
10                                                Attorney for Plaintiff