ERIN E. SCHNEIDER (Cal. Bar No. 216114)
MARC D. KATZ (Cal. Bar No. 189534)
  katzma@sec.gov
SUSAN F. LAMARCA (Cal. Bar No. 215231)
  lamarcas@sec.gov
RAHUL KOLHATKAR (Cal. Bar No. 261781)
  kolhatkarr@sec.gov
Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
(415) 705-2500


JEFFREY B. COOPERSMITH (Cal. Bar No. 252819)
    jeffcoopersmith@dwt.com
KELLY GORTON (Cal. Bar No. 300978)
  kellygorton@dwt.com
STEPHEN RUMMAGE (*admitted pro hac vice*)
  steverummage@dwt.com
STEPHEN A. CAZARES (Cal. State Bar No. 201864)
  stevecazares@dwt.com
BENJAMIN BYER (*admitted pro hac vice*)
  benbyer@dwt.com
AMANDA MCDOWELL (*admitted pro hac vice*)
  amandamcdowell@dwt.com
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111
Telephone:     (415) 276-6500
Facsimile:     (415) 276-6599
Attorneys for Defendant
RAMESH BALWANI

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 5:18-cv-01603-EJD |
| Plaintiff, | JOINT SUPPLEMENTAL CASE MANAGEMENT STATEMENT |
| vs. | |
| RAMESH "SUNNY" BALWANI, | Date:  July 17, 2019<br>Time:  10:00 a.m.<br>Courtroom:  4 |
| Defendant. | Judge:  Edward J. Davila |

**Introduction to Joint Supplemental Case Management Statement**

Plaintiff Securities and Exchange Commission ("SEC") and Defendant Ramesh Balwani hereby submit their Joint Supplemental Case Management Statement in anticipation of the Case Management Conference scheduled for July 17, 2019.  The Court held the Initial Case Management Conference in this matter on August 2, 2018, and supplemental conferences on October 15, 2018, January 14, 2019, April 22, 2019, and June 28, 2019. This Joint Supplemental CMC Statement addresses only those matters that have occurred since the June 28, 2019 conference, and uses for ease of reference the paragraph numbering of the parties' Initial CMC Statement.

**8.     Discovery**

At the June 28, 2019 Conference, the Court established deadlines for expert discovery that were commensurate with the 120 extension of discovery previously ordered.  *See* Order (ECF No. 89).

The parties do not have any issues to raise with the Court at the July 17, 2019 Conference, and respectfully request that the Court set a further Case Management Conference at the Court's convenience.

Dated: July 10, 2019                              Respectfully submitted,


                                                  /s/ *Marc Katz*
                                                  Marc D. Katz
                                                  Attorney for Plaintiff
                                                  SECURITIES AND EXCHANGE COMMISSION

                                                  /s/ *Jeffrey B. Coopersmith*
                                                  Jeffrey B. Coopersmith
                                                  DAVIS WRIGHT TREMAINE LLP
                                                  Attorney for Defendant
                                                  Ramesh "Sunny" Balwani