ERIN E. SCHNEIDER (Cal. Bar No. 216114)
MARC D. KATZ (Cal. Bar No. 189534)
SUSAN F. LA MARCA (Cal. Bar No. 215231)
RAHUL KOLHATKAR (Cal. Bar No. 261781)
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
Telephone:     (415) 705-2500
Email: katzma@sec.gov; lamarcas@sec.gov;
        kolhatkarr@sec.gov
Attorneys for Plaintiff SECURITIES AND EXCHANGE
COMMISSION

JEFFREY B. COOPERSMITH (Cal. Bar No. 252819)
KELLY GORTON (Cal. Bar No. 300978)
BENJAMIN J. BYER (Admitted *Pro Hac Vice*)
AMANDA MCDOWELL (Admitted *Pro Hac Vice*)
MAX HENSLEY (Admitted *Pro Hac Vice*)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111
Telephone:     (415) 276-6500
Email: jeffcoopersmith@dwt.com; kellygorton@dwt.com;
        benbyer@dwt.com; amandamcdowell@dwt.com;
        maxhensley@dwt.com
Attorneys for Defendant RAMESH BALWANI

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>RAMESH "SUNNY" BALWANI,<br><br>Defendant. | CASE NO. 18-CV-01603-EJD<br><br>**[PROPOSED] SECOND SUPPLEMENTAL STIPULATED PROTECTIVE ORDER** |

1

The Securities and Exchange Commission ("SEC") and Ramesh "Sunny" Balwani ("Balwani"), through their attorneys of record, hereby stipulate and jointly request that the Court issue a Second Supplemental Protective Order in this case as described below.

The parties stipulated to, and the Court entered, a Protective Order in this case on or about August 28, 2018 (Docket #40) ("the Original Protective Order"). A Supplemental Stipulated Protective Order Regarding FDA or CMS Information was entered by the Court on May 30, 2019 (Docket #83) ("the Supplemental Protective Order").

During the course of this litigation, the Food and Drug Administration ("FDA") and the Centers for Medicare & Medicaid Services ("CMS") (collectively "the Agencies") have collected and produced materials responsive to subpoenas from Balwani in this case, as well as materials responsive to requests in the related criminal case, UNITED STATES OF AMERICA v. ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI, Case No. 18-CR-00258 EJD ("the Criminal Case"). The Agencies continue to collect and process additional materials for production in this case and the Criminal Case. These materials may contain information that the Agencies consider confidential commercial information, trade secrets, Protected Health Information (PHI, as defined in HIPAA), personal privacy information, or information that is protected by certain privileges and doctrines, such as work product, attorney-client privilege, and deliberative process. The materials may also contain information unrelated to Balwani or Theranos, Inc. ("Theranos"). The Original Protective Order and the Supplemental Protective Order provided procedures to facilitate the production documents from the Agencies.

After those Protective Orders were entered by the Court, the Court issued an Order in the Criminal Case on July 19, 2019, instructing the Agencies to search for and produce all documents responsive to the six categories of documents requested by the Criminal Case parties by October 2, 2019. Given this deadline, the Agencies will have limited time to review the potentially responsive documents before production. As a result, non-responsive, privileged, or otherwise protected information, including but not limited to deliberative internal

2

[PROPOSED SECOND SUPPLEMENTAL STIPULATED
PROTECTIVE ORDER                                            CASE NO. 18-CV-01603-EJD
4813-0948-9827v.1 0103509-000002

communications that are not about Theranos, may be produced to the parties. The Agencies have therefore advised that a further order is needed expressly stating that such productions will not be considered a waiver of any privileges or other applicable protections.

Accordingly, in order to further facilitate the production of documents by the Agencies, the parties stipulate and agree as follows:

1.  The Agencies' production to the United States, Holmes, Balwani, or the Securities and Exchange Commission, pursuant to the Original Protective Order and/or the Supplemental Protective Order, of non-responsive, privileged, or otherwise protected information, including but not limited to deliberative internal communications that are not about Theranos contained in such documents, whether knowing or inadvertent, will not be considered a waiver of any privileges or protections that the Agencies may have with regard to such documents or information.

2.  Deliberative process privileged information that relates specifically to Theranos is not encompassed within this Order because the Agencies have waived the deliberative process privilege for information relating to Theranos.

3.  Paragraph 7 of the Supplemental Stipulated Protective Order Regarding FDA or CMS Information (Docket #83) is amended to require redaction before public filing of all FDA and CMS documents containing privileged or otherwise protected information, including but not limited to FDA's or CMS's internal communications that are not about Theranos, or to require that such documents be filed under seal.  The parties shall consult with the Agency whose record it seeks to file publicly to ensure that redactions are appropriate.

4.  The parties stipulate to this Order without prejudice to their ability to seek to modify the terms of the Order at a future date.

3

[PROPOSED SECOND SUPPLEMENTAL STIPULATED
PROTECTIVE ORDER                                    CASE NO. 18-CV-01603-EJD
4813-0948-9827v.1 0103509-000002

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: September 4, 2019

/s/ Marc Katz
MARC KATZ
Attorneys for Plaintiff
Securities and Exchange Commission
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
Telephone:     (415) 705-2500
katzma@sec.gov

DATED: September 4, 2019

/s/ Jeffrey B. Coopersmith
Jeffrey B. Coopersmith
Attorney for Defendant Ramesh Balwani
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111
Telephone:     (415) 276-6500
Jeffcoopersmith@dwt.com

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:

United States District/Magistrate Judge

[PROPOSED] SUPPLEMENTAL
STIPULATED PROTECTIVE ORDER          1          CASE NO. 18-CV-01603-EJD
4813-0948-9827v.1 0103509-000002