JEFFREY B. COOPERSMITH (STATE BAR NO. 252819)
jcoopersmith@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE, LLP
701 5th Avenue
Suite 5600
Seattle, WA 98104-7097
Telephone:    +1 206-839-4300
Fax:          +1 206-839-4301

WALTER F. BROWN (STATE BAR NO. 130248)
wbrown@orrick.com
MELINDA HAAG (STATE BAR NO. 132612)
mhaag@orrick.com
RANDALL S. LUSKEY (STATE BAR NO. 240915)
rluskey@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, California  94105-2669
Telephone:    +1-415-773-5700
Facsimile:    +1-415-773-5759

Attorneys for Defendant
RAMESH "SUNNY" BALWANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 5:18-cv-01603 EJD |
| Plaintiff, | **NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER** |
| v. | |
| RAMESH "SUNNY" BALWANI, | |
| Defendant. | |

NOTICE OF SUBSTITUTION OF COUNSEL
AND [PROPOSED] ORDER
Case No. 5:18-cv-01603 EJD

Defendant Ramesh "Sunny" Balwani ("Balwani") substitutes the law firm of Orrick, Herrington & Sutcliffe, LLP, The Orrick Building, 405 Howard Street, San Francisco, California 94105, as counsel of record herein in place of Davis Wright Tremaine, LLP, 920 Fifth Avenue, Suite 3300, Seattle, WA 98104.

Jeffrey B. Coopersmith, attorney presently admitted, formerly of Davis Wright Tremaine, LLP and now of Orrick, Herrington & Sutcliffe, LLP, will continue to serve as counsel for Balwani.

Davis Wright Tremaine, LLP hereby requests permission to withdraw as counsel of record for Balwani.

Steven Fogg, attorney presently admitted *pro hac vice* of Corr Cronin LLP will continue to serve as counsel for Balwani along with Orrick, Herrington & Sutcliffe, LLP.

All notices given or required to be given and all papers filed or served or required to be served in the above captioned matter, should henceforth be provided to and served upon only the following counsel at the addresses set forth below:

Jeffrey B. Coopersmith, SBN 252819
*jcoopersmith@orrick.com*
ORRICK, HERRINGTON & SUTCLIFFE, LLP
701 5th Avenue
Suite 5600
Seattle, WA 98104-7097
Telephone:     +1 206-839-4300
Fax:             +1 206-839-4301

Walter F. Brown, SBN 130248
*wbrown@orrick.com*
Melinda Haag, SBN 132612
*mhaag@orrick.com*
Randall S. Luskey, SBN 240915
*rluskey@orrick.com*
ORRICK, HERRINGTON & SUTCLIFFE, LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:     +1 415-773-5700
Fax:             +1 415-773-5759

NOTICE OF SUBSTITUTION OF
COUNSEL AND [PROPOSED] ORDER          - 2 -
Case No. 5:18-cv-01603 EJD

Steven Fogg
*sfogg@corrcronin.com*
Corr Cronin LLP
1001 Fourth Avenue
Suite 3900
Seattle, WA 98154
Telephone:    +1 206-625-8600

WHEREFORE, Defendant Balwani respectfully requests that this Court allow such substitution and enter the Order submitted herewith.

| Dated: October 1, 2019 | RAMESH "SUNNY" BALWANI |
|---|---|
| | By: Ramesh "Sunny" Balwani |

I consent to the above substitution.

| Dated: October 1, 2019 | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| | By: */s/ Mark N. Bartlett* <br> Mark N. Bartlett |

We consent to the above substitution.

| Dated: October 1, 2019 | CORR CRONIN LLP |
|---|---|
| | By: */s/ Steven Fogg* <br> Steven Fogg |

We consent to the above substitution.

NOTICE OF SUBSTITUTION OF
COUNSEL AND [PROPOSED]
ORDER                                     - 3 -
Case No. 5:18-cv-01603 EJD

| Dated: October 1, 2019 | ORRICK, HERRINGTON & SUTCLIFFE, LLP<br><br><br>By: ___*/s/ Jeffrey B. Coopersmith*___<br>Jeffrey B. Coopersmith |
|---|---|
| Dated: October 1, 2019 | ORRICK, HERRINGTON & SUTCLIFFE, LLP<br><br><br>By: ___*/s/ Walter F. Brown*___<br>Walter F. Brown |
| Dated: October 1, 2019 | ORRICK, HERRINGTON & SUTCLIFFE, LLP<br><br><br>By: ___*/s/ Melinda Haag*___<br>Melinda Haag |
| Dated: October 1, 2019 | ORRICK, HERRINGTON & SUTCLIFFE, LLP<br><br><br>By: ___*/s/ Randall S. Luskey*___<br>Randall S. Luskey |

We consent to the above substitution.

**Filer's Attestation:** Pursuant to Local Rule 5-1, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

Dated: September 30, 2019            Respectfully submitted,

___*/s/ Jeffrey B. Coopersmith*___
Jeffrey B. Coopersmith

The substitution is hereby approved and so **ORDERED.**

| Dated: October __, 2019 | ___<br>Honorable Edward J. Davila<br>United States District Judge |
|---|---|

NOTICE OF SUBSTITUTION OF
COUNSEL AND [PROPOSED] ORDER            - 4 -
Case No. 5:18-cv-01603 EJD