JEFFREY B. COOPERSMITH (STATE BAR NO. 252819)
jcoopersmith@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE, LLP
701 5th Avenue
Suite 5600
Seattle, WA 98104-7097
Telephone:    +1 206-839-4300
Fax:            +1 206-839-4301

WALTER F. BROWN (STATE BAR NO. 130248)
wbrown@orrick.com
MELINDA HAAG (STATE BAR NO. 132612)
mhaag@orrick.com
RANDALL S. LUSKEY (STATE BAR NO. 240915)
rluskey@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, California  94105-2669
Telephone:    +1-415-773-5700
Facsimile:    +1-415-773-5759

Attorneys for Defendant
RAMESH "SUNNY" BALWANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>RAMESH "SUNNY" BALWANI,<br><br>Defendant. | Case No. 5:18-cv-01603 EJD<br><br>**NOTICE OF APPEARANCE OF COUNSEL BY MELINDA HAAG** |

NOTICE OF APPEARANCE OF
COUNSEL BY MELINDA HAAG
Case No. 5:18-cv-01603 EJD

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Melinda Haag of the law firm Orrick, Herrington & Sutcliffe LLP hereby enters her appearance as additional counsel of record on behalf of defendant Ramesh "Sunny" Balwani in the above-captioned matter.  Ms. Haag is admitted to practice in the State of California and before this Court.  Ms. Haag requests that all notices given and all papers filed or served in the above-captioned matter be served upon counsel at the address below:

Melinda Haag
mhaag@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE, LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   +1 415-773-5700
Fax:             +1 415-773-5759

Dated:  October 2, 2019

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

By:  */s/ Melinda Haag*
Melinda Haag
(SBN 132612)

Attorneys for Defendant
Ramesh "Sunny" Balwani

NOTICE OF APPEARANCE OF
COUNSEL BY MELINDA HAAG                    - 2 -
Case No. 5:18-cv-01603 EJD