JEFFREY B. COOPERSMITH (Cal. Bar No. 252819)
ORRICK, HERRINGTON & SUTCLIFFE, LLP
701 5th Avenue, Suite 5600
Seattle, WA 98104-7097
Telephone:     +1 206-839-4300
Fax:           +1 206-839-4301

WALTER F. BROWN (Cal. Bar No. 130248)
MELINDA HAAG (Cal. Bar No. 132612)
RANDALL S. LUSKEY (Cal. Bar No. 240915)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, California  94105-2669
Telephone:     +1-415-773-5700
Facsimile:     +1-415-773-5759

Email: jcoopersmith@orrick.com; wbrown@orrick.com;
       mhaag@orrick.com; rluskey@orrick.com
Attorneys for Defendant RAMESH BALWANI

ERIN E. SCHNEIDER (Cal. Bar No. 216114)
MARC D. KATZ (Cal. Bar No. 189534)
SUSAN F. LA MARCA (Cal. Bar No. 215231)

SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
Telephone:     (415) 705-2500
Email: katzma@sec.gov; lamarcas@sec.gov
Attorneys for Plaintiff SECURITIES AND EXCHANGE
COMMISSION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | CASE NO. 18-CV-01603-EJD |
| Plaintiff, | **STIPULATION TO A LIMITED EXTENSION OF THE DISCOVERY CUTOFF AND [~~PROPOSED~~] ORDER** |
| vs. | |
| RAMESH "SUNNY" BALWANI, | |
| Defendant. | |

Plaintiff Securities and Exchange Commission ("SEC") and defendant Ramesh "Sunny" Balwani ("Mr. Balwani") (together "the Parties") have agreed to enter into this stipulation to resolve a dispute over the timing and scope of discovery.

1.      Defendant seeks a limited extension of the October 25, 2019 discovery cutoff as to evidence relating to the Food and Drug Administration ("FDA") and the Centers for Medicare and Medicaid Services ("CMS") for the following reasons:

a.      On August 2, 2018, the Court issued its Case Management Order setting, among other things, a fact discovery cutoff of June 28, 2019.

b.      On April 25, 2019, the Court granted Mr. Balwani's request for an extension of the fact discovery cutoff, in part, and ordered the discovery cutoff continued from June 28, 2019 to October 25, 2019.

c.      In September 2018, Mr. Balwani issued subpoenas duces tecum to FDA and CMS, which he re-issued in March 2019, solely to change the location of compliance with the subpoenas.  Over the ensuing months, FDA and CMS on the one hand, and Mr. Balwani, on the other, engaged in numerous meet and confers to address disagreements about the scope of Mr. Balwani's subpoenas and/or the timing and completeness of the agencies' document productions.

d.      On or about July 2, 2019, Mr. Balwani began the process of issuing subpoenas ad testificandum for depositions of current and former employees of FDA and CMS. In September 2019, Mr. Balwani noticed and served a second tranche of subpoenas ad testificandum for additional depositions of current and former employees of FDA and CMS.

e.      As of the date of this stipulation, both FDA and CMS have not yet completed their production of documents to Mr. Balwani in the criminal case (which the agencies agreed would also constitute the agency responses to the civil document subpoenas in this case), but are both working to complete their respective productions of documents in response to the subpoenas.  As a result, Mr. Balwani expects to receive additional documents relevant to his preparation for the noticed depositions subsequent to the execution of this stipulation.  For this

STIPULATION TO A LIMITED
EXTENSION OF THE DISCOVERY
CUTOFF AND [PROPOSED] ORDER                - 2 -
Case No. 18-CV-01603-EJD

reason, Mr. Balwani requested that the SEC agree to an extension of the discovery cut-off.

2. The SEC, FDA, and CMS objected to the number of depositions noticed by Mr. Balwani on several bases, including the SEC's position that defendant's proposed additional depositions would exceed the number of depositions the Court permitted the parties to take in its Case Management Order and the SEC's position that all depositions should be completed within the Court's discovery cut-off. Mr. Balwani disagreed with the SEC's treatment of half-day or less depositions as a full day.

3. On October 1, 2019, and in subsequent written communications, the Parties, through counsel, met and conferred regarding the issue of a limited discovery extension. In an effort to avoid unnecessary litigation and to effect an orderly conclusion to fact discovery in this case, and to minimize the burden on witnesses and counsel, the Parties stipulate and agree as follows:

a. A limited exception to the fact discovery cutoff of October 25, 2019 to permit Mr. Balwani to take depositions of the following current and former employees of FDA and CMS, and a California Department of Public Health employee, should be ordered, through December 6, 2019, but including a dark period during the period November 25-29, 2019 and December 2-3, 2019:

- Eileen Norkin (former CDPH)
- Gary Yamamoto (CMS)
- Karen Fuller (CMS)
- Courtney Lias (FDA)
- Alberto Gutierrez (FDA)
- Ian Pilcher (FDA)
- Sarah Bennett (CMS)
- Karen Dyer (CMS)
- Sally Hojvat (FDA)

STIPULATION TO A LIMITED
EXTENSION OF THE DISCOVERY
CUTOFF AND [PROPOSED] ORDER
Case No. 18-CV-01603-EJD

- 3 -

- Peyton Hobson (FDA)

- Stayce Beck (FDA)

- Mary Hole (FDA)

b. The parties agree to cooperate in good faith in an attempt to schedule the above depositions to minimize travel burdens, such as by scheduling depositions, or groups of depositions, on consecutive days in the same location, as the parties have already done for witnesses located in or near Washington, D.C., or back to back on the same day where such depositions are expected to last a half-day or less.

c. Current FDA employee Dr. Jeffrey Shuren was issued a subpoena ad testificandum that is currently the subject of a potential dispute and potential motion for a protective order by FDA and Dr. Shuren. Accordingly, the Parties agree as to Dr. Shuren that in the event FDA and Dr. Shuren do not seek a protective order, or the Court denies any such motion for a protective order, Mr. Balwani may take the deposition of Dr. Shuren within the above stipulated time-frame and parameters.

d. The above, limited extension to allow for the identified depositions does not otherwise alter the Court's deadlines in this case, including other discovery.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: October 9, 2019

/s/ Susan F. LaMarca
Susan F. LaMarca
Securities and Exchange Commission
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
Telephone: (415) 705-2500

STIPULATION TO A LIMITED
EXTENSION OF THE DISCOVERY
CUTOFF AND [PROPOSED] ORDER
Case No. 18-CV-01603-EJD

- 4 -

DATED: October 9, 2019

/s/ Jeffrey B. Coopersmith
Jeffrey B. Coopersmith
Attorney for Defendant Ramesh Balwani
ORRICK, HERRINGTON & SUTCLIFFE, LLP
701 5th Avenue, Suite 5600
Seattle, WA 98104-7097
Telephone:     +1 206-839-4300
Fax:           +1 206-839-4301
jcoopersmith@orrick.com

**Filer's Attestation:** Pursuant to Local Rule 5-1, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

Dated: October 9, 2019                    Respectfully submitted,

*/s/ Jeffrey B. Coopersmith*
Jeffrey B. Coopersmith

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: ____October 9, 2019____

Edward J. Davila
United States District Judge

STIPULATION TO A LIMITED
EXTENSION OF THE DISCOVERY
CUTOFF AND [PROPOSED] ORDER
Case No. 18-CV-01603-EJD

- 5 -