United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SEC,

          Plaintiff,

     v.

SUNNY BALWANI,

          Defendant.

Case No. 18-cv-01603 EJD (NC)

**ORDER SETTING DISCOVERY HEARING**

Re: ECF 113

     The Court sets the discovery brief ECF 113 for hearing on November 6, 2019, at 11:00 a.m. in San Jose courtroom 5.  Balwani's counsel must appear at the hearing with a more detailed proposal as to what information he suggests he would produce in response to requests Nos. 4 and 5 at a later stage.

     **IT IS SO ORDERED.**

Dated:  November 1, 2019

_____
NATHANAEL M. COUSINS
United States Magistrate Judge