UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEC,<br>      Plaintiff,<br>    v.<br>SUNNY BALWANI,<br>      Defendant. | Case No. 18-cv-01603 EJD (NC)<br><br>**ORDER DENYING MR. BALWANI'S REQUEST TO COMPEL DOCUMENT PRODUCTION BY PFM**<br><br>Re: ECF 115 |

Presented to the Court is a discovery dispute between defendant Sunny Balwani and non-party Partner Fund Management, L.P. ("PFM"). ECF 115. Balwani seeks to compel enforcement of a document subpoena to PFM asking for documents "relating to the relationship between Theranos and Walgreens." *Id.* PFM is a registered investment adviser that invested in Theranos and has been identified as a witness in this case by the SEC. *Id.*

There are two related rules of federal civil procedure in play. Under Rule 45(d)(1), a party serving a subpoena on a non-party like PFM "must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena." And under Rule 26(b)(1), the general scope of discovery is limited to matter relevant to a claim or defense and "proportional to the needs of the case, considering the importance of the issues at stake

in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs its likely benefit."

Here, Balwani has not shown that he has taken reasonable steps to avoid imposing an undue burden or expense on PFM and has not shown the discovery demanded is proportional to the needs of the case. On the other hand, PFM has agreed to provide certain requested trading records and to make available to Balwani an entire 52,000 document production in a Delaware case, subject to the protective order in this case. The Court therefore denies Balwani's request to compel to the extent it seeks relief beyond the proposal offered by PFM. Balwani and PFM will bear their own costs.

**IT IS SO ORDERED.**

Dated:  November 4, 2019

_____
NATHANAEL M. COUSINS
United States Magistrate Judge