**OFFICE OF THE CLERK**

**UNITED STATES DISTRICT COURT**

**Northern District of California**

**CIVIL MINUTES**

| | | |
|---|---|---|
| **Date:** November 6, 2019 | **Time:** 53 minutes | **Judge:** NATHANAEL M. COUSINS |
| **Case No.**: 18-cv-01603-EJD | **Case Name:** Securities and Exchange Commission v. Balwani | |

**Attorney for Plaintiff:** Susan LaMarca, John Han

**Attorneys for Defendant:** Walter Brown, Jr., Amanda McDowell, Steve Cazares

**Attorneys for Non-party Food & Drug Administration:** Alison Daw, Marci Norton,
Jocelyn Martinez-Redy

**Deputy Clerk:** Lili Harrell                    **FTR Recording:**   11:14am - 12:07pm

**PROCEEDINGS**

**Discovery Hearing held.**

**Re: Dkt. 111**, FDA motion for protective order on deposition of Dr. Shuren granted in part and denied in part. The Court reviewed 91 documents also produced to FDA counsel that Balwani asserts establish relevance of Dr. Shuren's testimony. Court determined that the Shuren deposition is relevant, but because of burden on agency and Dr. Shuren and other opportunities for discovery from agency and other witnesses, will be limited as follows. Deposition limited to 2 hours; to be taken at agency office in or near Silver Spring, MD, on December 6 at a time to be determined; and Balwani may not ask about policy determinations unrelated to Theranos. Counsel should anticipate and confer about privilege assertions for deliberative process. No costs or fees awarded.

**Re: Dkt. 113**, SEC motion to compel Balwani's production of documents responsive to requests Nos. 4, 5, 11, granted. Court determined that materials sought are relevant (for 4 and 5, to remedies, for 11 on liability generally and witness bias specifically), that protective orders already issued will mitigate the risk of prejudice to Balwani, and that there is not good cause to delay production until the remedies phase of t he case. As to request 11, SEC ordered by November 8 to identify 10 witnesses (a reduction from 100) to address Balwani's objection to burden and overbreadth and proportionality. For all 3 requests, responsive documents must be produced by December 6, 2019. No costs or fees awarded.