JEFFREY B. COOPERSMITH (SBN 252819)
WALTER F. BROWN (SBN 130248)
MELINDA HAAG (SBN 132612)
RANDALL S. LUSKEY (SBN 240915)
STEPHEN A. CAZARES (SBN 201864)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone:     +1-415-773-5700
Facsimile:     +1-415-773-5759
Email: jcoopersmith@orrick.com; wbrown@orrick.com;
        mhaag@orrick.com; rluskey@orrick.com; scazares@orrick.com
*Attorneys for Defendant RAMESH BALWANI*

ERIN E. SCHNEIDER (SBN 216114)
MARC D. KATZ (SBN 189534)
SUSAN F. LA MARCA (SBN 215231)
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
Telephone:     (415) 705-2500
Email: katzma@sec.gov; lamarcas@sec.gov
*Attorneys for Plaintiff SECURITIES AND EXCHANGE*
*COMMISSION*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>RAMESH "SUNNY" BALWANI,<br><br>Defendant. | CASE NO. 18-CV-01603-EJD<br><br>**STIPULATION TO A LIMITED EXTENSION OF THE DISCOVERY CUTOFF AND ~~[PROPOSED]~~ ORDER** |

Plaintiff Securities and Exchange Commission ("SEC") and defendant Ramesh "Sunny" Balwani ("Mr. Balwani") (together "the Parties") have agreed to enter into this stipulation to extend the timing and scope of discovery.

1.      Mr. Balwani seeks a limited extension of the December 6, 2019 discovery cutoff as to evidence relating to the Food and Drug Administration ("FDA") and the Centers for Medicare and Medicaid Services ("CMS") for the following reasons:

a.      On August 2, 2018, the Court issued its Case Management Order setting, among other things, a fact discovery cutoff of June 28, 2019.

b.      On April 25, 2019, the Court granted Mr. Balwani's request for an extension of the fact discovery cutoff, in part, and ordered the discovery cutoff continued from June 28, 2019 to October 25, 2019.

c.      In September 2018, Mr. Balwani issued subpoenas duces tecum to FDA and CMS, which he re-issued in March 2019, solely to change the location of compliance with the subpoenas.  Over the ensuing months, FDA and CMS on the one hand, and Mr. Balwani, on the other, engaged in numerous meet and confers to address disagreements about the scope of Mr. Balwani's subpoenas and/or the timing and completeness of the agencies' document productions.

d.      On or about July 2, 2019, Mr. Balwani began the process of issuing subpoenas ad testificandum for depositions of current and former employees of FDA and CMS. In September 2019, Mr. Balwani noticed and served a second tranche of subpoenas ad testificandum for additional depositions of current and former employees of FDA and CMS.

e.      By early October 2019, the Agencies had not yet completed their production of documents to Mr. Balwani in the criminal case (which the Agencies agreed would also constitute the Agency responses to the civil document subpoenas in this case), and Mr. Balwani still expected to receive additional documents relevant to his preparation for the noticed depositions.  For this reason, Mr. Balwani requested that the SEC agree to an extension of the discovery cut-off.

STIPULATION TO A LIMITED EXTENSION OF
THE DISCOVERY CUTOFF AND [PROPOSED]          - 2 -
ORDER, CASE NO. 18-CV-01603-EJD

f.  As a result, on October 9, 2019, the parties filed a stipulation to a limited extension of the discovery cutoff, which the Court granted, and agreed to a limited exception to the fact discovery cutoff of October 25, 2019 to permit Mr. Balwani to take depositions of certain agreed upon current and former employees of the Agencies, and a California Department of Public Health employee through December 6, 2019.  The parties cooperated in good faith in an attempt to schedule the above depositions to minimize travel burdens.

g.  On April 15, 2019, in the related criminal case, Ms. Holmes and Mr. Balwani moved to compel federal prosecutors (the "Prosecution") to produce material responsive to six requests from the Agencies.  *See United States v. Holmes et al*, 18-CR-00258-EJD.  The Court then held a series of hearings and issued multiple interim orders.  *Id*.  The Court directed the Agencies to search for and produce all responsive documents by October 2, 2019 and later extended the deadline to October 25, 2019.  *Id*.

