JEFFREY B. COOPERSMITH (SBN 252819)
WALTER F. BROWN (SBN 130248)
MELINDA HAAG (SBN 132612)
RANDALL S. LUSKEY (SBN 240915)
STEPHEN A. CAZARES (SBN 201864)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    (415) 773-5700
Facsimile:    (415) 773-5759
Email:  jcoopersmith@orrick.com; wbrown@orrick.com;
mhaag@orrick.com; rluskey@orrick.com;
scazares@orrick.com


Attorneys for Defendant
RAMESH "SUNNY" BALWANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISION,<br><br>Plaintiff,<br><br>v.<br><br>RAMESH "SUNNY" BALWANI,<br><br>Defendant. | Case No. 5:18-cv-01603-EJD<br><br>**DECLARATION OF STEPHEN A. CAZARES IN SUPPORT OF DEFENDANT'S MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER [ECF 117] OF MAGISTRATE JUDGE**<br><br>[L.R. 72-2]<br><br>*Honorable Edward J. Davila* |

I, Stephen A. Cazares, declare as follows:

1.    I am counsel with the law firm of Orrick, Herrington & Sutcliffe LLP and am an attorney defending Ramesh Balwani in this matter.  I make this declaration in support of Mr. Balwani's Motion for Relief from Nondispositive Pre-Trial Order of Magistrate Judge.

2.    Attached as Exhibit A is a true and correct copy of the Subpoena to Produce Documents issued by Ramesh Balwani on August 26, 2019 to Partner Fund Management L.P. ("PFM").

3.    Attached as Exhibit B is a true and correct copy of PFM's Form 13F for the Quarter Ended December 31, 2013.

4.    Attached as Exhibit C is a true and correct copy of PFM's Form 13F for the Quarter Ended March 31, 2014.

5.    During the week of November 11, 2019, based on Magistrate Judge Cousins' order I personally conducted a thorough review of the Delaware documents, spending hours searching for responsive information.  This review determined that the Delaware documents do not appear to contain *any* document or communications reflecting when and why PFM decided to purchase the over $187 million worth of Walgreens securities beginning on February 12, 2014 through the end of March 2014.

Executed this 18th day of November 2019 at Los Angeles, California.

                                        /s/ Stephen A. Cazares
                                        Stephen A. Cazares

CAZARES DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE, CASE NO. 5:18-CV-01603-EJD