# EXHIBIT B

The Securities and Exchange Commission has not necessarily reviewed the information in this filing and has not determined if it is accurate and complete.
The reader should not assume that the information is accurate and complete.

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549
### FORM 13F

### FORM 13F COVER PAGE

| OMB APPROVAL | |
| --- | --- |
| OMB Number: | 3235-0006 |
| Expires: | Oct 31, 2018 |
| Estimated average burden hours per response: | 23.8 |

Report for the Calendar Year or Quarter Ended: 12-31-2013

Check here if Amendment [X] Amendment Number:    1

This Amendment (Check only one.): [X] is a restatement.

[ ] adds new holdings entries.

**Institutional Investment Manager Filing this Report:**

Name:      Partner Fund Management, L.P.

Address:    Four Embarcadero Center

Suite 3500

San Francisco, CA  94111

Form 13F File Number:    028-13169

**The institutional investment manager filing this report and the person by whom it is signed hereby represent that the person signing the report is authorized to submit it, that all information contained herein is true, correct and complete, and that it is understood that all required items, statements, schedules, lists, and tables, are considered integral parts of this form.**

Person Signing this Report on Behalf of Reporting Manager:

Name:      Darin Sadow

Title:      Chief Compliance Officer

Phone:      415-281-1000

**Signature, Place, and Date of Signing:**

| /s/ Darin Sadow | San Francisco, CA | 02-21-2014 |
| --- | --- | --- |
| [Signature] | [City, State] | [Date] |

This amendment is being filed to correct the amounts reported in Columns 5 and 8 of the Information Table with respect to certain option positions. The amounts previously reported reflected the number option contracts instead of the number of shares underlying such contracts.

**Report Type (Check only one.):**

[X] 13F HOLDINGS REPORT. (Check here if all holdings of this reporting manager are reported in this report.)

[ ] 13F NOTICE. (Check here if no holdings reported are in this report, and all holdings are reported by other reporting manager(s).)

[ ] 13F COMBINATION REPORT. (Check here if a portion of the holdings for this reporting manager are reported in this report and a portion are reported by other reporting manager(s).)

# Form 13F Summary Page

**Report Summary:**

| | |
|---|---|
| Number of Other Included Managers: | 0 |
| Form 13F Information Table Entry Total: | 61 |
| Form 13F Information Table Value Total: | 4,974,697 |
| | (thousands) |

**List of Other Included Managers:**

Provide a numbered list of the name(s) and Form 13F file number(s) of all institutional investment managers with respect to which this report is filed, other than the manager filing this report.

[If there are no entries in this list, state "NONE" and omit the column headings and list entries.]

NONE

The Securities and Exchange Commission has not necessarily reviewed the information in this filing and has not determined if it is accurate and complete.
The reader should not assume that the information is accurate and complete.

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549
**FORM 13F**

**FORM 13F INFORMATION TABLE**

| OMB APPROVAL | |
| --- | --- |
| OMB Number: | 3235-0006 |
| Expires: | Oct 31, 2018 |
| Estimated average burden hours per response: | 23.8 |

