# EXHIBIT C

The Securities and Exchange Commission has not necessarily reviewed the information in this filing and has not determined if it is accurate and complete.
The reader should not assume that the information is accurate and complete.

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549
**FORM 13F**

**FORM 13F COVER PAGE**

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0006 |
| Expires: | Oct 31, 2018 |
| Estimated average burden hours per response: | 23.8 |

Report for the Calendar Year or Quarter Ended: 03-31-2014

Check here if Amendment ☐    Amendment Number:

This Amendment (Check only one.): ☐ is a restatement.

☐ adds new holdings entries.

**Institutional Investment Manager Filing this Report:**

Name:      Partner Fund Management, L.P.
Address:   Four Embarcadero Center
           Suite 3500
           San Francisco, CA  94111
Form 13F File Number:   028-13169

**The institutional investment manager filing this report and the person by whom it is signed hereby represent that the person signing the report is authorized to submit it, that all information contained herein is true, correct and complete, and that it is understood that all required items, statements, schedules, lists, and tables, are considered integral parts of this form.**

Person Signing this Report on Behalf of Reporting Manager:

Name:   Darin Sadow
Title:  Chief Compliance Officer
Phone:  415-281-1000

**Signature, Place, and Date of Signing:**

/s/ Darin Sadow        San Francisco, CA      05-15-2014

[Signature]            [City, State]          [Date]

**Report Type (Check only one.):**

[X] 13F HOLDINGS REPORT. (Check here if all holdings of this reporting manager are reported in this report.)

[ ] 13F NOTICE. (Check here if no holdings reported are in this report, and all holdings are reported by other reporting manager(s).)

[ ] 13F COMBINATION REPORT. (Check here if a portion of the holdings for this reporting manager are reported in this report and a portion are reported by other reporting manager(s).)

# Form 13F Summary Page

**Report Summary:**

| | |
|---|---|
| Number of Other Included Managers: | 0 |
| Form 13F Information Table Entry Total: | 72 |
| Form 13F Information Table Value Total: | 5,515,842 |
| | (thousands) |

**List of Other Included Managers:**

Provide a numbered list of the name(s) and Form 13F file number(s) of all institutional investment managers with respect to which this report is filed, other than the manager filing this report.

[If there are no entries in this list, state "NONE" and omit the column headings and list entries.]

NONE

The Securities and Exchange Commission has not necessarily reviewed the information in this filing and has not determined if it is accurate and complete.
The reader should not assume that the information is accurate and complete.

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549
**FORM 13F**

**FORM 13F INFORMATION TABLE**

| OMB APPROVAL | |
| --- | --- |
| OMB Number: | 3235-0006 |
| Expires: | Oct 31, 2018 |
| Estimated average burden hours per response: | 23.8 |

