JEFFREY B. COOPERSMITH (SBN 252819)
WALTER F. BROWN (SBN 130248)
MELINDA HAAG (SBN 132612)
RANDALL S. LUSKEY (SBN 240915)
STEPHEN A. CAZARES (SBN 201864)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    (415) 773-5700
Facsimile:    (415) 773-5759
Email:  jcoopersmith@orrick.com; wbrown@orrick.com;
mhaag@orrick.com; rluskey@orrick.com;
scazares@orrick.com


Attorneys for Defendant
RAMESH "SUNNY" BALWANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISION,<br><br>Plaintiff,<br><br>v.<br><br>RAMESH "SUNNY" BALWANI,<br><br>Defendant. | Case No. 5:18-cv-01603-EJD<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER [ECF 117] OF MAGISTRATE JUDGE**<br><br>Honorable Edward J. Davila |

This matter came before the Court by motion from Defendant Ramesh Balwani's Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge.

The Court has considered all legal authority, arguments, briefing, and exhibits submitted to the Court on this matter.  Having considered the foregoing and been fully informed:

IT IS HEREBY ORDERED that Defendant's Motion for Relief is GRANTED.

ACCORDINGLY, Partner Fund Management LLP shall produce the following in response the subpoena duces tecum: all documents, communications, and due diligence relating to investments in Walgreens securities, for the time period January 1, 2013 through December 31, 2015, including documents and communications reflecting when and why PFM decided to purchase and/or sell Walgreens securities in the first and second quarters of 2014.

IT IS SO ORDERED.

Dated this _____ day of _____, 2019.

_____
Honorable Edward J. Davila
United States District Court Judge

DATED: November 18, 2019          Presented by

ORRICK, HERRINGTON & SUTCLIFFE LLP

By:      /s/ Jeffrey B. Coopersmith
         Jeffrey B. Coopersmith

Attorneys for Defendant
RAMESH "SUNNY" BALWANI

1          [PROPOSED] ORDER GRANTING MOTION FOR RELIEF FROM
           NONDISPOSITIVE PRETRIAL ORDER
           OF MAGISTRATE JUDGE, CASE NO. 5:18-CV-01603-EJD