UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 5:18-cv-01603-EJD |
| Plaintiff, | **ORDER DENYING MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE** |
| v. | |
| RAMESH SUNNY BALWANI, | Re: Dkt. No. 126 |
| Defendant. | |

Defendant has moved for relief from an order by the assigned Magistrate Judge concerning Defendant's document subpoena to the nonparty Partner Fund Management LLP ("PFM"). Dkt. No. 117 (the "Order"). The Order denied Defendant's request to compel PFM to search for documents, and instead allowed PFM to comply with the subpoena by producing a tranche of 52,000 documents previously produced in another case. Dkt. 117 at 2. Defendant moves the undersigned for relief because, he alleges, that production did not contain the documents that he seeks.

The Federal Rules provide that a district judge may set aside any part of a non-dispositive order by a magistrate judge that is "clearly erroneous or is contrary to law." Fed. R. Civ. P. 72(a). Civil Local Rule 72-2 states that the motion for relief must "specifically identify the portion of the Magistrate Judge's order to which objection is made and the reasons and authority therefor." "When reviewing discovery disputes, however, the Magistrate is afforded broad discretion, which will be overruled only if abused." *Columbia Pictures, Inc. v. Bunnell*, 245 F.R.D. 443, 446 (C.D. Cal. 2007) (collecting cases).

Defendant has not attempted to show that the Order was an abuse of discretion, is clearly

erroneous, or is contrary to law. To the extent that PFM did not produce the documents sought by Defendant, that is not an issue for this court to consider—at least in the first instance. The motion is denied.

**IT IS SO ORDERED.**

Dated: November 26, 2019

EDWARD J. DAVILA
United States District Judge

Case No.: 5:18-cv-01603-EJD
ORDER DENYING MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER
OF MAGISTRATE JUDGE

2