ERIN E. SCHNEIDER (Cal. Bar No. 216114)
MARC D. KATZ (Cal. Bar No. 189534)
katzma@sec.gov
SUSAN F. LA MARCA (Cal. Bar No. 215231)
lamarcas@sec.gov
RAHUL KOLHATKAR (Cal. Bar No. 261781)
kolhatkarr@sec.gov
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
Telephone:    (415) 705-2500
*Attorneys for Plaintiff*

JEFFREY B. COOPERSMITH (Cal. Bar No. 252819)
jcoopersmith@orrick.com
*Additional Attorneys Listed After Signatures*
ORRICK HERRINGTON & SUTCLIFFE LLP
701 5th Ave., Suite 5600
Seattle, WA 98104-7097
Telephone:    (206) 839-4339
*Attorneys for Defendant RAMESH BALWANI*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> RAMESH "SUNNY" BALWANI, <br><br> Defendant. | CASE NO. 18-CV-01603-EJD <br><br> **[PROPOSED] FOURTH SUPPLEMENTAL STIPULATED PROTECTIVE ORDER REGARDING FDA INFORMATION** |

The Parties agree that this Fourth Supplemental Stipulated Protective Order Regarding FDA Information applies to any and all Food and Drug Administration ("FDA") documents provided to Defendant's counsel after November 5, 2019, in response to the Order Granting Motion to Compel in *United States v. Holmes and Balwani*, 18-cr-00258-EJD (Docket #174)

[PROPOSED] STIPULATED PROTECTIVE ORDER
REGARDING FDA OR CMS INFORMATION
Case No. 5:18-cv-01603-EJD
4849-2017-7802v.1 0103509-000002

(hereafter, "Criminal Case").  Defendant's counsel is bound by the Stipulation and Fourth Supplemental Protective Order Regarding FDA Documents entered in the Criminal Case on December 27, 2019, attached, and therefore, cannot satisfy its discovery requirements in this case by providing those documents to the Securities and Exchange Commission ("SEC") counsel in this matter without this Fourth Supplemental Stipulated Protective Order for FDA Documents. *Id.* (Docket #214).

Counsel for Defendant agrees that the attached Stipulation and Fourth Supplemental Protective Order Regarding FDA Documents entered in the Criminal Case on December 27, 2019, applies to use of the Confidential FDA Materials in this case, except that it can provide copies of the Confidential FDA Materials to the SEC after the SEC has signed this stipulation.

Counsel for the SEC acknowledges the terms of the attached Stipulation and Fourth Supplemental Protective Order Regarding FDA Documents entered in the Criminal Case on December 27, 2019, and agrees that the FDA documents provided to Defendant's counsel after November 5, 2019, in response to the Order Granting Motion to Compel in the  Criminal Case (hereafter, "Confidential FDA Materials"), will not be shared outside of the SEC unless the process outlined therein to allow for redactions by FDA prior to sharing with Non-Counsel or prior to public filing are employed.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.


DATED: January 14, 2020                    Respectfully submitted,


___*/s/ Susan_F. LaMarca*_____
Susan F. LaMarca
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
Telephone:(415) 705-2500
*Attorneys for Plaintiff*

2

[PROPOSED] STIPULATED PROTECTIVE ORDER
REGARDING FDA OR CMS INFORMATION
Case No. 5:18-cv-01603-EJD

4849-2017-7802v.1 0103509-000002

___/s/ Jeffrey B. Coopersmith__
Jeffrey B. Coopersmith
Stephen A. Cazares
Amanda McDowell (*pro hac vice*)
ORRICK HERRINGTON & SUTCLIFFE LLP
701 5th Ave., Suite 5600
Seattle, WA 98104-7097
jcoppersmith@orrick.com
Telephone: (206) 839-4339
*Attorneys for Defendant Ramesh Balwani*

PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATED: _____          _____

                                    United States District/Magistrate Judge

3

[PROPOSED] STIPULATED PROTECTIVE ORDER
REGARDING FDA OR CMS INFORMATION
Case No. 5:18-cv-01603-EJD

4849-2017-7802v.1 0103509-000002