ERIN E. SCHNEIDER (Cal. Bar No. 216114)
MARC D. KATZ (Cal. Bar No. 189534)
  katzma@sec.gov
SUSAN F. LA MARCA (Cal. Bar No. 215231)
  lamarcas@sec.gov
RAHUL KOLHATKAR (Cal. Bar No. 261781)
  kolhatkarr@sec.gov
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
(415) 705-2500
*Attorneys for Plaintiff*

JEFFREY B. COOPERSMITH (Cal. Bar No. 252819)
  jcoopersmith@orrick.com
ORRICK HERRINGTON & SUTCLIFFE LLP
701 5th Ave., Suite 5600
Seattle, WA 98104-7097
(206) 839-4339
*Attorneys for Defendant Ramesh Balwani*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> RAMESH "SUNNY" BALWANI, <br><br> Defendant. | Case No. 5:18-cv-01603-EJD <br><br> JOINT STATUS CONFERENCE STATEMENT <br><br> Date:  December 17, 2020 <br> Time:  10:00 a.m. <br> Courtroom:  4 <br> Judge:  Edward J. Davila |

**Joint Status Conference Statement**

In accordance with the Notice of the Clerk, dated September 10, 2020 (ECF 132), plaintiff Securities and Exchange Commission ("SEC") and defendant Ramesh Balwani submit the following Joint Status Conference Statement in anticipation of the Status Conference scheduled for December 17, 2020.

**Case Status**

Pursuant to the Court's prior Orders (*see* ECF 75, 89, and 123), the cut-offs for completion of fact discovery including depositions, and for expert discovery, have now passed. During discovery, the parties served upon each other several document requests and interrogatories; defendant appeared for his deposition; defendant served numerous third-party document subpoenas and took third-party depositions; and the Court resolved several discovery disputes. Neither party served expert disclosures.

**Case Schedule**

The first of the two trials (involving Elizabeth Holmes) in the related criminal cases, *United States v. Elizabeth Holmes and Ramesh Balwani*, No. 18-cr-0258-EJD, is scheduled to commence March 9, 2021. The Court previously ordered that Mr. Balwani's trial in the related criminal case will commence thereafter.

The parties suggest that the Court set a pretrial and trial date, and date for hearing dispositive motions, at the conclusion of the second trial in the related cases.

Dated: December 4, 2020                Respectfully submitted,

/s/ *Susan F. LaMarca*
Susan F. LaMarca
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION


/s/ *Jeffrey B. Coopersmith*
Jeffrey B. Coopersmith
ORRICK HERRINGTON & SUTCLIFFE LLP
Attorney for Defendant Ramesh Balwani