JEFFREY B. COOPERSMITH (SBN 252819)
STEPHEN A. CAZARES (SBN 201864)

ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:    +1-415-773-5700
Facsimile:    +1-415-773-5759

Email: jcoopersmith@orrick.com
          scazares@orrick.com

Attorneys for Defendant
RAMESH "SUNNY" BALWANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHNGE COMMISSION,<br><br>                    Plaintiff,<br><br>          v.<br><br>RAMESH "SUNNY" BALWANI,<br><br>                    Defendant. | Case No. 5:18-CV-01603-EJD<br><br>**NOTICE OF CHANGE IN COUNSEL**<br><br> Judge:    Honorable Edward J. Davila |

PLEASE TAKE NOTICE, pursuant to Civil Local Rule 5-1(c)(2)(C), that Walter F. Brown, Melinda Haag, and Randall S. Luskey will cease to be involved as counsel of record in the above-captioned matter because after January 29, 2021 they will no longer be at Orrick Herrington & Sutcliffe LLP.

All other counsel from the law offices of Orrick, Herrington & Sutcliffe LLP and Corr Cronin LLP who have appeared in this matter will continue to represent Mr. Balwani.

DATED: January 28, 2021

ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/ Jeffrey B. Coopersmith
JEFFREY B. COOPERSMITH
Attorneys for Ramesh "Sunny" Balwani

NOTICE OF CHANGE IN COUNSEL
CASE NO. 5:18-CV-01603-EJD