1  JEFFREY B. COOPERSMITH (Cal. Bar No. 252819)
     jcoopersmith@orrick.com
2  ORRICK HERRINGTON & SUTCLIFFE LLP
   701 5th Ave., Suite 5600
3  Seattle, WA 98104-7097
   (206) 839-4339
4  *Attorneys for Defendant Ramesh Balwani*

6  ERIN E. SCHNEIDER (Cal. Bar No. 216114)
   MARC D. KATZ (Cal. Bar No. 189534)
     katzma@sec.gov
7  SUSAN F. LA MARCA (Cal. Bar No. 215231)
     lamarcas@sec.gov
8  RAHUL KOLHATKAR (Cal. Bar No. 261781)
     kolhatkarr@sec.gov
9  SECURITIES AND EXCHANGE COMMISSION
   44 Montgomery Street, Suite 2800
10 San Francisco, CA 94104
   (415) 705-2500
11 *Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 5:18-cv-01603-EJD |
| Plaintiff, | JOINT STATUS CONFERENCE STATEMENT |
| vs. | Date: March 25, 2021 |
| RAMESH "SUNNY" BALWANI, | Time: 10:00 a.m. |
| | Courtroom: 4 |
| Defendant. | Judge: Edward J. Davila |

| | |
|---|---|
| 1 | **Joint Status Conference Statement** |
| 2 | In accordance with the Notice of the Clerk, dated December 7, 2020 (ECF 134), plaintiff |
| 3 | Securities and Exchange Commission ("SEC") and defendant Ramesh Balwani submit the following |
| 4 | Joint Status Conference Statement in anticipation of the Status Conference scheduled for March 25, |
| 5 | 2021. |
| 6 | **Case Status** |
| 7 | Pursuant to the Court's prior Orders (*see* ECF 75, 89, and 123), the cut-offs for completion of |
| 8 | fact discovery including depositions, and for expert discovery, have now passed. During discovery, |
| 9 | the parties served upon each other several document requests and interrogatories; defendant appeared |
| 10 | for his deposition; defendant served third-party document subpoenas and took third-party depositions; |
| 11 | and the Court resolved several discovery disputes. Neither party served expert disclosures. |
| 12 | **Case Schedule** |
| 13 | The first of the two trials (involving Elizabeth Holmes) in the related criminal cases, *United* |
| 14 | *States v. Elizabeth Holmes and Ramesh Balwani*, No. 18-cr-0258-EJD, is scheduled to commence |
| 15 | July 13, 2021. Mr. Balwani's trial in the related criminal case is scheduled to commence on January |
| 16 | 11, 2022. |
| 17 | The parties respectfully suggest that the Court set a pretrial and trial date, and date for hearing |
| 18 | dispositive motions, at the conclusion of Mr. Balwani's trial in the related criminal case. |

Dated: March 9, 2020           Respectfully submitted,

/s/
Jeffrey B. Coopersmith
ORRICK HERRINGTON & SUTCLIFFE LLP
Attorney for Defendant Ramesh Balwani

/s/ *Susan F. LaMarca*
Susan F. LaMarca
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION