1  JEFFREY B. COOPERSMITH (Cal. Bar No. 252819)
     jcoopersmith@orrick.com
2  ORRICK HERRINGTON & SUTCLIFFE LLP
   701 5th Ave., Suite 5600
3  Seattle, WA 98104-7097
   (206) 839-4339
4  *Attorneys for Defendant Ramesh Balwani*

5

6  ERIN E. SCHNEIDER (Cal. Bar No. 216114)
   MARC D. KATZ (Cal. Bar No. 189534)
     katzma@sec.gov
7  SUSAN F. LA MARCA (Cal. Bar No. 215231)
     lamarcas@sec.gov
8  RAHUL KOLHATKAR (Cal. Bar No. 261781)
     kolhatkarr@sec.gov
9  SECURITIES AND EXCHANGE COMMISSION
   44 Montgomery Street, Suite 2800
10 San Francisco, CA 94104
   (415) 705-2500
11 *Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| SECURITIES AND EXCHANGE COMMISSION, | Case No. 5:18-cv-01603-EJD |
|---|---|
| Plaintiff, | JOINT STATUS CONFERENCE STATEMENT |
| vs. | Date: July 8, 2021 |
| RAMESH "SUNNY" BALWANI, | Time: 10:00 a.m.<br>Courtroom: 4 |
| Defendant. | Judge: Edward J. Davila |

1       **Joint Status Conference Statement**

2       In accordance with the Notice of the Clerk, dated March 16, 2021 (ECF 137), plaintiff

3 Securities and Exchange Commission ("SEC") and defendant Ramesh Balwani submit the following

4 Joint Status Conference Statement in anticipation of the Status Conference scheduled for July 8,

5 2021.

6       **Case Status**

7       Pursuant to the Court's prior Orders (*see* ECF 75, 89, and 123), the cut-offs for completion of

8 fact discovery including depositions, and for expert discovery, have now passed. During discovery,

9 the parties served upon each other several document requests and interrogatories; defendant appeared

10 for his deposition; defendant served third-party document subpoenas and took third-party depositions;

11 and the Court resolved several discovery disputes. Neither party served expert disclosures.

12       **Case Schedule**

13       The first of the two trials (involving Elizabeth Holmes) in the related criminal cases, *United*

14 *States v. Elizabeth Holmes and Ramesh Balwani*, No. 18-cr-0258-EJD, is scheduled to commence

15 August 31, 2021. Mr. Balwani's trial in the related criminal case is scheduled to commence on

16 January 11, 2022.

17       The parties respectfully suggest that the Court set a pretrial and trial date, and date for hearing

18 dispositive motions, at the conclusion of Mr. Balwani's trial in the related criminal case.

19

20

21 Dated: June 22, 2021                     Respectfully submitted,

22

23                                       /s/ *Jeffrey B. Coopersmith*
                                      Jeffrey B. Coopersmith

24                                       ORRICK HERRINGTON & SUTCLIFFE LLP
                                      Attorney for Defendant Ramesh Balwani

25

26                                       /s/ *Susan F. LaMarca*
                                      Susan F. LaMarca

27                                       Attorney for Plaintiff
                                      SECURITIES AND EXCHANGE COMMISSION

28