UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RAMESH SUNNY BALWANI,<br><br>　　　　Defendant. | Case No.　5:18-cv-01603-EJD<br><br>**ORDER STAYING AND ADMINISTRATIVELY CLOSING ACTION** |

　　　　For good cause shown, the Court STAYS and ADMINISTRATIVELY CLOSES this action pending resolution of the related criminal case, *United States v. Balwani*, No. 18-cr-00258-EJD (N.D. Cal.). The status conference scheduled for June 8, 2021 is VACATED.

**IT IS SO ORDERED.**

Dated: June 30, 2021

　　　　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Case No.: 5:18-cv-01603-EJD
<< ORDER TYPE >>

1