JEFFREY B. COOPERSMITH (SBN 252819)
STEPHEN A. CAZARES (SBN 201864)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:    +1-415-773-5700
Facsimile:    +1-415-773-5759

Email: jcoopersmith@orrick.com
          scazares@orrick.com

Attorneys for Defendant
RAMESH "SUNNY" BALWANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHNGE COMMISSION,<br><br>            Plaintiff,<br><br>    v.<br><br>RAMESH "SUNNY" BALWANI,<br><br>            Defendant. | Case No. 5:18-CV-01603-EJD<br><br>**NOTICE OF CHANGE OF FIRM ADDRESS**<br><br>Judge:    Honorable Edward J. Davila |

**TO THE COURT AND TO ALL COUNSEL OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that, effective today, Los Angeles counsel for Defendant, Ramesh "Sunny" Balwani, has relocated and changed their office address.  The email, telephone and facsimile remain the same.  The new address is as follows:

> STEPHEN A. CAZARES
> scazares@orrick.com
> ORRICK, HERRINGTON & SUTCLIFFE LLP
> 355 S. Grand Avenue, Suite 2700
> Los Angeles, CA 90071-1596

Please direct any future correspondence, notices and pleadings to the new address listed above.

DATED: August 29, 2022

> ORRICK, HERRINGTON & SUTCLIFFE LLP
>
> */s/ Stephen A. Cazares*
> STEPHEN A. CAZARES
> Attorneys for Ramesh "Sunny" Balwani

NOTICE OF CHANGE OF FIRM ADDRESS
CASE NO. 5:18-CV-01603-EJD