1  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
2  405 Howard Street
   San Francisco, CA 94105-2669
3  Telephone:    +1-415-773-5700
   Facsimile:    +1-415-773-5759
4  scazares@orrick.com

5

6  Attorneys for Defendant
   RAMESH "SUNNY" BALWANI
7

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                         SAN JOSE DIVISION

12

13  SECURITIES AND EXCHANGE           Case No. 18-cv-01603-EJD
    COMMISSION,
14                                    **NOTICE OF WITHDRAWAL OF**
                  Plaintiff,          **COUNSEL**
15
         v.
16
    RAMESH "SUNNY" BALWANI,
17
                  Defendants.
18

PLEASE TAKE NOTICE that as of August 4, 2023, Amanda McDowell will no longer be associated with Orrick, Herrington & Sutcliffe LLP and hereby withdraws as counsel of record. Ms. McDowell requests that she be removed from the case docket and the Notice of Electronic Filing as indicated on the docket as of the filing date of this Notice of Withdrawal. The attorneys of record from Orrick, Herrington & Sutcliffe LLP and Corr Cronin LLP will continue to represent Mr. Balwani in this case.

DATED:  August 4, 2023

/s/ Amanda McDowell
AMANDA MCDOWELL (Admitted Pro Hac Vice)

Withdrawing Attorney for Ramesh "Sunny" Balwani)