CAND Pay.gov Application for Refund (rev. 2/2023)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

# APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

### PAY.GOV TRANSACTION DETAILS

*IMPORTANT*:

▪ *Complete all required fields (shown in red*); otherwise, your request may be denied and require resubmission.*
▪ *In fields 3-6, enter the information for the incorrect transaction (the one for which you are requesting a refund), not the correct transaction that appears on the docket. This information can be found in the Pay.gov screen receipt or confirmation email.*

| | |
|---|---|
| 1. **Your Name:*** | 7. **Your Phone Number:** |
| 2. **Your Email Address: *** | 8. **Full Case Number (if applicable):** |
| 3. **Receipt Agency Tracking ID:*** | 9. **Fee Type:*** ☐ **Attorney Admission** ☐ **Civil Case Filing** ☐ **Audio Recording** ☐ **Notice of Appeal** ☐ **Pro Hac Vice** ☐ **Writ of Habeas Corpus** |
| 4. **Transaction Date:*** | |
| 5. **Transaction Time:*** | |
| 6. **Transaction Amount (Amount to be refunded):*** | |

**10. Reason for Refund Request:*** *Explain in detail what happened to cause duplicate charges or no fee required.*

▪ *For a duplicate charge, provide the **correct** receipt number in this field.*
▪ *If you paid a filing fee in an abandoned case number, note that case number here (but e-file the refund request in the **open** case).*

✓ ***Efile this form using*** OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND.

*View detailed instructions at: cand.uscourts.gov/ecf/payments. For assistance, contact the ECF Help Desk at 1-866-638-7829 or ecfhelpdesk@cand.uscourts.gov Monday -Friday 9:00 a.m.-4:00 p.m.*

| FOR U.S. DISTRICT COURT USE ONLY | |
|---|---|
| Refund request: ☐ Approved ☐ Denied ☐ Denied ─ Resubmit amended application (see reason for denial) | |
| Approval/denial date: | Request approved/denied by: |
| Pay.gov refund tracking ID refunded: | Agency refund tracking ID number: |
| Date refund processed: | Refund processed by: |
| Reason for denial (if applicable): | |
| Referred for OSC date (if applicable): | |