CAND Pay.gov Application for Refund (rev. 2/2023)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

# APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

## PAY.GOV TRANSACTION DETAILS

***IMPORTANT***:

- *Complete all required fields (shown in red\*); otherwise, your request may be denied and require resubmission.*
- *In fields 3-6, enter the information for the **incorrect** transaction (the one for which you are requesting a refund), not the **correct** transaction that appears on the docket. This information can be found in the Pay.gov screen receipt or confirmation email.*

| | |
|---|---|
| 1. **Your Name:\*** | 7. **Your Phone Number:** |
| 2. **Your Email Address: \*** | 8. **Full Case Number (if applicable):** |
| 3. **Receipt Agency Tracking ID:\*** | 9. **Fee Type:\*** ☐ **Attorney Admission** ☐ **Civil Case Filing** ☐ **Audio Recording** ☐ **Notice of Appeal** ☐ **Pro Hac Vice** ☐ **Writ of Habeas Corpus** |
| 4. **Transaction Date:\*** | |
| 5. **Transaction Time:\*** | |
| 6. **Transaction Amount (Amount to be refunded):\*** | |
| 10. **Reason for Refund Request:\*** *Explain in detail what happened to cause duplicate charges or no fee required.* <br><br> - *For a duplicate charge, provide the **correct** receipt number in this field.* <br> - *If you paid a filing fee in an abandoned case number, note that case number here (but e-file the refund request in the **open** case).* | |

✓  ***Efile this form using*** OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND.

*View detailed instructions at: cand.uscourts.gov/ecf/payments. For assistance, contact the ECF Help Desk at 1-866-638-7829 or ecfhelpdesk@cand.uscourts.gov Monday -Friday 9:00 a.m.-4:00 p.m.*

| FOR U.S. DISTRICT COURT USE ONLY | | |
|---|---|---|
| Refund request: | ☐ Approved <br> ☐ Denied <br> ✗ Denied — Resubmit amended application (see reason for denial) | DENIED <br> *By Ana Banares at 8:59 am, Aug 09, 2024* |
| Approval/denial date: | | Request approved/denied by: |
| Pay.gov refund tracking ID refunded: | | Agency refund tracking ID number: |
| Date refund processed: | | Refund processed by: |
| Reason for denial (if applicable): Please explain in detail what happened why you are asking for a refund in section 10. | | |
| Referred for OSC date (if applicable): | | |