h.  On November 5, 2019, the Court issued its Order in the criminal case granting Ms. Holmes and Mr. Balwani's Motion to Compel and ordering the Prosecution to ensure responsive documents are produced by the Agencies ("Rule 16 Order").  *Id*.  The Court ordered the Prosecution to produce additional documents as part of their Rule 16 obligation, and to assist the Agencies however possible to ensure the timely production of documents.  *Id*.  The Court ordered the Agencies and the Prosecution to complete the production of documents by December 31, 2019.  *Id*.

i.  In light of the Court's Rule 16 Order and the new December 31, 2019 document production deadline for the Agencies, on November 7, 2019, counsel for Mr. Balwani asked counsel for the SEC to agree to a further extension of the December 6, 2019 discovery deadline as to the agreed upon Agency depositions.  The SEC informed counsel that it would not oppose such an extension if agreed to by agency counsel, which agreement by agency counsel was confirmed.  In an effort to avoid unnecessary litigation and to effect an orderly conclusion to fact discovery in this case, and to minimize the burden on witnesses and counsel, the Parties stipulate and agree to an extension of the discovery cutoff for Mr. Balwani to complete

STIPULATION TO A LIMITED EXTENSION OF
THE DISCOVERY CUTOFF AND [PROPOSED]          - 3 -
ORDER, CASE NO. 18-CV-01603-EJD

depositions of agreed upon current and former FDA and two CMS employees, from December 6, 2019 to January 31, 2020. The parties agree to continue to work in good faith to reach agreement in scheduling the depositions with counsel for the witnesses. The Parties further agree that the depositions of agreed upon current CMS employee K. Fuller will proceed as currently scheduled and the deposition of current CMS employee G. Yamamoto will be completed on a new date to be agreed upon by the parties, the witness, and his counsel, in December 2019.

2.     Current FDA employee Dr. Jeffrey Shuren was issued a subpoena ad testificandum that was the subject of a motion for a protective order by the FDA. On November 5, FDA's motion for a protective order on the deposition of Dr. Shuren was granted in part and denied in part. Accordingly, the Parties agree that Mr. Balwani may take the deposition of Dr. Shuren in accordance with the Court's limiting instructions and within the above stipulated time-frame and parameters.

3.     The above, limited extension to allow for agreed upon depositions does not otherwise alter the Court's deadlines in this case, including other discovery.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: November 8, 2019

/s/ Jeffrey B. Coopersmith
Jeffrey B. Coopersmith
Attorney for Defendant Ramesh Balwani
ORRICK, HERRINGTON & SUTCLIFFE, LLP
701 5th Avenue, Suite 5600
Seattle, WA 98104-7097
Telephone:     +1 206-839-4300
Fax:            +1 206-839-4301
jcoopersmith@orrick.com

DATED: November 8, 2019

/s/ Susan F. LaMarca
Susan F. LaMarca
Securities and Exchange Commission
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
Telephone:     (415) 705-2500

STIPULATION TO A LIMITED EXTENSION OF
THE DISCOVERY CUTOFF AND [PROPOSED]          - 4 -
ORDER, CASE NO. 18-CV-01603-EJD

**Filer's Attestation:** Pursuant to Local Rule 5-1, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.


 Dated: November 8, 2019                    Respectfully submitted,

                                            */s/ Jeffrey B. Coopersmith*
                                            Jeffrey B. Coopersmith


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


DATED:    11/12/2019

                                            _____
                                            EDWARD J. DAVILA
                                            UNITED STATES DISTRICT JUDGE

STIPULATION TO A LIMITED EXTENSION OF
THE DISCOVERY CUTOFF AND [PROPOSED]          - 5 -
ORDER, CASE NO. 18-CV-01603-EJD