| | | | COLUMN 4 | COLUMN 5 | | | COLUMN 6 | COLUMN 7 | COLUMN 8 | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| COLUMN 1 | COLUMN 2 | COLUMN 3 | VALUE | SHRS OR | SH/ | PUT/ | INVESTMENT | OTHER | VOTING AUTHORITY | | |
| NAME OF ISSUER | TITLE OF CLASS | CUSIP | (x$1000) | PRN AMT | PRN | CALL | DISCRETION | MANAGER | SOLE | SHARED | NONE |
| ACTAVIS PLC | SHS | G0083B108 | 199,254 | 1,186,035 | SH | | DFND | | 0 | 1,186,035 | 0 |
| ADOBE SYS INC | COM | 00724F101 | 110,722 | 1,849,097 | SH | | DFND | | 0 | 1,849,097 | 0 |
| AGILENT TECHNOLOGIES INC | COM | 00846U101 | 235,817 | 4,123,398 | SH | | DFND | | 0 | 4,123,398 | 0 |
| ALLERGAN INC | COM | 018490102 | 50,092 | 450,950 | SH | | DFND | | 0 | 450,950 | 0 |
| AMAZON COM INC | COM | 023135106 | 206,030 | 516,639 | SH | | DFND | | 0 | 516,639 | 0 |
| AMERICAN TOWER CORP NEW | COM | 03027X100 | 118,537 | 1,485,052 | SH | | DFND | | 0 | 1,485,052 | 0 |
| ANACOR PHARMACEUTICALS INC | COM | 032420101 | 17,703 | 1,055,014 | SH | | DFND | | 0 | 1,055,014 | 0 |
| AUXILIUM PHARMACEUTICALS INC | COM | 05334D107 | 40,292 | 1,943,672 | SH | | DFND | | 0 | 1,943,672 | 0 |
| BAIDU INC | SPON ADR REP A | 056752108 | 60,905 | 342,395 | SH | | DFND | | 0 | 342,395 | 0 |
| BLUEBIRD BIO INC | COM | 09609G100 | 6,175 | 294,326 | SH | | DFND | | 0 | 294,326 | 0 |
| BRISTOL MYERS SQUIBB CO | COM | 110122108 | 2,884 | 2,045,500 | SH | Call | DFND | | 0 | 2,045,500 | 0 |
| BRISTOL MYERS SQUIBB CO | COM | 110122108 | 400,326 | 7,532,007 | SH | | DFND | | 0 | 7,532,007 | 0 |
| BRUKER CORP | COM | 116794108 | 19,537 | 988,190 | SH | | DFND | | 0 | 988,190 | 0 |
| CABOT OIL & GAS CORP | COM | 127097103 | 67,737 | 1,747,597 | SH | | DFND | | 0 | 1,747,597 | 0 |
| CBS CORP NEW | CL B | 124857202 | 41,493 | 650,968 | SH | | DFND | | 0 | 650,968 | 0 |
| CLOVIS ONCOLOGY INC | COM | 189464100 | 155,708 | 2,583,508 | SH | | DFND | | 0 | 2,583,508 | 0 |
| CME GROUP INC | COM | 12572Q105 | 71,026 | 905,252 | SH | | DFND | | 0 | 905,252 | 0 |
| COOPER COS INC | COM NEW | 216648402 | 23,672 | 191,153 | SH | | DFND | | 0 | 191,153 | 0 |
| CROWN CASTLE INTL CORP | COM | 228227104 | 103,674 | 1,411,872 | SH | | DFND | | 0 | 1,411,872 | 0 |
| CUMMINS INC | COM | 231021106 | 73,659 | 522,514 | SH | | DFND | | 0 | 522,514 | 0 |
| DENDREON CORP | NOTE 2.875% 1/1 | 24823QAC1 | 43,279 | 66,969,000 | PRN | | DFND | | 0 | 66,969,000 | 0 |
| DENDREON CORP | COM | 24823Q107 | 6,003 | 2,007,813 | SH | | DFND | | 0 | 2,007,813 | 0 |
| DOLLAR GEN CORP NEW | COM | 256677105 | 78,624 | 1,303,447 | SH | | DFND | | 0 | 1,303,447 | 0 |
| EATON CORP PLC | SHS | G29183103 | 123,363 | 1,620,644 | SH | | DFND | | 0 | 1,620,644 | 0 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ENDO HEALTH SOLUTIONS INC | COM | 29264F205 | 79,534 | 1,178,973 | SH | DFND | 0 | 1,178,973 | 0 |
| FACEBOOK INC | CL A | 30303M102 | 111,338 | 2,037,334 | SH | DFND | 0 | 2,037,334 | 0 |
| GILEAD SCIENCES INC | COM | 375558103 | 271,424 | 3,614,168 | SH | DFND | 0 | 3,614,168 | 0 |
| GOOGLE INC | CL A | 38259P508 | 262,794 | 234,489 | SH | DFND | 0 | 234,489 | 0 |