| COLUMN 1 | COLUMN 2 | COLUMN 3 | COLUMN 4 | COLUMN 5 | | | COLUMN 6 | COLUMN 7 | COLUMN 8 | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | VALUE | SHRS OR | SH/ | PUT/ | INVESTMENT | OTHER | VOTING AUTHORITY | | |
| NAME OF ISSUER | TITLE OF CLASS | CUSIP | (x$1000) | PRN AMT | PRN | CALL | DISCRETION | MANAGER | SOLE | SHARED | NONE |
| ACADIA PHARMACEUTICALS INC | COM | 004225108 | 38,038 | 1,563,435 | SH | | DFND | | 0 | 1,563,435 | 0 |
| ACORDA THERAPEUTICS INC | COM | 00484M106 | 27,432 | 723,621 | SH | | DFND | | 0 | 723,621 | 0 |
| ACTAVIS PLC | SHS | G0083B108 | 212,466 | 1,032,142 | SH | | DFND | | 0 | 1,032,142 | 0 |
| AGILENT TECHNOLOGIES INC | COM | 00846U101 | 112,348 | 2,009,079 | SH | | DFND | | 0 | 2,009,079 | 0 |
| ALLERGAN INC | COM | 018490102 | 91,882 | 740,383 | SH | | DFND | | 0 | 740,383 | 0 |
| AMERICAN EXPRESS CO | COM | 025816109 | 52,477 | 582,882 | SH | | DFND | | 0 | 582,882 | 0 |
| ANACOR PHARMACEUTICALS INC | COM | 032420101 | 20,545 | 1,026,745 | SH | | DFND | | 0 | 1,026,745 | 0 |
| ANADARKO PETE CORP | COM | 032511107 | 18,040 | 212,833 | SH | | DFND | | 0 | 212,833 | 0 |
| BLUEBIRD BIO INC | COM | 09609G100 | 6,618 | 291,031 | SH | | DFND | | 0 | 291,031 | 0 |
| BRISTOL MYERS SQUIBB CO | COM | 110122108 | 401,162 | 7,722,083 | SH | | DFND | | 0 | 7,722,083 | 0 |
| BRUKER CORP | COM | 116794108 | 16,205 | 711,052 | SH | | DFND | | 0 | 711,052 | 0 |
| CASTLIGHT HEALTH INC | CL B | 14862Q100 | 2,042 | 96,223 | SH | | DFND | | 0 | 96,223 | 0 |
| CBS CORP NEW | CL B | 124857202 | 72,223 | 1,168,656 | SH | | DFND | | 0 | 1,168,656 | 0 |
| CELLADON CORP | COM | 15117E107 | 4,591 | 385,110 | SH | | DFND | | 0 | 385,110 | 0 |
| CEMEX SAB DE CV | SPON ADR NEW | 151290889 | 5,665 | 448,556 | SH | | DFND | | 0 | 448,556 | 0 |
| SCHWAB CHARLES CORP NEW | COM | 808513105 | 136,411 | 4,991,258 | SH | | DFND | | 0 | 4,991,258 | 0 |
| CIGNA CORPORATION | COM | 125509109 | 14,202 | 169,613 | SH | | DFND | | 0 | 169,613 | 0 |
| CLOVIS ONCOLOGY INC | COM | 189464100 | 74,591 | 1,076,820 | SH | | DFND | | 0 | 1,076,820 | 0 |
| CTRIP COM INTL LTD | AMERICAN DEP SHS | 22943F100 | 46,498 | 922,209 | SH | | DFND | | 0 | 922,209 | 0 |
| DENDREON CORP | NOTE 2.875% 1/1 | 24823QAC1 | 49,801 | 67,072,000 | PRN | | DFND | | 0 | 67,072,000 | 0 |
| ENDO INTL PLC | SHS | G30401106 | 154,612 | 2,252,173 | SH | | DFND | | 0 | 2,252,173 | 0 |
| EXPEDIA INC DEL | COM NEW | 30212P303 | 35,120 | 484,412 | SH | | DFND | | 0 | 484,412 | 0 |
| FACEBOOK INC | CL A | 30303M102 | 35,973 | 597,161 | SH | | DFND | | 0 | 597,161 | 0 |
| FOREST LABS INC | COM | 345838106 | 7,661 | 83,033 | SH | | DFND | | 0 | 83,033 | 0 |
| GILEAD SCIENCES INC | COM | 375558103 | 137,456 | 1,939,832 | SH | | DFND | | 0 | 1,939,832 | 0 |
| GOOGLE INC | CL A | 38259P508 | 295,293 | 264,953 | SH | | DFND | | 0 | 264,953 | 0 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| HALLIBURTON CO | COM | 406216101 | 143,386 | 2,434,807 | SH | | DFND | 0 | 2,434,807 | 0 |
| HCA HOLDINGS INC | COM | 40412C101 | 250,101 | 4,763,828 | SH | | DFND | 0 | 4,763,828 | 0 |
| HEALTH NET INC | COM | 42222G108 | 74,273 | 2,183,853 | SH | | DFND | 0 | 2,183,853 | 0 |
| HUMANA INC | COM | 444859102 | 37,466 | 332,383 | SH | | DFND | 0 | 332,383 | 0 |
| INTERCEPT PHARMACEUTICALS IN | COM | 45845P108 | 21,954 | 66,571 | SH | | DFND | 0 | 66,571 | 0 |
| ISHARES | MSCI EMG MKT ETF | 464287234 | 438,918 | 10,702,700 | SH | | DFND | 0 | 10,702,700 | 0 |
| KARYOPHARM THERAPEUTICS INC | COM | 48576U106 | 9,563 | 309,592 | SH | | DFND | 0 | 309,592 | 0 |
| KYTHERA BIOPHARMACEUTICALS I | COM | 501570105 | 39,899 | 1,003,492 | SH | | DFND | 0 | 1,003,492 | 0 |