| HCA HOLDINGS INC | COM | 40412C101 | 170,707 | 3,578,005 | SH | DFND | 0 | 3,578,005 | 0 |
| HEALTH NET INC | COM | 42222G108 | 73,517 | 2,477,835 | SH | DFND | 0 | 2,477,835 | 0 |
| HUMANA INC | COM | 444859102 | 13,669 | 132,430 | SH | DFND | 0 | 132,430 | 0 |
| ILLUMINA INC | COM | 452327109 | 10,404 | 94,079 | SH | DFND | 0 | 94,079 | 0 |
| KARYOPHARM THERAPEUTICS INC | COM | 48576U106 | 19,785 | 889,520 | SH | DFND | 0 | 757,967 | 0 |
| KYTHERA BIOPHARMACEUTICALS I | COM | 501570105 | 31,069 | 831,840 | SH | DFND | 0 | 831,840 | 0 |
| MACROGENICS INC | COM | 556099109 | 2,327 | 84,846 | SH | DFND | 0 | 84,846 | 0 |
| MARATHON PETE CORP | COM | 56585A102 | 54,990 | 599,472 | SH | DFND | 0 | 599,472 | 0 |
| MCGRAW HILL FINL INC | COM | 580645109 | 52,118 | 666,475 | SH | DFND | 0 | 666,475 | 0 |
| MCKESSON CORP | COM | 58155Q103 | 18,903 | 117,117 | SH | DFND | 0 | 117,117 | 0 |
| MEDICINES CO | COM | 584688105 | 81,724 | 2,116,102 | SH | DFND | 0 | 2,116,102 | 0 |
| MEDIVATION INC | COM | 58501N101 | 173,581 | 2,719,859 | SH | DFND | 0 | 2,719,859 | 0 |
| MYRIAD GENETICS INC | COM | 62855J104 | 8,520 | 406,103 | SH | DFND | 0 | 406,103 | 0 |
| NETFLIX INC | COM | 64110L106 | 39,903 | 108,381 | SH | DFND | 0 | 108,381 | 0 |
| OMNICARE INC | COM | 681904108 | 7,450 | 123,428 | SH | DFND | 0 | 123,428 | 0 |
| OREXIGEN THERAPEUTICS INC | NOTE 2.750%12/0 | 686164AA2 | 12,406 | 12,635,000 | PRN | DFND | 0 | 12,635,000 | 0 |
| OREXIGEN THERAPEUTICS INC | COM | 686164104 | 28,415 | 5,047,119 | SH | DFND | 0 | 5,047,119 | 0 |
| PFIZER INC | COM | 717081103 | 25,579 | 835,093 | SH | DFND | 0 | 835,093 | 0 |
| PRECISION CASTPARTS CORP | COM | 740189105 | 158,286 | 587,767 | SH | DFND | 0 | 587,767 | 0 |
| REGENERON PHARMACEUTICALS | COM | 75886F107 | 13,424 | 48,771 | SH | DFND | 0 | 48,771 | 0 |
| RELYPSA INC | COM | 759531106 | 8,038 | 321,527 | SH | DFND | 0 | 321,527 | 0 |
| REPROS THERAPEUTICS INC | COM NEW | 76028H209 | 28,184 | 1,540,091 | SH | DFND | 0 | 1,540,091 | 0 |
| SALESFORCE COM INC | COM | 79466L302 | 97,388 | 1,764,597 | SH | DFND | 0 | 1,764,597 | 0 |
| STARWOOD HOTELS&RESORTS WRLD | COM | 85590A401 | 248,494 | 3,127,673 | SH | DFND | 0 | 3,127,673 | 0 |
| SURGICAL CARE AFFILIATES INC | COM | 86881L106 | 7,538 | 216,360 | SH | DFND | 0 | 216,360 | 0 |
| TENET HEALTHCARE CORP | COM NEW | 88033G407 | 39,396 | 935,335 | SH | DFND | 0 | 935,335 | 0 |
| TESORO CORP | COM | 881609101 | 117,305 | 2,005,206 | SH | DFND | 0 | 2,005,206 | 0 |
| THERMO FISHER SCIENTIFIC INC | COM | 883556102 | 71,312 | 640,428 | SH | DFND | 0 | 640,428 | 0 |
| TIME WARNER INC | COM NEW | 887317303 | 80,541 | 1,155,208 | SH | DFND | 0 | 1,155,208 | 0 |
| VALEANT PHARMACEUTICALS INTL | COM | 91911K102 | 7,296 | 62,148 | SH | DFND | 0 | 62,148 | 0 |
| VALERO ENERGY CORP NEW | COM | 91913Y100 | 119,998 | 2,380,911 | SH | DFND | 0 | 2,380,911 | 0 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| WORKDAY INC | CL A | 98138H101 | 35,325 | 424,785 | SH | DFND | 0 | 424,785 | 0 |
| WYNDHAM WORLDWIDE CORP | COM | 98310W108 | 135,503 | 1,838,830 | SH | DFND | 0 | 1,838,830 | 0 |