| LIBERTY GLOBAL PLC | SHS CL C | G5480U120 | 71,213 | 1,749,276 | SH | | DFND | 0 | 1,749,276 | 0 |
| MACQUARIE INFRASTR CO LLC | MEMBERSHIP INT | 55608B105 | 59,144 | 1,032,730 | SH | | DFND | 0 | 1,032,730 | 0 |
| MACROGENICS INC | COM | 556099109 | 5,822 | 209,212 | SH | | DFND | 0 | 209,212 | 0 |
| MARTIN MARIETTA MATLS INC | COM | 573284106 | 83,846 | 653,261 | SH | | DFND | 0 | 653,261 | 0 |
| MCGRAW HILL FINL INC | COM | 580645109 | 91,840 | 1,203,675 | SH | | DFND | 0 | 1,203,675 | 0 |
| MCKESSON CORP | COM | 58155Q103 | 85,825 | 486,067 | SH | | DFND | 0 | 486,067 | 0 |
| MEDIVATION INC | COM | 58501N101 | 16,421 | 255,105 | SH | | DFND | 0 | 255,105 | 0 |
| MOLINA HEALTHCARE INC | COM | 60855R100 | 29,226 | 778,117 | SH | | DFND | 0 | 778,117 | 0 |
| MYRIAD GENETICS INC | COM | 62855J104 | 1,384 | 40,491 | SH | | DFND | 0 | 40,491 | 0 |
| OMNICARE INC | COM | 681904108 | 15,811 | 264,968 | SH | | DFND | 0 | 264,968 | 0 |
| OREXIGEN THERAPEUTICS INC | COM | 686164104 | 33,339 | 5,129,129 | SH | | DFND | 0 | 5,129,129 | 0 |
| PERKINELMER INC | COM | 714046109 | 5,248 | 116,477 | SH | | DFND | 0 | 116,477 | 0 |
| PFIZER INC | COM | 717081103 | 38,765 | 1,206,879 | SH | | DFND | 0 | 1,206,879 | 0 |
| PRICELINE COM INC | COM NEW | 741503403 | 53,185 | 44,622 | SH | | DFND | 0 | 44,622 | 0 |
| PROTHENA CORP PLC | SHS | G72800108 | 20,763 | 541,983 | SH | | DFND | 0 | 541,983 | 0 |
| REPROS THERAPEUTICS INC | COM NEW | 76028H209 | 19,771 | 1,114,462 | SH | | DFND | 0 | 1,114,462 | 0 |
| REVANCE THERAPEUTICS INC | COM | 761330109 | 10,108 | 320,903 | SH | | DFND | 0 | 320,903 | 0 |
| RITE AID CORP | COM | 767754104 | 36,209 | 5,774,926 | SH | | DFND | 0 | 5,774,926 | 0 |
| SALESFORCE COM INC | COM | 79466L302 | 54,223 | 949,774 | SH | | DFND | 0 | 949,774 | 0 |
| SERVICENOW INC | COM | 81762P102 | 67,009 | 1,118,308 | SH | | DFND | 0 | 1,118,308 | 0 |
| SPIRIT AIRLS INC | COM | 848577102 | 1,144 | 19,264 | SH | | DFND | 0 | 19,264 | 0 |
| STARWOOD HOTELS&RESORTS WRLD | COM | 85590A401 | 216,677 | 2,722,078 | SH | | DFND | 0 | 2,722,078 | 0 |
| TABLEAU SOFTWARE INC | CL A | 87336U105 | 27,674 | 363,753 | SH | | DFND | 0 | 363,753 | 0 |
| TENET HEALTHCARE CORP | COM NEW | 88033G407 | 49,773 | 1,162,648 | SH | | DFND | 0 | 1,162,648 | 0 |
| TEREX CORP NEW | COM | 880779103 | 65,883 | 1,487,208 | SH | | DFND | 0 | 1,487,208 | 0 |
| TEVA PHARMACEUTICAL INDS LTD | ADR | 881624209 | 570 | 404,100 | SH | Call | DFND | 0 | 404,100 | 0 |
| TEVA PHARMACEUTICAL INDS LTD | ADR | 881624209 | 180,679 | 3,419,353 | SH | | DFND | 0 | 3,419,353 | 0 |
| THERAPEUTICSMD INC | COM | 88338N107 | 15,243 | 2,415,733 | SH | | DFND | 0 | 2,415,733 | 0 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| THERMO FISHER SCIENTIFIC INC | COM | 883556102 | 76,564 | 636,756 | SH | DFND | 0 | 636,756 | 0 |
| TIME WARNER CABLE INC | COM | 88732J207 | 118,999 | 867,468 | SH | DFND | 0 | 867,468 | 0 |
| TWENTY FIRST CENTY FOX INC | CL A | 90130A101 | 128,605 | 4,022,685 | SH | DFND | 0 | 4,022,685 | 0 |
| VALEANT PHARMACEUTICALS INTL | COM | 91911K102 | 106,748 | 809,743 | SH | DFND | 0 | 809,743 | 0 |
| VULCAN MATLS CO | COM | 929160109 | 111,795 | 1,682,389 | SH | DFND | 0 | 1,682,389 | 0 |
| WALGREEN CO | COM | 931422109 | 187,691 | 2,842,511 | SH | DFND | 0 | 2,842,511 | 0 |
| WORKDAY INC | CL A | 98138H101 | 122,436 | 1,339,125 | SH | DFND | 0 | 1,339,125 | 0 |
| WYNN RESORTS LTD | COM | 983134107 | 104,438 | 470,123 | SH | DFND | 0 | 470,123 | 0 |
| YAHOO INC | COM | 984332106 | 88,917 | 2,476,788 | SH | DFND | 0 | 2,476,788 | 0 |
| YELP INC | CL A | 985817105 | 27,942 | 363,207 | SH | DFND | 0 | 363,207 | 0 |